1

1      - VOLUME A -

2          IN THE UNITED STATES DISTRICT COURT

3          IN AND FOR THE DISTRICT OF DELAWARE

4                    - - -

5  UNITED STATES OF AMERICA,        :     CRIMINAL ACTION
                                    :
6          Plaintiff               :
                                    :
7            v.                    :
                                    :
8  DARRYL CHAMBERS,                :
                                    :
9          Defendant               :     NO.  97-105 (RRM)

10                   - - -

11                               Wilmington, Delaware
                                 Monday, August 31, 1998
12                               10:13 o'clock, a.m.

13                   - - -

14  BEFORE:  HONORABLE RODERICK R. McKELVIE, U.S.D.C.J.

15                   - - -

16  APPEARANCES:

17
                    ROBERT J. PRETTYMAN, ESQ.,
18                  Assistant United States Attorney

19                      Counsel for Plaintiff

20
                    JOSEPH W. BENSON, P.A.
21                  BY:  JOSEPH W. BENSON, ESQ.

22                      Counsel for Defendant

23                          Valerie J. Gunning
                            Official Court Reporter
24

25  

1  ALSO PRESENT:

2

3              CHRISTOPHER KOYSTE, ESQ.

                    Counsel for Faye Bullock
4

5              JOHN MALIK, ESQ.

6                   Counsel for Linette Crawford

7                        - - -

8

9                   P R O C E E D I N G S

10

11        (Proceedings commenced at 10:13 a.m.)

12

13        THE COURT:  Good morning.

14        MR. PRETTYMAN:  Good morning, your Honor.

15        This is the time the Court has set for the

16  sentencing hearing in United States versus Darryl

17  Chambers, Criminal Action No. 97-105.

18        The defendant is present in the courtroom

19  with his attorney, and the Government is ready to proceed

20  with its first witness, your Honor.

21        THE COURT:  All right.  Fine.  Call your first

22  witness, then.

23        MR. PRETTYMAN:  Your Honor, before we do that,

24  the submission that the Government has already made in

25  connection with this case had as attachments a variety of

1    documents, and I would move their admission at this time.

2    I have another copy for the defense.  It's the -- Exhibit

3    1 would be the Grand Jury testimony of Linette Crawford,

4    with Exhibit 2 being that of Grand Jury testimony of Faye

5    Bullock.

6              Government's Exhibit 3 would be the

7    transcription of the guilty plea proceeding of Faye Bullock.

8              Government's Exhibit 4 would be the guilty plea

9    hearing transcript of Linette Crawford.

10             Government's Exhibit 5 would be the felony

11   information, waiver of indictment, plea agreement,

12   documents of Faye Bullock.

13             Government's Exhibit 6 are the same documents

14   for Linette Crawford.  And I would move their admission

15   at this time.

16             The Grand Jury exhibits I've redacted -- are

17   redacted to the extent they take out the phone numbers,

18   Social Security numbers, et cetera, of the witnesses.

19             THE COURT:  All right.  Any objection?

20             MR. BENSON:  No objection, your Honor.

21             THE COURT:  All right.  They're admitted.

22             (Mr. Prettyman handed exhibits to the Court.)

23   ***       (Government Exhibits No. 1 through 6 were

24   received into evidence.)

25             MR. PRETTYMAN:  Your Honor, the Government

Donahue - direct                                    4

1   would call its first witness, Matthew Donahue.

2                            - - -

3                    GOVERNMENT'S TESTIMONY

4

5               ... MATTHEW G. DONAHUE, having been

6            duly sworn as a witness, was examined

7            and testified as follows ...

8                    DIRECT EXAMINATION

9   BY MR. PRETTYMAN:

10  Q.    Special Agent, by whom are you employed?

11  A.    The Drug Enforcement Administration.

12  Q.    How long have you been so employed?

13  A.    Seven and a half years.

14  Q.    What have been your assignments with DEA and over

15  what period did you serve at each assignment?

16  A.    From June 1991, after graduating from the Academy

17  in Quantico, Virginia, I was assigned to Group 3 in the

18  Philadelphia Field Division, which is Cocaine and Crack

19  Cocaine Group.  I have worked in there up until January

20  of 1998, where I was reassigned to the Philadelphia

21  International Airport, which is the Interdiction Group.

22            MR. PRETTYMAN:  Your Honor, I want to show a

23  document which Mr. Benson already has a copy of (handing

24  exhibit to the witness.)

25            May I approach as necessary, your Honor?

Donahue - direct                    5

1          THE COURT:  All right.  That's fine.

2          MR. PRETTYMAN:  Thank you.

3    BY MR. PRETTYMAN:

4    Q.      It's marked as Government's Exhibit 8.

5          In connection with another case, Special Agent

6    Donahue, did you prepare a curriculum vitae that appears

7    in front of you, a copy thereof, as Government's Exhibit

8    8 (handing exhibit to the witness)?

9    A.    Yes, I did.

10   Q.    Does that fairly and accurately depict your

11   qualifications in connection with your training and

12   experience, specifically with respect to crack cocaine

13   investigations?

14   A.    Yes.  There's a few updated things that needed to

15   be added, but that's pretty accurate.

16   Q.    And, specifically, in connection with the duties

17   that you have undertaken as a Special Agent since you've

18   become a Special Agent, could you tell the Court briefly

19   what those duties are and include whether you have any

20   training and experience in cocaine and cocaine base, also

21   known as crack investigations?

22   A.    Well, my duties, when I was assigned to Group No. 3

23   in Philadelphia, consisted of investigations of cocaine

24   and crack cocaine primarily.

25          Throughout the six years that I was in that

Donahue - direct                    6

1   group, I received training from other officers, DEA in-

2   service training, training on cocaine and crack cocaine

3   identification, the processing of crack cocaine and the

4   packaging and pricing within the area.

5          I've also received training from the Northeast

6   Laboratory, which is our laboratory in New York, where all

7   of our drugs get sent to on the processing of crack

8   cocaine, how to cook it up and different additives to

9   crack cocaine.

10         I've received training in Quantico, Virginia

11  on drug I.D. and various other things.  How to conduct

12  search warrants, raid training, in regards to cocaine and

13  crack cocaine.

14  Q.   Does Government's Exhibit 8 fairly and accurately

15  depict your qualifications with the exception of certain

16  things that happened since then to increase your training

17  and experience?

18  A.   Yes, it does.  In addition, I was the drug

19  identification -- I used to teach to state and local

20  departments drug identification of crack cocaine, cocaine

21  and marijuana.

22         MR. PRETTYMAN:  Your Honor, the Government

23  would move the admission of Government's Exhibit 8 for

24  this hearing.

25         MR. BENSON:  No objection.

Donahue - direct                    7

1              THE COURT:  All right.  It's admitted.

2              (Government's No. Exhibit 8 was received into

3    evidence.)

4    BY MR. PRETTYMAN:

5    Q.      You just were talking about being an instructor.

6    Have you served as an instructor with DEA on cocaine,

7    also known as crack investigations?

8    A.      Yes.  I teach Field Division, other state agencies,

9    state and local departments.

10   Q.      Approximately how many times have you conducted

11   such sessions on cocaine and crack cocaine?

12   A.      Approximately ten times.

13   Q.      Do you have experience as a law enforcement officer

14   in cocaine and cocaine also known as crack

15   investigations?

16   A.      Yes.

17   Q.      Approximately how many cocaine and crack cocaine

18   investigations have you participated in?

19   A.      150 to 200.

20   Q.      And approximately how many cocaine and crack

21   cocaine search warrants have you participated in?

22   A.      Approximately 50.

23   Q.      And approximately how many debriefings of

24   informants and cooperating defendants and defendants have

25   you participated in in which the substance -- the

Donahue - direct                        8

1    conversation was cocaine and crack cocaine?

2    A.    Well over a hundred interviews of other officers,

3    cooperating defendants, informants, users, cookers,

4    various people like that.

5    Q.    You mentioned the word cookers.  Could you briefly

6    describe for the Court what a "cooker" is?

7    A.    A cooker is someone that we call that actually

8    processes that cocaine hydrochloride into cocaine base,

9    which is better known as crack, that type of process.

10   They call themselves cookers, because they're the ones

11   that make it into the crack.

12   Q.    Have you ever testified in Federal Court as an

13   expert on cocaine and cocaine base also known as crack

14   investigations?

15   A.    Yes.

16   Q.    Approximately how many times have you so testified?

17   A.    Approximately six times.

18   Q.    Specifically, have you so testified as an expert

19   on crack cocaine identification in Federal District Court

20   for the District of Delaware?

21   A.    Yes, I have.

22   Q.    Do you regularly review the literature on cocaine

23   and cocaine base also known as crack cocaine

24   identification and distribution?

25   A.    Yes, I do.  Our lab, which is our Intelligence Group

1    up in New York, frequently puts out literature to the

2    agents and officers about the packaging and processing of

3    crack cocaine.

4    Q.    Do you regularly talk to other experts in the field

5    of cocaine and cocaine base, also known as crack

6    investigations and identification?

7    A.    Yes, I do.  I make it a habit to view crack cocaine

8    that is purchased in the area by other agents or other

9    informants and also undercover agents and other senior

10   officers and agents.

11   Q.    Approximately how often or how many times have you

12   talked to DEA forensic chemists about cocaine and crack

13   cocaine as part of your duties?

14   A.    Depending on the case, I frequently speak with

15   other agents and officers and, when need be, I would call

16   the Northeast Regional Laboratory for any questions I

17   might have.

18   Q.    Approximately how many times have you participated

19   in the seizure or have observed cocaine base, also known

20   as crack?

21   A.    About 250 times.

22   Q.    What is the appearance in terms of the way it looks,

23   including the color of the seized crack that you have

24   seen?

25   A.    Crack cocaine could be somewhat of an off-white,

Donahue - direct                    10

1    grayish or yellowish tint.  It's a lot harder than

2    cocaine hydrochloride.  It's almost in a rock form.

3    Q.    And the texture is what?

4    A.    It's a solid as opposed to what -- cocaine

5    hydrochloride is a crystalline powder.

6    Q.    Have you ever felt crack cocaine that was wrapped

7    in plastic before or either covered with duct tape or

8    something else to seal the package?

9    A.    Yes.

10   Q.    Approximately how many times have you felt crack

11   cocaine that way?

12   A.    Numerous times.  Probably about 20 times, anywhere

13   from an ounce up to a kilo.

14   Q.    How would you describe the feel of the crack

15   cocaine through the package?

16   A.    Extremely hard.  Almost like a rock-like substance.

17   It's usually wrapped pretty type with various type of

18   wrappings to try to keep it either air sealed or to

19   prevent any type of liquid or any foreign substances

20   getting inside of the package.  But it's normally

21   pretty hard.

22   Q.    What is the appearance of the seized cocaine

23   hydrochloride that you've seized or seen before,

24   including the color and texture?

25   A.    Cocaine hydrochloride is crystalline powder.  It's --

1   when it's chipped off, for example, a kilo, it would come

2   off as a flaky substance.  When you push on it with your

3   fingers, you can almost crush it and it breaks up

4   relatively easy and it's a lot whiter than what crack

5   cocaine would be.

6   Q.    Have you ever felt cocaine hydrochloride that was

7   wrapped in plastic and sealed with duct tape before?

8   A.    Yes, I have.

9   Q.    Approximately how many times?

10  A.    About 50 times.

11  Q.    How did that feel?  Specifically address also how

12  that feels in comparison with the way crack cocaine

13  similarly packaged would feel?

14  A.    That could depend on the weight.  If it was a kilo

15  amount, it would still be relatively hard, being that

16  it's usually vacuum-sealed for transportation purposes

17  from foreign countries into the United States.  But in

18  ounce quantities, such as in plastic baggies, squeezing

19  it between your finger and your thumb could easily break

20  the package up relatively easy and break it down into a

21  flaky substance.

22  Q.    If it was cocaine hydrochloride?

23  A.    That's correct.

24  Q.    And if it was crack cocaine, it would still feel --

25  A.    Sometimes you wouldn't be able to break it with

Donahue - direct                              12

1   your two fingers, it's that solid.

2   Q.    As part of your law enforcement duties and

3   training, have you ever processed cocaine hydrochloride

4   and sodium bicarbonate to make the crack cocaine as part

5   of your DEA training exercises?

6   A.    That's correct.  When teaching drug identification,

7   primarily crack cocaine, I will cook crack cocaine for

8   students in the class, to show them the processing of it

9   and what to look for during the search warrant, which

10  would show them what to look for if people were processing

11  crack cocaine.

12  Q.    Approximately how many times have you conducted

13  such training exercises?

14  A.    I cooked crack cocaine probably about ten times.

15  Q.    Could you briefly, for the Court, describe the

16  process by which cocaine hydrochloride is processed into

17  cocaine -- to crack cocaine, cocaine base, using the

18  sodium bicarbonate method?

19  A.    Yes.  The most common way is using the sodium

20  bicarbonate method, which is the baking soda.  What

21  they're using the majority of the time is a Mr. Coffee

22  pot, which they like to use glassware.  They would add

23  water and mix the cocaine hydrochloride in with the water

24  and then add one part of sodium bicarbonate, which would

25  be the baking soda.

Donahue - direct                    13

1          They would heat the substance up, and an

2    oily substance would form at the bottom of the coffee pot.

3    They could add ice to the inside or actually run cold

4    water on the inside of the coffee pot and that would

5    harden the substance, which would be the cocaine base at

6    the bottom.

7          The object of the sodium bicarbonate was to

8    extract other dilutants from the cocaine hydrochloride,

9    using you with a pure cocaine base.

10   Q.    How did the crack cocaine look that you made and

11   the students in your training sessions made as part of

12   the training sessions compared to the crack cocaine that

13   you seized on the street?

14   A.    It came out a few times almost like a grayish, but

15   majority of the time it would come off like almost a

16   yellowish tint to it, really rock-like substance, and I

17   could get it to come out as one big chunk.  If you use a

18   big glassware, that's usually the preferable way to get

19   it out of there.  That way you could cut it up and package

20   it a lot easier.

21   Q.    Did that crack cocaine look the same whether you

22   made it, your students made it or DEA chemists made it

23   as part of those training exercises?

24   A.    That's correct.  Every time I've seen it, I've made

25   it up at the Northeast Regional Lab along with the

1    laboratory technicians, and it came out identical to when

2    I cooked it for the students.

3    Q.     Did you ever make crack cocaine that you and/or

4    your classmates or students made as part of DEA training

5    exercise and have that analyzed by a chemist for cocaine

6    base and sodium bicarbonate?

7    A.     Yes.   That's correct.   For the Philadelphia Police

8    Department, I cooked it up for the Narcotics Squad.   It

9    was about an ounce of cocaine hydrochloride.   We were

10   required to send it to the lab to have them test it and

11   weigh it to make sure we're sending back the right

12   amount.   The tests came back negative.

13   Q.     You used cocaine hydrochloride.   You manufactured

14   crack cocaine, and the chemists from the Philadelphia

15   Police Department who analyzed it found no sodium

16   bicarbonate in the finished product of crack?

17   A.     That's correct.

18              MR. PRETTYMAN:   Your Honor, I'm going to

19   show this to Mr. Benson.

20              (Mr. Prettyman handed Government's Exhibit

21   No. 9 to Mr. Benson.)

22   BY MR. PRETTYMAN:

23   Q.     Special Agent Donahue, I'm going to show you what

24   has been marked as Government's Exhibit 9.   Could you

25   look at that and see if there -- if that is sealed and if

Donahue - direct                    15

1   you see any signs of any tampering or alteration of it?

2   A.    No.   It's taped up one end and it has an evidence

3   sticker on the other, sealing both sends.

4   Q.    Could you open Government's Exhibit 9, please, and

5   tell the Court what you see inside?

6               (Pause while the witness opened the envelope.)

7               THE WITNESS:   It's various forms of what we

8   call C.D.'s, which are packaging for crack cocaine, in

9   about $5 packages.   And they have numbers on them, which

10  is from the analysis of the laboratory.

11  BY MR. PRETTYMAN:

12  Q.    All right.

13              Can you see the substance inside each of

14  those exhibits?

15  A.    Yes.

16  Q.    Each of the contents?

17  A.    Yes, you can.

18  Q.    And please take a look at each of those packages

19  inside and tell the Court, based upon your training and

20  experience, what you believe the contents of Exhibit 9

21  is?

22  A.    It's crack cocaine, better -- it's cocaine base,

23  known as crack cocaine.

24  Q.    How does the contents of Exhibit 9 look compared

25  to other crack cocaine that you've seized or seen before

1    as part of your DEA duties, including the training

2    duties?

3    A.    It's identical to what I've seen before.

4    Q.    And based upon your training and experience, what

5    street name does Exhibit 9, the contents of Exhibit 9,

6    go by?

7    A.    Crack cocaine.

8            MR. PRETTYMAN:  Thank you.

9            I'm sorry.  I would move the admission of

10   Government's Exhibit 9.  Thank you.

11           THE COURT:  All right.

12                    Cross-examination?

13   ***      (Government's Exhibit No. 9 was received into

14   evidence.)

15                  CROSS-EXAMINATION

16   BY MR. BENSON:

17   Q.    Mr. Donahue?

18   A.    That's correct.

19   Q.    Concerning your training, I'm just curious about a

20   couple things.

21           Number one, I understand you had special

22   training in order to learn how to cook cocaine into crack;

23   is that correct?

24   A.    That's correct.

25   Q.    And I presume -- I presume as part of that training,

1  it was being able to differentiate crack cocaine from

2  powder?

3  A.      That's correct.

4  Q.      Okay.

5          And obviously part of that training had to do

6  with looking at powder cocaine and looking at crack

7  cocaine, and you were taught how to differentiate one

8  from the other by looking at it; isn't that correct?

9  A.      That's correct.

10 Q.      I mean, that's part of your training?

11 A.      That's correct.

12 Q.      Right?

13          How long did this training take?  I'm sorry.

14 Is there a title I should give you?  Mr. or Agent?

15 A.      Whatever you like.

16 Q.      Okay.

17          How long did this training take?

18 A.      About seven years.  For as long as I've been

19 working for DEA.

20 Q.      So it took seven years of training and you are

21 still being trained, I guess, to some extent; isn't that

22 correct?

23 A.      Somewhat.  You never know everything, so...

24 Q.      Sure.

25          So seven years to learn that.  And as also

1    part of this seven-year training, it was being able to

2    differentiate by feel crack cocaine from powder cocaine

3    when you're not able to view it; isn't that correct?

4    A.    Not just by feel.  By sight.

5    Q.    I understand.  But if you can't see it and you're

6    looking at a package, you need to be able to feel the

7    package and you just testified that one of the things

8    that you've been taught through this seven years of

9    training is by feeling a package that is not able to be

10   viewed, you can tell the difference, at least sometimes,

11   I guess?

12   A.    It's an indicator that that would be crack cocaine

13   rather than hydrochloride.

14   Q.    That's something you had to be taught and trained;

15   is that correct?

16   A.    Taught and trained and actually experience from

17   touching it.

18   Q.    And trained?

19   A.    Yes.

20   Q.    Before that training and teaching, you weren't able

21   to successfully do that on a regular basis; isn't that

22   correct?

23   A.    No.  I --

24   Q.    Differentiate by feel?

25   A.    Well, I could do it on a regular basis.

Donahue - cross                    19

1   Q.    Okay.

2   A.    Before I received training from a laboratory and

3   other classes, I've learned from other agents and officers

4   and also from interviews and buying the substance myself

5   and seizing it from other buys from informants.

6   Q.    Okay.

7         So you learned from experience and training

8   over a period of time to differentiate; is that correct?

9   A.    That's correct.

10  Q.    Okay.

11        Let me ask you this:  If you're cooking powder

12  cocaine into crack, and I don't know how to do this, but

13  you're the expert, let's say you -- typically, you would

14  pick a quantity of powder?  Is there any typical quantity

15  of powder that is used to cook down to crack?

16  A.    You --

17  Q.    I mean you don't cook a key, do you?

18  A.    That's usually -- at the most you would probably

19  cook at a time, depending on the size of your pot, might

20  be a pound, at most.

21  Q.    Okay.

22  A.    I wouldn't cook all the way with a kilo.  You've

23  got to break it down.

24  Q.    You're talking about a pound, which is 16 ounces;

25  right?

Donahue - cross                                    20

1   A.    What you're going to see commonly are

2   quarter-pounds.

3   Q.    So a quarter-pound?

4   A.    Mm-hmm.

5   Q.    Which is 4 ounces; right?

6   A.    More or less, yes, because the kilo is 2.2 pounds,

7   so when you buy --

8   Q.    I understand.  We're not talking about a key,

9   we're talking about a pound.  You said it's typical of

10  a pound.

11  A.    When you go by street terms and you know what you

12  are doing undercover-wise, you should get more than 4

13  ounces.

14  Q.    Agent, I'm not trying to be difficult with you.  I

15  just asked you what would you typically cook, and you

16  mentioned not a key, but maybe a pound.

17  A.    Pound.  More commonly a quarter-pound.

18  Q.    Okay.  A quarter-pound, which is 4 ounces?

19  A.    Correct.

20  Q.    Forget what that relationship is to a key.  A

21  quarter-pound is four ounces?

22  A.    That's fine.  Correct.

23  Q.    Do you agree with that?

24  A.    I agree.

25  Q.    We don't need any special training for that?

Donahue - cross                    21

1    A.    No, you don't.

2    Q.    Now you have 4 ounces of powder.  That's fairly

3    typical.

4              And how much quantity of bicarbonate soda do

5    you put with that?

6    A.    On the average, one part sodium bicarbonate, three

7    parts cocaine hydrochloride.

8    Q.    Okay.

9    A.    25-percent sodium bicarbonate, 75 percent --

10   Q.    If you have a quarter -- 4 ounces, you would

11   put like 1-1/4, 1-1/2 ounces?

12   A.    Or 3 ounces of cocaine, then another ounce of

13   sodium bicarbonate.

14   Q.    And the cooking would be like 3 ounces.  It would

15   be easier if you weighed out 3 ounces and then add 1

16   ounce.  So that would be less than a quarter of a pound?

17   A.    Depending.  A lot of people just do it by eye.

18   They put the 4 ounces in.  They're going to put in a

19   tablespoon of sodium bicarbonate.

20   Q.    When that cooks down, what is the weight of that

21   that is left?

22   A.    It's going to depend on the sodium bicarbonate,

23   because the sodium bicarbonate is to extract -- if you

24   have maybe 50-percent cocaine hydrochloride, you're

25   going to end up with less crack, because there's more

1  dilutants in 80-percent purity.

2  Q.    I'm happy to say I didn't understand what you said.

3  A.    If you have 80-percent purity of cocaine

4  hydrochloride, and you cook that up with sodium

5  bicarbonate, it's going to extract all the dilutants,

6  lydocaine, B-12, whatever the cut is for the cocaine

7  hydrochloride.

8            So instead of -- an example, for an ounce,

9  which is 28 grams, you cook up an ounce of hydrochloride

10  at 28 grams, you might get 25, 24 grams of crack cocaine,

11  because all the dilutants are extracted from the

12  hydrochloride, so it takes away from the weight of crack

13  cocaine.

14  Q.    You saw the powder cocaine that was seized at the

15  time of Mr. Chambers' arrest?

16  A.    No.

17  Q.    You don't know about that?

18  A.    That's the first time I seen the crack cocaine

19  right then.

20  Q.    That's the crack?

21  A.    Mm-hmm.

22  Q.    You haven't seen the powder or the crack other

23  than until just now?

24  A.    That's correct.

25  Q.    So do you have the powder cocaine there?

1    A.    No.  I believe it's all crack packaging in here.

2    Q.    So you don't know the purity of the powder cocaine?

3    A.    No.

4    Q.    Let's just presume -- strike that, please.

5          You know from your experience and training

6    what is going on in Delaware, I presume, as far as

7    cocaine trafficking?

8    A.    That's correct.

9    Q.    Okay.

10         What is the typical purity of the cocaine

11   powder that is being sold in Delaware?

12   A.    There's really no typical.  It depends on the

13   shipments that come from South America, Puerto Rico.  Some

14   kilos can be as high as 95.  They can be as low as 40.

15   Q.    If it's 80 percent, which is the figure you used,

16   and you use 3 ounces of powder and 1 ounce of cut -- I

17   mean 1 ounce of bicarbonate, you cook that down.  And

18   what are you going to end up with?

19   A.    Well, on an average, again, it depends what the cut

20   is.  If the cut is cocaine or benzocaine, it's going to

21   act like hydrochloric acid and it's going to attach

22   itself to the crack -- the cocaine base.  But the ratio

23   that we usually go by is every 28 grams of cocaine

24   hydrochloride, we'll come out with 22.9 grams of

25   cocaine base.  That's on the average that we have.

1   Q.    Okay.

2               So can you just do it for me in your head a

3   little bit?  3 and 1 --

4   A.    Mm-hmm.

5   Q.    What would that end up with?  Like about 3?

6   A.    3 --

7   Q.    Ounces?  I'm sorry.  3 ounces of powder, one of

8   the bicarbonate of soda.  You cook that down, because

9   you're using 20 -- 3 ounces is how many grams?  84?

10  A.    84.

11  Q.    So 84 grams of powder and then you would use 28

12  grams of bicarbonate of soda.  So that would be 112.

13  What's that going to come down to?

14  A.    Come to maybe around 62 grams.

15  Q.    Which is?

16  A.    Again, it depends on --

17  Q.    2-1/2 ounces?

18  A.    It's going to depend on the cocaine hydrochloride.

19  So if you can't give an --

20  Q.    That would come out to about 2-1/2 grams.

21  A.    Roughly, yes.

22  Q.    So 4 ounces, 3 and 1, comes out to 2-1/2?

23  A.    Roughly.

24  Q.    Roughly.

25  A.    Depending.

Donahue - cross                    25

1   Q.    I understand.

2              MR. PRETTYMAN:   Excuse me, your Honor.   I

3   think Mr. Benson misspoke.   He said 2-1/2 grams as opposed

4   to 2-1/2 ounces.

5              MR. BENSON:   I'm sorry.

6              THE COURT:   All right.

7   BY MR. BENSON:

8   Q.    3 ounces ends up with 2-1/2 ounces.

9              Now, feeling that cocaine, that crack in

10  there, is there a significant difference in the feel

11  from powder?

12  A.    Yes, there is.

13  Q.    Because I felt that and, you know, that didn't

14  seem chunky and rock-like to me.

15  A.    Well, when it gets in these little baggies, it's

16  almost like little pebbles and the way it's packaged

17  here, which is typical for crack cocaine packaging, you

18  can feel little pebbles inside the little C.D. packages,

19  is what we call them.   And that even adds to the feel for

20  it, the little pebbles inside the baggies.

21  Q.    If you are carrying it, say you're carrying it in

22  a bag -- in a shopping bag.   I mean, looking at it, you

23  couldn't tell by looking at a package that's not

24  transparent what the drugs are that are inside that

25  package; right?

Donahue - cross                         26

1    A.    I couldn't.

2    Q.    I'm sorry?

3    A.    I couldn't.

4    Q.    You could not?

5    A.    No.

6    Q.    And so in order to be able to differentiate under

7    the best scenario from your perspective, you'd have to

8    pick that package out of the bag and feel it; right?

9    A.    Depending on the situation, I guess.

10   Q.    Well, yes.

11   A.    If it's anybody in the shopping center, I wouldn't

12   walk up and assume there's crack inside the package, no.

13           MR. BENSON:  Thank you.

14           MR. PRETTYMAN:  Your Honor, I have a few

15   questions, please.

16           THE COURT:  All right.

17                   REDIRECT EXAMINATION

18   BY MR. PRETTYMAN:

19   Q.    You testified, I believe, that the cooking of

20   cocaine hydrochloride into crack cocaine, the amount that

21   you get or the amount that you could cook depends on the

22   size of the coffee pot or other vessel like a coffee pot

23   which is being used to cook the cocaine hydrochloride

24   into crack; is that correct?

25   A.    That's correct.  That's why they use a coffee pot.

1  It has a bigger opening at top and it's glassware and

2  holds the most amount of water that it can instead of

3  like beaker types.

4  Q.    In connection with your testimony, to make sure I

5  understand it, based upon Mr. Benson's question, did you

6  say that it could be up to a pound of cocaine

7  hydrochloride that could be cooked into crack using

8  reaction vessels of the right size, but that your normal

9  amount that you have seen was a quarter-pound, 4 ounces?

10 A.    Actually, normal is what they would cook, is about

11 a quarter-pound at a time.  I have seen it cooked up to

12 about a pound at a time, but you have to have the

13 glassware for it.

14 Q.    If you had multiple glassware or if you repeated

15 the process, you could continue to cook?

16 A.    Sure.  It takes five, ten minutes to cook crack

17 cocaine up.  You could just do it numerous times.  You

18 have four heaters on top of a stove, so you could do

19 four pots at once, if you wanted to.

20         MR. PRETTYMAN:  Thank you.  I have no

21 further questions, your Honor.

22         THE COURT:  All right.  You may step down.

23         THE WITNESS:  Thank you, your Honor.

24         MR. PRETTYMAN:  Your Honor, may Special Agent

25 Donahue be excused, please?

Donahue - redirect                    28

1            THE COURT:  All right.  You're excused.

2                    (Witness excused.)

3                         - - -

4            MR. PRETTYMAN:  Your Honor, I move the

5   admission of the exhibit that he opened.  I'm not sure

6   if I --

7            THE COURT:  I think you already did.  Anyway,

8   it's admitted.

9            MR. PRETTYMAN:  Special Agent Donahue gave

10  me Exhibit 8, which I believe was admitted as well.

11           With the Court's permission, I'd like to call

12  Dr. Dasgupta as the next witness.

13           THE COURT:  All right.

14           MR. PRETTYMAN:  My understanding is he's right

15  outside the door.

16                         - - -

17               ... AMALENDU DASGUPTA, having been

18        duly sworn as a witness, was examined and

19        testified as follows ...

20                    DIRECT EXAMINATION

21  BY MR. PRETTYMAN:

22  Q.   Good morning, Doctor.

23  A.   Good morning.

24  Q.   Could you tell us by whom you are employed?

25  A.   I'm employed by the Office of Chief Medical

1    Examiner, State of Delaware.

2    Q.    And in what capacity are you employed?

3    A.    I'm Chief Forensic Toxicologist.

4    Q.    And what is your -- or is another word for that a

5    forensic chemist analyzing substances to see what drugs

6    they are?

7    A.    Yes.

8    Q.    How long have you been a forensic toxicologist,

9    forensic chemist, with the Medical Examiner's Office for

10   the State of Delaware?

11   A.    September 1974.

12   Q.    Until the present?

13   A.    Yes.

14   Q.    What are your duties as a forensic chemist with

15   the Medical Examiner's Office?

16   A.    First of all, I'm the laboratory supervisor, and I

17   do all the laboratory operations at the lab and also I

18   do analysis.

19            MR. PRETTYMAN:  Your Honor, I'm going to show

20   Government's Exhibit 7 to the defense.  They received a

21   copy of this in discovery.

22            And I would -- may I approach this witness as

23   well, your Honor?

24            THE COURT:  All right.

25   BY MR. PRETTYMAN:

1   Q.      Dr. Dasgupta, do you recognize what that is a copy

2   of (handing exhibit to the witness)?

3   A.    Well, it's the copy of the letter that I sent to

4   you and sent some material over that you asked for.

5   Q.    Does that Government's Exhibit 7, does that have

6   your curriculum vitae?  In other words, your educational

7   qualifications, your training and experience as a forensic

8   chemist analyzing cocaine and cocaine base, also known as

9   crack?

10  A.    Yes.

11  Q.    And is that a fair and accurate depiction of your

12  training and qualifications to be a forensic toxicologist

13  with the Medical Examiner's Office?

14  A.    Yes, sir.

15          MR. PRETTYMAN:  Your Honor, I would move

16  the admission of that document into evidence.

17          MR. BENSON:  No objection.

18          THE COURT:  It's admitted.

19          MR. PRETTYMAN:  Thank you, your Honor.

20  ***      (Government's Exhibit No. 7 was received into

21  evidence.)

22  BY MR. PRETTYMAN:

23  Q.      Specifically, I want to ask you about some

24  training in connection with cocaine and crack cocaine,

25  cocaine base.

1    A.    Yes.

2    Q.    Have you received training to determine whether a

3    substance is cocaine or cocaine base, also known as

4    crack?

5    A.    We deal with the method in our lab by taking some

6    guidance from published material, so I did not receive

7    any training, but we really follow the procedure of

8    doing that analysis.

9    Q.    Do you use scientific equipment to analyze and

10   weigh substances to determine if a substance is cocaine

11   or cocaine base, also known as crack?

12   A.    Yes.

13   Q.    And approximately how many times have you used

14   that scientific equipment to analyze and weigh substances

15   to determine whether the substance is cocaine?  And then

16   the next question is for cocaine base, also known as

17   crack?

18   A.    I do about 30 exhibits per week, if not more, on

19   cocaine and cocaine base.  Nowadays we are getting most

20   of the exhibit as cocaine base.  So the majority of

21   those should be cocaine base.

22   Q.    Okay.

23         Have you ever testified as an expert in State

24   of Delaware courts as an expert on whether a substance

25   you analyzed is cocaine?

Dasgupta - direct                    32

1    A.    Yes, I did.

2    Q.    Approximately how many times?

3    A.    I testify at least twice a month.

4    Q.    For your whole tenure, from 1974 to the present?

5    A.    At the beginning, I did not testify that often,

6    but after that, yes.

7    Q.    And the same question for cocaine base, also known

8    as crack.  Have you ever testified as an expert in the

9    State of Delaware courts as an expert on whether a

10   substance you analyze is cocaine base, also known as

11   crack?

12   A.    Yes.

13   Q.    Approximately how many times?

14   A.    About the same time.

15   Q.    Have you ever testified as an expert here in

16   Federal Court on whether you substance you analyzed is

17   cocaine base, also known as crack?

18   A.    I don't recall whether it was cocaine, but I

19   testified in Federal Court on drug cases.

20   Q.    Okay.

21              (Pause.)

22   BY MR. PRETTYMAN:

23   Q.    Dr. Dasgupta, earlier in court, Exhibit No. 9,

24   which was sealed, and had no signs of tampering, was

25   opened this morning.

Dasgupta - direct                      33

1              I also have Government's Exhibits 10-A, 10-B

2      and 10-D (handing exhibits to the witness).  I going to

3      ask you to take a look at those and see whether you

4      analyzed those, the contents of those packages, to

5      determine what the substances were?

6      A.    Yes, I have analyzed these, because I see my initial

7      on all of them.

8      Q.    All right.

9              Were each of these exhibits packaged and

10     labeled when you received them to do your analysis?

11     A.    Yes.  They were intact.

12     Q.    And there were no signs of tampering?  They were

13     fully sealed, each Government's Exhibits 9, 10-A, B and

14     D, I believe?

15     A.    Yes.

16     Q.    Whatever is in front of you?

17     A.    Yes.

18     Q.    What steps did you take to analyze and weigh

19     Exhibit 9?

20     A.    Exhibit 9 is...

21     Q.    Exhibit 9 is the opened one, right here, which you

22     have as 97-316E.

23     A.    I have to review my lab report.

24              The first test that I did is called color

25     test.

Dasgupta - direct                    34

1    Q.    Your Honor, I believe Mr. Benson has a question.

2              MR. BENSON:  Do you have a copy of the lab

3    report?

4              MR. PRETTYMAN:  I gave it to you in discovery.

5    It's Page 148 of discovery.

6              MR. BENSON:  I don't know if I brought that

7    with me.

8              THE COURT:  If you want that on the record,

9    you're going to have to speak up.

10             MR. BENSON:  I'm just asking for a copy of

11   that, your Honor.  I don't know if I have it with me.  I

12   was looking for it and I can't find it.  If he has an

13   extra copy, it might be nice.  I mean, it's in here

14   somewhere, probably.

15             MR. PRETTYMAN:  I can share my copy, your

16   Honor.  I don't have an extra one.

17             THE COURT:  All right.

18             (Mr. Prettyman handed an exhibit to Mr.

19   Benson.)

20   BY MR. PRETTYMAN:

21   Q.    Dr. Dasgupta, could you tell the Court what you

22   did to analyze Government's Exhibit 9?

23   A.    Yes.  First of all, I opened the envelope up.  I cut

24   it at the opposite end where the seal is.  And then I took

25   out the evidence and looked at the evidence, weighed the

1  evidence, and recorded the net weight.  Net weight means

2  the weight of material itself, not the plastic bags

3  involved.

4          And then I took a portion of the material and

5  analyzed it by a test that's called color test.  And if

6  it is cocaine, we'll see a bright color.  If it is not

7  cocaine, it's cocaine base, then we won't see a bright

8  color.  And we have to add some acid to it to make it

9  cocaine hydrochloride and immediately we see color,

10 appearance of color.

11         So that was the first step that we followed.

12 And then what I did is I took a portion of that and did

13 a thin-layer chromatographic analysis.

14 Q.    Thin-layer...

15 A.    Chromatographic analysis.

16 Q.    Thank you.

17 A.    And that showed it was cocaine base.  Now, the way

18 we do thin-layer chromatography analysis is we use a

19 solvent to dissolve the substance and that solvent is

20 hexane.  If cocaine is present, we won't see anything by

21 that analysis.  If cocaine base or crack is present,

22 then we will see a sign of cocaine base on thin-layer

23 chromatographic analysis.

24         So that's -- the matter that we use is based

25 on solubility.

1        Then, once we find out that this -- this may

2   be cocaine base or crack, we do an FTIR analysis.   An

3   FTIR analysis is almost like fingerprint of the

4   substance.  So it conformed my observation that it was

5   cocaine base.

6   Q.    Okay.

7         And another word for cocaine base that you

8   use is crack; is that correct?

9   A.    Yes.

10  Q.    Are these the proper tests and commonly accepted in

11  the scientific community for determining whether a

12  substance is cocaine base, also known as crack, and for

13  weighing the substance?

14  A.    Yes, sir.

15  Q.    Did you properly perform these tests that you just

16  mentioned?

17  A.    Yes, sir.

18  Q.    And these were all on Government's Exhibit 9?

19  A.    Yes, sir.

20  Q.    Did you use properly-calibrated testing and

21  weighing instruments when you performed your analysis

22  of Government's Exhibit 9?

23  A.    Yes, sir.

24  Q.    And was Exhibit 9 in the same condition when

25  you analyzed and weighed it as when you received it?

1    A.    Yes, sir.

2    Q.    What is your conclusion from your analysis and

3    weighing of Government's Exhibit 9 as to what the

4    substance is in there?

5    A.    Cocaine base, crack.

6    Q.    Now, you selected a random sample of the bags that

7    were in there to test; is that correct?

8    A.    Yes, that's correct.

9    Q.    Did you randomly select which bags to test for

10   cocaine base, also known as crack?

11   A.    Yes.

12   Q.    And did you weigh the substance in the bag without

13   the bag to get the net weight, as you mentioned earlier?

14   A.    Yes, sir.

15   Q.    Did anyone tell you which bags to select to do your

16   testing on?

17   A.    No.

18   Q.    Is the number of bags you selected to test and the

19   manner in which you selected which bags to test

20   consistent with the accepted standards of reliability in

21   the field of forensic science toxicology?

22   A.    Yes.

23   Q.    And how many bags did you test out of the how many

24   bags that were there?

25   A.    50.

Dasgupta - direct                    38

1   Q.    You tested 50 bags out of 242?

2   A.    Yes.  It's in my report also.

3   Q.    Did the contents of all the bags of cocaine base,

4   also known as crack, including the bags that you did not

5   test, appear to be the same in weight and in physical

6   appearance?  Lumpy, rock-like, chunky, whitish?

7   A.    They look similar.

8   Q.    And did the plastic bags containing the drugs in

9   Government's Exhibit 9 all appear to be the same?  They

10  had animals stamped on them?

11  A.    Yes.

12  Q.    Do you have any doubts as to your analysis that the

13  substance that you have tested in Government's Exhibit 9

14  is cocaine base, also known as crack?

15  A.    I don't have any doubt of it.

16  Q.    And are the testings that you performed conclusive

17  as to whether a substance is cocaine base, also known as

18  crack, that you've done on Government's Exhibit 9?

19  A.    Yes.

20  Q.    Do you at the Medical Examiner's Office have

21  equipment to determine whether cocaine base, also known

22  as crack cocaine, contains residue of sodium bicarbonate

23  from the manufacturing process?

24  A.    Well, it should, the equipment that we have.  But

25  we are working on that and we could not find sodium

1    bicarbonate.  It's kind of difficult.

2    Q.    Based upon your understanding of the manufacture

3    and cooking process of cocaine hydrochloride and sodium

4    bicarbonate, if the proper amount was used, would there

5    be no sodium bicarbonate in the residual product?

6    A.    Yes.

7    Q.    Is baking soda another word for sodium bicarbonate?

8    A.    Yes.

9    Q.    And you were working on trying to get the equipment

10   at your lab to be able to do these type of analyses to

11   see if there's sodium bicarbonate?

12   A.    Yes.

13   Q.    Based upon your training and experience in

14   analyzing the numerous samples of cocaine base, also known

15   as crack, that you analyze, do you believe that all lumpy,

16   chunky, rock-like cocaine base that looks like the cocaine

17   base that you analyzed here is crack?

18   A.    No.

19   Q.    And that there's some that would not be crack; is

20   that correct?

21   A.    Yes.

22   Q.    But based upon your training and experience, you

23   believe that is crack?

24   A.    Yes.

25   Q.    Now, do you also have Government's Exhibits I

Dasgupta - direct                    40

1    believe 10-A, B and D in front of you?

2    A.    Yes.

3    Q.    Did you analyze the contents of those three

4    exhibits?

5    A.    Yes, I did.

6    Q.    What steps did you take to analyze and weigh those

7    exhibits?

8    A.    The same steps that I described before.

9    Q.    Are these the proper tests, generally and commonly

10   accepted in the scientific community to determine

11   whether a substance is cocaine?

12   A.    Yes.

13   Q.    And for weighing the substance?

14            And did you properly perform these tests on

15   Exhibit 10?

16   A.    Yes, I did.

17   Q.    Did you use properly calibrated testing and

18   weighing instruments when you performed your analysis

19   of Exhibit 10?

20   A.    Yes, I did.

21   Q.    Was Exhibit 10 in the same condition when you

22   analyzed and weighed it as when you received it?  When I

23   say 10, it's always 10-A, B and D?

24   A.    Yes.

25   Q.    What is your conclusion from your analysis and

Dasgupta - direct                    41

1   weighing of Exhibit 10?

2   A.    Exhibit 10, which is A, B and D, they contain

3   cocaine.

4   Q.    That's cocaine hydrochloride; is that correct?

5   A.    That's cocaine hydrochloride, yes.

6   Q.    And when those packages came into your possession

7   at the lab, they were sealed, not tampered and properly

8   labeled?

9   A.    Yes, sir.

10  Q.    When you performed all your analyses on the drugs

11  in this case, were the drugs in the same condition when

12  you received them as when you analyzed them?

13  A.    Yes, sir.

14          MR. PRETTYMAN:  Your Honor, I would move

15  the admission of Government's exhibits 10-A, B and D for

16  this hearing.

17          MR. BENSON:  No objection.

18          THE COURT:  All right.  They're admitted.

19  ***        (Government's Exhibits No. 10-A, B and D were

20  received into evidence.)

21          MR. PRETTYMAN:  Thank you, your Honor.  I have

22  no further questions.

23                    CROSS-EXAMINATION

24  BY MR. BENSON:

25  Q.    Good morning, Doctor.

1    A.    Good morning.

2    Q.    How are you?

3          Doctor, a couple questions.  Number one, you

4    cooked cocaine into crack personally?

5    A.    No.

6    Q.    You have never done that?

7    A.    No.

8    Q.    Do you know how it's done?

9    A.    Yes.

10   Q.    Do you know how difficult or how easy it is to

11   achieve it?

12   A.    I don't -- I don't have any idea.  I hear it's very

13   simple.

14   Q.    You heard that?

15         As I understand it, one of the comments you

16   made on direct examination was that you can look at

17   cocaine powder and crack and many times differentiate

18   one from the other by the appearance, by the color?

19   A.    No.

20   Q.    No?  You cannot?

21   A.    I cannot because -- but if it is in the same lot,

22   in the same similar kind of bag, and they look similar,

23   we use a method.  We take a certain portion of that and

24   do the analysis.  If they all come as cocaine base, most

25   probably all of them are crack or cocaine base.  But if

Dasgupta - cross                    43

1  you ask me whether I can differentiate between two lumpy

2  substances, no, I cannot.

3  Q.    Now, you've been doing this for, what, 24 years?

4  A.    Yes.

5  Q.    On a daily basis?

6  A.    Almost on a daily basis.

7  Q.    On a daily basis.

8          It's your testimony as an expert that you

9  cannot differentiate powder cocaine from crack cocaine

10  by looking at it?

11  A.    By looking at it, no.  I should not even try.

12  Q.    Okay.

13          How about by touching it?

14  A.    No.

15  Q.    By feeling it?

16  A.    No.

17          MR. BENSON:  Your Honor, may I approach the

18  witness, please?

19          THE COURT:  All right.

20  BY MR. BENSON:

21  Q.    Now, as I understand it, Doctor, there was prior

22  expert testimony that indicated that crack cocaine

23  typically is a rock-like substance.

24  A.    That's right, yes.

25  Q.    Okay.

Dasgupta - cross                    44

1          Now, I know this is going to sound

2   inconsistent, probably, but powder cocaine can also be

3   rock-like, can it not?

4   A.    Yes.  Sometimes they form, you know -- they bind

5   together and form a lump, or something like that.

6   Q.    Right.

7   A.    You get a solid.

8   Q.    Now I'd like to show you Government's Exhibit No.

9   10-A.

10          MR. BENSON:  If I may again approach?

11          THE COURT:  All right.

12  BY MR. BENSON:

13  Q.    Now, feeling that, Doctor (handing exhibit to the

14  witness) -- don't read that for a moment.  I know you

15  know what it says.

16  A.    Yes.

17  Q.    But feeling that, can you tell us whether that's

18  powder or crack?

19  A.    No.

20  Q.    By feeling it?

21  A.    No.

22  Q.    All right.

23          Now, let me ask you, again, I'm going to show

24  you Government Exhibit 10-D and ask you to feel this

25  (handing exhibit to the witness).

Dasgupta - cross                    45

1  A.    No.  By feeling, I cannot say what's the chemical

2  composition.

3  Q.    Can you feel the significant difference between

4  those two packages?

5  A.    Well, this is, of course, heavy (indicating).

6  Q.    Well, forgetting the heaviness or the lightness,

7  as far as the texture, feeling the content of the

8  package?

9  A.    No, I cannot.

10  Q.    Can you tell the difference?

11  A.    This looks like solid stuff.  But in here, I don't

12  know.

13  Q.    They are both powder, are they not?

14  A.    I don't --

15  Q.    Well, I mean, looking at the -- looking at the

16  Government --

17  A.    It says white, chunky substance.

18  Q.    Okay.

19        Well, 10-D, didn't you indicate that that was

20  powder cocaine?  In your report?  Didn't you just testify

21  to that?

22  A.    No.  I said cocaine.  I never used powder cocaine.

23  Q.    Well, is it crack cocaine?

24  A.    It is cocaine base.

25  Q.    What does that mean?

Dasgupta - cross                    46

1    A.    Crack -- I'm sorry.  It is cocaine hydrochloride.

2    It's cocaine.

3    Q.    So it's not crack cocaine?

4    A.    It's not.

5    Q.    Okay.

6    A.    In my report, if you look at -- you see A, B and D,

7    which is Exhibit 10.

8    Q.    Yes.

9    A.    They're all cocaine.

10   Q.    And cocaine, meaning -- I'm using the word powder

11   as opposed -- it's not crack cocaine?

12   A.    No.  It's called cocaine hydrochloride.  Solid

13   cocaine.

14   Q.    Solid cocaine.  Not crack cocaine?

15   A.    Right.

16   Q.    Okay.

17   A.    Yes, sir.

18         MR. BENSON:  Your Honor, it may be a little

19   bit unusual, but what I'd like your Honor to do, if you

20   wouldn't mind, because this is going to be relevant

21   later on, if you would mind not just holding those two

22   bags and getting a feel for the testimony, because it

23   seems to be different from what the other expert just

24   testified.  And it's going to be very relevant down the

25   road.

Dasgupta - cross                    47

1           THE COURT:  All right.

2           MR. BENSON:  And I think it might help your

3  Honor in understanding where we're heading for purposes

4  of this evidentiary hearing.

5           THE COURT:  All right.

6           MR. BENSON:  Do you want me to give them to

7  you?

8           DEPUTY CLERK:  Sure.

9           MR. BENSON:  Okay.

10           DEPUTY CLERK:  All of these?

11           MR. BENSON:  Yes.

12           (The Clerk handed the exhibits to the Court.)

13  BY MR. BENSON:

14  Q.    Now, again, for the Judge's benefit, Government

15  Exhibit 10-D, that is cocaine -- that's not crack

16  cocaine?

17  A.    That's right.

18  Q.    Okay.

19           And would you agree that that is in a very

20  solid form?  Do you remember feeling that, in that

21  container?

22  A.    Well, it says rock-like, yes.

23  Q.    Rock-like.  Rock-like.  Chunky?

24  A.    Chunky.

25  Q.    Chunky, rock-like.

Dasgupta - cross                              48

1    A.    I don't remember.  It has been months.

2    Q.    I understand.  But the container indicates what it

3    is?

4    A.    Yes.

5    Q.    Okay.  Fine.

6              Did you feel the bag that the Government has

7    identified as being crack cocaine?  That was the one that

8    was open.

9    A.    Well, I did not feel it.  I opened it.

10   Q.    You opened it?

11   A.    And looked at the material and did some test and

12   then I confirmed it.

13   Q.    Did that seem as rock-like to you as the --

14   A.    It's chunky.

15   Q.    It's chunky.

16             So could you differentiate that chunkiness

17   from the exhibit, the Government Exhibit 10-D?

18   A.    10-D?

19   Q.    That was the big chunk.

20   A.    That was the big chunk.  But, you know, it looked

21   different.

22   Q.    Forgetting the looks --

23   A.    Yes.

24   Q.    -- the feel, could you feel the difference?

25   A.    Now, when you are asking me feel, I don't

1    understand.  I mean, opening it and then feel it?

2    Q.    Well, not looking at it.  You say that the drugs

3    are inside a closed, non-clear plastic bag and you're

4    feeling it.  You are picking it up in your hand and

5    handing it to me.

6    A.    Both to me seem solid.

7    Q.    They both seem the same?

8    A.    Yes.

9    Q.    Yet one was powder, one was crack; is that right?

10   A.    The first one was powder, yes.

11   Q.    And one was crack?

12   A.    Yes.

13            MR. BENSON:  Thank you.

14            Nothing further, your Honor.

15            MR. PRETTYMAN:  May I have a moment, please,

16   your Honor?

17            THE COURT:  All right.

18            (Pause.)

19            MR. PRETTYMAN:  Thank you, your Honor.  I have

20   no further questions for Dr. Dasgupta.

21            THE COURT:  All right.  You may step down.

22            MR. PRETTYMAN:  May he be excused, please,

23   your Honor?

24            THE COURT:  Yes.

25                    (Witness excused)

1                          - - -

2              MR. PRETTYMAN:  Your Honor, I believe the Court

3      is aware the Government's other witness will be flying in

4      tonight and will be available tomorrow morning for the

5      9:00 o'clock part.  Other than that, the Government would

6      rest, with the understanding that the Government would be

7      allowed to call that other witness, Detective Sullivan,

8      tomorrow morning.

9              THE COURT:  All right.

10             MR. BENSON:  Well, your Honor, may -- I guess

11     my question is, if that's the Government's entire case at

12     this point, other than Detective Sullivan, there are no

13     other police officers that are going to be testifying?  I

14     mean, if that's the case, then that's fine.  I just want

15     to know, because I understood that the Government was

16     going to complete their case in chief, other than

17     Detective Sullivan.

18             MR. PRETTYMAN:  This is the completion of

19     the Government's case in chief, with the exception of

20     Detective Sullivan.  Of course, depending on what happens

21     in the defense case, we may or may not have rebuttal

22     evidence that we would ask the Court to present.

23             MR. BENSON:  Okay.  Your Honor, two of my

24     witnesses are incarcerated.  I don't know if that

25     creates a difficulty in getting them up here.  But I

1   want to call Linette Crawford.

2                THE COURT:  All right.

3                MR. BENSON:  Please.

4                THE COURT:  Could the Marshal make

5   arrangements for Linette Crawford to be brought to the

6   courtroom?

7                How long will it be before she'll be up?

8                DEPUTY MARSHAL:  About five minutes.

9                THE COURT:  Five minutes?

10               MR. BENSON:  Do you want to take a brief

11  recess?

12               THE COURT:  We'll take a five-minute break and

13  be back.

14               MR. BENSON:  Sure.  That's fine.

15               (Short recess taken.)

16                         - - -

17

18

19

20

21

22

23

24

25

1

2                    (Court resumed after the recess.)

3

4          THE COURT:  All right.  Ready to proceed?

5          MR. PRETTYMAN:  Your Honor, I'm sorry to

6   interrupt.

7          Your Honor, before we begin, I believe Mr.

8   Benson and I, if we could talk to your Honor.  Miss

9   Crawford had requested to the Marshals that her attorney

10  be present and he is not in the courtroom.

11         THE COURT:  Who is her attorney?

12         MR. PRETTYMAN:  Mr. Malik represents her,

13  your Honor.  When the case got rescheduled last time, I

14  did notify both defense counsel that there was a

15  rescheduling.  Since I wasn't calling Miss Crawford as

16  a witness, I made no arrangements to have Mr. Malik

17  here.

18         MR. BENSON:  I don't know that I'm obligated

19  to have Mr. Malik here.

20         THE COURT:  Well, am I?

21         MR. BENSON:  No.  I don't mean that.  I mean

22  I'm ready to go.  She's been subpoenaed 12 times or

23  whatever and we're ready to go.

24         THE COURT:  Well, -- has anybody called him?

25  Do you know where he is?  Why don't I get my secretary to

1    place a call to Mr. Malik, to see where he is, and if you

2    want to -- Mr. Koyste is here.  Does he represent the

3    other potential witness?

4              MR. BENSON:  Yes.

5              THE COURT:  Could we just trade witnesses?

6              MR. BENSON:  Well, we can.  It's a little

7    continuity problem, but other than that, there's not a

8    big deal.  The way it shakes out is that the first

9    contact was with this young lady and then Miss Bullock

10   got into the picture thereafter.

11             But, yes, we can figure something out.

12             The other thing, Judge, if we're going to be

13   on a little recess, I've got an exhibit that I want to

14   use and I'm going to need Mr. Chambers to help me prepare

15   the exhibit.  Basically, it has to do with some of the

16   testimony from the officers in either a 302 or something

17   about packaging.  And I would like to be able to do that.

18             So if your Honor doesn't have a problem with

19   that, we can do it with the Marshals present.

20             I have everything I need, but I just need Mr.

21   Chambers.

22             THE COURT:  You want to do it during the lunch

23   break or something like that?

24             MR. BENSON:  Well, whenever.  If we're waiting

25   for Mr. Malik, here's going to be here 10 or 15 minutes,

1   that's fine, or lunch break.  I guess we need to do it in

2   the courtroom.

3             THE COURT:  All right.  That's fine.

4             So why don't you step down and we'll get the

5   Marshals to bring up -- who is the other witness?

6             MR. BENSON:  Faye Bullock.

7             THE COURT:  All right.  We'll get the

8   Marshals --

9             MR. BENSON:  We're going to try and reach Mr.

10  Bullock first?

11            THE COURT:  My secretary is making the phone

12  call.

13            MR. BENSON:  She's doing that?

14            THE COURT:  She's listening.

15            (Pause.)

16            MR. BENSON:  Your Honor, as it turns out, I

17  think we will need the exhibit for this witness that's

18  coming up.  So that may be before the lunch break, I

19  guess.  So if we could perhaps be allowed to do that

20  now...

21            THE COURT:  All right.

22            MR. BENSON:  It should only take about ten

23  minutes, I think, Judge, or less.

24            THE COURT:  All right.  I will be back in ten

25  minutes.

1                    (Short recess taken.)

2                         -  -  -

3                    (Court resumed after the recess.)

4

5              THE COURT:  We've called John Malik, but he's

6    in Superior Court.

7              All right.  Ready to proceed.

8                         -  -  -

9                    DEFENDANT'S TESTIMONY

10

11              ... FAYE BULLOCK, having been duly

12              sworn as a witness, was examined and

13              testified as follows ...

14                    DIRECT EXAMINATION

15   BY MR. BENSON:

16   Q.    Your name is Faye Bullock?

17   A.    Yes.

18   Q.    And you're presently incarcerated; is that correct?

19   A.    Yes.

20   Q.    And where are you incarcerated?

21   A.    WCI, Women's Prison.

22   Q.    I can't hear you.

23   A.    At WCI.

24   Q.    How long have you been there?

25   A.    Since February the 2nd.

Bullock - direct                        56

1   Q.    Now, you made an agreement with the Government, did

2   you not, to plead guilty to certain charges, and part of

3   that agreement was for your testimony against Mr.

4   Chambers sitting over here?

5   A.    I don't remember.  I don't think so.

6   Q.    You don't think you made an agreement with the

7   Government to testify against Mr. Chambers?

8   A.    They asked me to and I said I will.

9   Q.    You said what?

10  A.    I told them I will help.  I will testify against

11  him.

12  Q.    You would help the Government?

13  A.    If that's what you want to call it.

14  Q.    I'm asking you.  Is that what you said?

15  A.    Yes.

16  Q.    That you would help the Government by testifying

17  against Mr. Chambers?

18  A.    Yes.

19  Q.    And what did the Government promise you, if

20  anything?

21  A.    I have no promise.

22  Q.    No promise?

23  A.    No.

24  Q.    They didn't talk to you about substantial

25  assistance and a departure from what your sentencing

1    guidelines call for?

2    A.    Yes, but it's not a promise, because the Judge has

3    the last say-so.

4    Q.    I'm sorry?

5    A.    The Judge has the last word, so it's not a promise.

6    Q.    It's not a promise from the Government or from the

7    Judge?

8    A.    From the -- hold on.  Can I talk to my client -- I

9    mean my lawyer for a second?

10              MR. BENSON:  I don't know, to tell you the

11   truth.  I don't think you can.  I would say that --

12              THE COURT:  Do you object to her talking to

13   her lawyer?

14              MR. PRETTYMAN:  Mr. Koyste is present in the

15   courtroom, and I would ask if she has a question about it,

16   that she be allowed to speak to her attorney.

17              THE COURT:  Why don't we let her talk to Mr.

18   Koyste, if she'd like to.

19              Why don't you come up, Mr. Koyste?  You may

20   stand up here.

21              (Pause while the witness and Mr. Koyste

22   conferred.)

23              THE COURT:  All right.  Do you want to ask

24   the question again?

25              MR. BENSON:  Yes.

1    BY MR. BENSON:

2    Q.    Do you understand the question I asked you?

3    A.    Yes.

4    Q.    What was it?

5    A.    You asked me did the Government promise me anything.

6    Q.    And your answer was?  Was not a promise?

7    A.    The -- it wasn't a promise.  The Judge has the last

8    say-so.

9    Q.    Well, didn't the Government say that if you testify

10   and help them against Darryl Chambers, that they would

11   recommend a downward departure for your sentence?

12   A.    If I tell the truth, then they'll motion one.

13   Q.    Yes.  So that's a promise.  They promised you that,

14   didn't they?

15   A.    Yes.

16   Q.    And the more you help them against Mr. Chambers,

17   the more they're going to help you; isn't that correct?

18   A.    Yes.

19   Q.    Okay.

20               What's your educational background, Ms.

21   Bullock?

22   A.    I went to the tenth grade.

23   Q.    Did you complete the tenth grade?

24   A.    No.

25   Q.    So you went to the ninth grade?

1    A.    Yes.

2    Q.    All right.

3          And do you have any other education beyond

4    the ninth grade?

5    A.    I went to the PLACE program, and right now I'm

6    taking my G.E.D. at WCI.

7    Q.    Well, forgetting what you are doing now, I'm

8    talking about up through December 8th of '97?

9    A.    I went to the PLACE program and got some education

10   from there.

11   Q.    What education did you get there?

12   A.    A brush-up of the G.E.D.

13   Q.    Did you complete your G.E.D.?

14   A.    No.

15   Q.    Where were you living at the time that you were

16   arrested?

17   A.    2602 Bowers Street.

18   Q.    And you were living there by yourself?

19   A.    With my two kids.

20   Q.    Two children?  How old are they?

21   A.    At the time, they was three and six.

22   Q.    And how long had you been living there?

23   A.    Since February the 14th, 1997.

24   Q.    Ms. Bullock, how many ounces are in a pound?  Do

25   you know?

Bullock - direct                              60

1   A.    No, I do not.

2   Q.    You don't know how many ounces are in a pound?

3   A.    No.

4   Q.    Do you know how many grams are in an ounce?

5   A.    No.

6   Q.    When did you meet Mr. Chambers?

7   A.    I knew of him for a couple years.

8   Q.    Let me ask you the question again:  When did you

9   meet him?

10  A.    A couple years ago.

11  Q.    Okay.

12        And what does that mean?  '96, '95, 97?

13  What's a couple years ago to you?

14  A.    Probably like '93.

15  Q.    '93?  So that's -- how many years ago was that?

16  This is 1998.

17  A.    Five.

18  Q.    Good.

19        All right.

20        So you met him in '93.  At some point you and

21  he started to have a business relationship, did you not?

22  A.    Yes.

23  Q.    And that was in September of 1997?

24  A.    Yes.

25  Q.    And prior to September of 1997, you and he never had

Bullock - direct                    61

1   a business relationship, did you?

2   A.    No.

3   Q.    All right.

4         And when did you meet in 1997, in September,

5   with Mr. Chambers, to start this business relationship?

6   Do you remember that?

7   A.    Where did I meet?

8   Q.    When did you meet?  When?

9   A.    I don't remember the date.

10  Q.    Well, it was in September.  You remember that?

11  A.    Yes.

12  Q.    How do you remember that?  Did somebody tell you it

13  was September?

14  A.    No, they didn't.  It was football season for my son

15  and I was coming back from the game and that's how I

16  remember.

17  Q.    There's football in October, isn't there?

18  A.    Yes, but I know it was September.

19  Q.    Well, how do you know it was September?

20  A.    Because I do.

21  Q.    Well, how?  Why do you know it's September?

22  A.    Because it's around when the kids first went back

23  to school.

24  Q.    Okay.

25        When do your children go back to school?

Bullock - direct                    62

1    A.    I believe September.

2    Q.    Well, September what?

3    A.    Different days.  I don't remember.

4    Q.    Well, give me a date that they go back to school.

5    A.    I cannot give you a date.

6    Q.    Is it the 7th of September?

7    A.    I don't know.

8    Q.    You don't know when your children go back to

9    school, but you know it's in September?

10   A.    Yes.

11   Q.    What school do they go to?

12   A.    My son went to Carey Downing.

13   Q.    Do you have a daughter also?

14   A.    Yes.  She went to daycare.

15   Q.    Daycare?

16   A.    Yes.

17   Q.    Did she go all year or just when school started?

18   A.    All year.

19   Q.    Your son, you say, played football?

20   A.    Yes.

21   Q.    And he plays on a team?

22   A.    Yes.

23   Q.    When does football season start?

24   A.    Like August.

25   Q.    Do you remember when in August?

1    A.    No, I do not.

2    Q.    Like the week before school?  Two weeks?

3    A.    I don't remember.

4    Q.    And when is the first game that your son would

5    play in?

6    A.    I don't remember.

7    Q.    Do you know how many games he had played in at the

8    time you met Darryl?

9    A.    No.

10   Q.    Do you know how many games your son plays in

11   throughout the football season?

12   A.    No.

13   Q.    But you know he plays football?

14   A.    Right.

15   Q.    Do you know what position he plays?

16   A.    No.

17   Q.    How old is your son again?  I'm sorry.

18   A.    Right now he's seven.

19   Q.    Well, how old was he December the 8th?

20   A.    Six.

21   Q.    What's his birth date?

22   A.    8/8/91.

23   Q.    8/8/91?

24   A.    Yes.

25   Q.    Okay.

1          So you think you met or you know you met

2    Darryl for business purposes in September of '97, but

3    you don't know when?

4    A.     Right.

5    Q.     Could it have been the latter part of September?

6    Is that possible?

7    A.     It was still nice out.  I do remember.

8    Q.     It could be nice out around the 15th or 20th of

9    September, couldn't it?

10   A.     It could.

11   Q.     I mean, is it possible it could have been the 15th

12   or 20th of September?

13   A.     I don't remember.

14   Q.     Is it possible is the question, not whether it was

15   or that you remember.

16   A.     Yes, it's possible.

17   Q.     Do you know what -- excuse me for a minute.

18          (Pause.)

19   BY MR. BENSON:

20   Q.     Do you know what Labor Day is?

21   A.     Yes.

22   Q.     Was it after Labor Day?

23   A.     Yes.

24   Q.     Okay.

25          Do you know how much after Labor Day?

1   A.    No.

2   Q.    Could it have been a couple weeks after Labor Day?

3   A.    I really don't remember.

4   Q.    You just don't remember?  Okay.

5               In any event, you met Darryl because you were

6   a little bit short of cash; isn't that correct?

7   A.    Yes.

8   Q.    And you went up to him to try and borrow some

9   money from him?

10  A.    I had asked somebody.

11  Q.    I can't hear you.

12  A.    I asked somebody to go ask him.

13  Q.    Who was that that you asked?

14  A.    Her name was Greta.

15  Q.    I can't hear you.

16  A.    Greta.

17  Q.    Greta?

18  A.    Yes.

19  Q.    Did Greta go up to Darryl and ask if he would loan

20  you money?

21  A.    Yes.

22  Q.    Did he loan you money?

23  A.    First he said no.

24  Q.    First meaning the first time she asked?  Did she

25  go back like some days later?

1   A.    No.

2   Q.    Did she ask again?

3   A.    No.

4   Q.    Who asked eventually so you were able to borrow

5   money from Darryl?

6   A.    He came to me, it was like the next day.  I was

7   taking my son to football and told him me need to talk

8   to him and that's when he told me he'll give it to me.

9   Q.    Okay.

10            So he looked for you sometime in September,

11  could have been the middle, and said that would loan you

12  the money?

13  A.    Yes.

14  Q.    What happened next?  He loaned you the money?

15  A.    Yes.

16  Q.    Then what?

17  A.    That was it.

18  Q.    That was it?  Did you ever see him again after

19  that?

20  A.    Yes.

21  Q.    How long after?

22  A.    That -- it was like the next day.

23  Q.    The next day after that again?

24  A.    Mm-hmm.

25  Q.    And how did you see him?

1    A.    He --

2    Q.    Did he call you up on the phone or stopped over

3    the football game?

4    A.    Right.

5    Q.    So your son practices every day?

6    A.    Yes.

7    Q.    And you take him to practice?

8    A.    Yes.

9    Q.    So you saw him one day at practice.  He agreed to

10   loan you this money.  How much was it?

11   A.    $129.

12   Q.    $120?

13   A.    $29.

14   Q.    $129.  Okay.

15         And he loaned you that.  Then he left.  Came

16   back the next day?

17   A.    Yes.

18   Q.    What happened then?  When he came back?

19   A.    Nothing.

20   Q.    Did he watch your son play football?  Why did he

21   come back the next day?

22   A.    Oh, you want to know how -- he had asked me when

23   he gave me the $129, can he use my back step, if that's

24   what you are trying to ask.

25   Q.    I'm not trying to ask anything.  I'm asking when

                              Bullock - direct                    68

1    was the next time you saw Mr. Chambers?

2    A.    The next day.

3    Q.    What happened?  Did you have a conversation with

4    him?

5    A.    I don't remember if we did or didn't.

6    Q.    I can't hear you.

7    A.    I don't remember if I did or didn't.

8    Q.    Do you remember ever having a conversation with Mr.

9    Chambers after he loaned you the $129?

10   A.    We probably did, but I don't remember.

11   Q.    At some point after he loaned you $129, you entered

12   into this relationship where he was going to be selling

13   drugs from your home; isn't that correct?

14   A.    Yes.

15   Q.    And how long after that that he loaned you the

16   money did that start to take place?

17   A.    It might have been the next day.  I'm not for sure.

18   Q.    You're not for sure?  Have you been thinking about

19   any of this or talking to the Government about it or any

20   of the police officers about your testimony?  Nobody

21   came over to see you?

22   A.    Not lately.

23   Q.    How lately is not lately?

24   A.    Last time I seen them was like in June.

25   Q.    June?

1   A.      Yes.

2   Q.      And this is September?

3   A.      Yes.

4   Q.      Close to it.  Tomorrow is September.

5           So you saw him two or three months ago?

6   A.      Yes.

7   Q.      And you haven't talked to anybody since then?

8   A.      My lawyer came out, like, a week ago or two weeks

9   ago.

10  Q.      Did you -- I'm sorry?

11  A.      It was -- my lawyer came out a week ago or two

12  weeks ago and it was brief, and that was it.

13  Q.      Okay.

14          Didn't discuss what your testimony might be?

15  A.      We talked a little about it, but not much.

16  Q.      Okay.

17          So nobody tried to refresh your memory about

18  all these incidences?

19  A.      No.

20  Q.      No?

21  A.      Mm-hmm.

22  Q.      So, in any event, sometime in September, Darryl

23  loaned you the money and then sometime thereafter he asked

24  you if he could start selling drugs from your house steps;

25  is that right?

1   A.    Yes.

2   Q.    And what did you say to that?

3   A.    Yes.

4   Q.    And how long after that did he start to do that?

5   A.    I don't know.

6   Q.    Well, would you say it was a week, ten days?

7   A.    I don't remember.  I don't think it was that long,

8   but I ain't for sure.

9   Q.    Well, a week is seven days.

10  A.    I know.

11  Q.    Could it have been three days?

12  A.    I don't remember.

13  Q.    Now, he comes to the house the first time.  And

14  this could have been towards the end of September?  Is

15  that safe to say or no?

16  A.    I don't remember, so... I remember it was nice out

17  when he came.  That's all.

18  Q.    I understand.

19        So it was some time in September, middle to

20  the late part of September; is that right?  I mean, do

21  you agree that that is possible?

22  A.    It's possible.

23  Q.    Okay.

24        And he started selling drugs from your house

25  steps?

1    A.    Yes.

2    Q.    Did he come into the house?

3    A.    Not at first.

4    Q.    And, in fact, he wasn't allowed in your house, was

5    he?

6    A.    I didn't say that.

7    Q.    Well, you had an understanding with him, or at least

8    he at least did not go into your house for some period of

9    time; isn't that right?

10   A.    He might use the phone or something.

11   Q.    Well, he wasn't even using the phone for the first

12   number of weeks that he was selling at your house, was

13   he?

14   A.    Yes, he was.

15   Q.    Okay.

16             He'd use the phone?

17   A.    Yes.

18   Q.    If I suggest to you that it was at least three weeks

19   after he started selling drugs on your steps that you

20   allowed him in the house, does that seem possible to you?

21   A.    It could be possible.

22   Q.    Okay.

23             So now if he started -- if he saw you in the

24   middle of September and then within some number of days

25   thereafter he made an agreement with you to use your house

1    or the steps for drugs, and then for three weeks he was

2    outside of your house, two to three weeks, and you agree

3    that's all very possible, aren't we now into the beginning

4    of October, Ms. Bullock?

5    A.    It's possible, yes.

6    Q.    Well, I mean, are we or are we not?  I am not trying

7    to put words into your mouth as you've indicated may have

8    been done in the 302 statement.

9              MR. PRETTYMAN:  Objection, your Honor.  That

10   was never said and there was no testimony on that.

11             THE COURT:  Overruled.

12   BY MR. BENSON:

13   Q.    Miss Bullock --

14   A.    Yes?

15   Q.    -- is it possible that it was in October?

16   A.    I don't remember.  It could have been September.

17   I'm not sure.

18   Q.    Well, it's important, so we want to take a few

19   minutes and go through it again.  You met him sometime

20   in September?

21   A.    Yes.

22   Q.    It was nice out.  Could have been the middle of

23   September.  Within a few days after that, he agrees, and

24   you agree with him, that he can start using your house,

25   or outside of your house, to sell drugs; is that right?

1   A.    About.

2   Q.    Okay?

3            So if it was the middle of September, now

4   it's towards the later part of the middle, and for about

5   three weeks he did not come into your house, did not

6   sell drugs in your house; isn't that correct?

7   A.    I don't remember if he sold drugs about three

8   weeks.

9   Q.    I'm not saying he didn't sell drugs.

10  A.    I'm talking about before he came in my house, I'm

11  not for sure about that.  He could have came before then.

12  I just don't remember.  If it was before -- it could have

13  been before October he was in my house selling or I just

14  don't know that.

15  Q.    You don't remember?

16  A.    Right.

17  Q.    So it's possible it could have been in October that

18  he started selling drugs?  In your house?

19  A.    It's possible, but I don't remember.

20  Q.    You don't remember?

21  A.    Right.

22  Q.    Is that right?

23  A.    Right.  I don't remember.

24  Q.    So if you told somebody, the police or some agency

25  or some authority, that he was selling drugs in your

1    house in September, that might not be correct; isn't

2    that right?

3    A.    It was September.  It was hot outside.  I remember

4    it was in September.  I don't know if it was the beginning

5    of September, the end of September.  I know it was

6    September when he started selling the drugs.

7    Q.    Outside of your house?

8    A.    Yes.

9    Q.    But he didn't come in your house for about three

10   weeks; isn't that right?

11   A.    I don't remember if it was three weeks.

12   Q.    Well, he was outside your house and then eventually

13   he asked if he could use a phone; right?  Remember that?

14   A.    Yes.

15   Q.    You testified to that a little earlier.  I can't

16   hear you.

17   A.    I said yes.

18   Q.    Okay.

19           And he would use the phone on occasion, but

20   he would not come into your house and sell drugs from

21   inside your house; isn't that correct?

22   A.    Yes.

23   Q.    I can't hear you.

24   A.    Yes.

25   Q.    Okay.

1         And then about three weeks after this, he

2    then wormed his way or got your permission to come into

3    your house; is that not correct?

4    A.    You're saying three weeks.  I don't know if it was

5    three weeks.  I can't say approximately how much time

6    before he came in the house, because I don't remember

7    that.  All I know, I know he was in there.

8    Q.    Okay.

9          And it could have been in October?

10   A.    And it could have been September, yes.

11   Q.    No.  I said it could have been October.

12   A.    I don't remember.

13   Q.    I understand you don't remember.

14         MR. PRETTYMAN:  Your Honor, she said it could

15   have been, could have been October.  I think she should

16   be allowed to finish that statement before Mr. Benson

17   asks the next question.

18         MR. BENSON:  I apologize.  I thought she had

19   finished it, your Honor.  She certainly may be allowed to.

20         THE WITNESS:  Now, what was the question?

21   BY MR. BENSON:

22   Q.    Could it have been October that Darryl started --

23   it could not have been October?

24   A.    I know it was September.

25   Q.    That he started coming into your house?  Not selling

Bullock - direct                    76

1    drugs outside the house.  We all know that he started

2    selling drugs outside the house in September.  But we're

3    talking about selling drugs inside your house.  Could

4    that have been October or late September?

5    A.    It could have been late September, but I ain't

6    really sure about it.

7    Q.    And if it could have been late September, it could

8    have been early October?

9    A.    No.

10   Q.    No?  So it could only have been late September;

11   could not have been early October?

12   A.    Right.

13   Q.    Okay.

14            Now, Linette Crawford, you know who she is,

15   of course?

16   A.    Mm-hmm.

17   Q.    And in September, when Darryl started selling drugs

18   from your porch or from the steps, before he started

19   coming into your house, would you see Linette drop off

20   drugs to Darryl?

21   A.    I don't remember.  I don't know that.

22   Q.    I can't hear you.

23   A.    I said I don't remember that.  No.

24   Q.    The answer is no?

25   A.    I don't remember if Nettie started then or when

Bullock - direct                    77

1    she -- I know she brought them, but I don't remember if

2    it was in September or what.

3    Q.    Well, the question --

4    A.    And the first part, I don't think Nettie brought

5    it.  I'm trying to think.

6    Q.    I can't hear you.

7    A.    I ain't say nothing.

8    Q.    Oh.  Are you done thinking?

9    A.    Yes.

10   Q.    Okay.

11           Do you remember Linette coming to your house

12   in September while Darryl was outside of the house?  Did

13   you ever see her drop drugs off to him?

14   A.    I don't remember.  I don't think I saw it.

15   Q.    Okay.

16           So you don't think you saw that?

17   A.    No.

18   Q.    All right.

19           Now, at some point -- strike that.

20           Do you know where Darryl was getting those

21   drugs that he was selling outside of your house?

22   A.    Not at first --

23   Q.    I can't hear you.

24   A.    Not at first, I didn't.

25   Q.    Do you know what drugs he was selling outside of

1    your house?

2    A.    Yes.

3    Q.    How do you know?

4    A.    Because sometimes I'd be outside, too.

5    Q.    You'd be outside with him?

6    A.    Sometimes.

7    Q.    Well, how often?  Once, twice, ten times?

8    A.    It was about ten.  At first -- I used to always

9    sit outside.

10   Q.    You used to always sit outside?  Would you sit

11   out there 15 times, would you say?  20 times?

12   A.    Mm-hmm.

13   Q.    20 times?

14   A.    Mm-hmm.

15   Q.    While he was outside?

16   A.    Yes.

17   Q.    So that means that for at least three weeks, he

18   was not in your house selling drugs, then; isn't that

19   correct?  If you're sitting outside with him, and he's

20   selling drugs outside, then he's not selling drugs

21   inside; isn't that correct?

22          Do you understand the question?

23   A.    No.

24   Q.    You said, under oath, that you used to sit

25   outside because it was so beautiful.

Bullock - direct                    79

1  A.     Mm-hmm.

2  Q.     It was nice September, October, whatever it might

3  have been.  And that you would see Darryl out there and

4  you'd be sitting there.  And I asked you:  How many

5  times?  10 times, 15 times, 20 times?  You said, yes,

6  it could have been 20 times.

7          Now, do you agree that there are seven days

8  in a week, three weeks equals 21 days?  So that means

9  that you could have been sitting outside with Darryl for

10 about 21 days while he was selling drugs outside of your

11 house; is that correct?

12 A.     Yes.  Can I talk to my -- ask Chris another

13 question, please?

14          MR. BENSON:  I don't know if you can.  I

15 don't think you should be allowed to at this point.

16          Judge, I'm going to object to it, let me put

17 it that way.

18          THE COURT:  All right.  Why don't you go

19 without talking to him for now?

20 BY MR. BENSON:

21 Q.     Do you understand the question?

22 A.     Yes.

23 Q.     Is that the answer?

24 A.     Yes.

25 Q.     What?  What's the answer?

Bullock - direct                              80

1   A.    Yes.  What you said was -- can you repeat --

2   Q.    Yes.  Basically what I'm saying is, and let me go

3   through it again, so you understand.  I'm trying to take

4   my time and not trick you.  I hope you believe that.

5         As I understand it, essentially, Darryl

6   started coming to your house sometime possibly around the

7   middle of September.  That's when you made this deal with

8   him, allowing him to come to your porch to sell drugs;

9   isn't that correct?

10  A.    Yes.

11  Q.    That for about three weeks, maybe longer, maybe a

12  little less, he sold drugs outside of your house.

13  Linette Crawford, you never saw.  She never dropped off

14  any drugs to Darryl during that period of time that he

15  was selling outside of your house.

16  A.    I didn't say he never -- I never saw her do that,

17  because I be in the house, too, sometimes.  I never

18  said I didn't see -- I mean I never saw her do it, but

19  she could have, but -- and I just wasn't there.

20  Q.    The question is:  Did you ever see her do it?

21  A.    Right.  No.

22  Q.    Yes or no?

23  A.    No.

24  Q.    Yes or no?

25  A.    No.

1   Q.    Okay.

2         So you never saw her drop drugs off to Darryl

3   during this time that he was outside of the house,

4   selling; is that right?

5   A.    Right.

6   Q.    And that you agree that, for about three weeks after

7   he started selling drugs, maybe longer, you sat outside on

8   a regular basis?

9   A.    Right.

10  Q.    For a couple minutes every night or whatever and he

11  was outside.  He was not inside your house, selling drugs?

12  A.    Right.

13  Q.    Now, that puts it into probably October, doesn't

14  it?

15  A.    Yes.

16  Q.    I can't hear you.

17  A.    Yes.

18  Q.    Yes?  Okay.

19        Now, you also indicated that you knew the type

20  of drugs he was selling.

21  A.    Yes.

22  Q.    How did you know?

23  A.    I saw them.

24  Q.    What did you see?

25  A.    I saw the baggie full of the white -- the powder,

1    which is cocaine.

2    Q.    All right.

3    A.    And I saw the little bags of crack.

4    Q.    You saw the little bags of crack.

5          Now, did you feel the bags?

6    A.    No.

7    Q.    And how did you see them?  I mean, were they laid

8    out like in a display counter on your porch, come and

9    pick which ones you want?

10   A.    Sometimes when he sell them, I see them.

11   Q.    Explain it to me so I can understand and the Judge

12   can understand.

13          Would he keep them outside?

14   A.    No.  He'd keep them tucked in the top of the --

15   it's like a roof outside my house.

16   Q.    Right.

17   A.    And he'd keep them tucked in there.

18   Q.    Somebody would come up and he'd say, You want one

19   from column A or one from column B?  Crack or powder?

20   Is that how it went?

21   A.    They'd tell him what they'd want.

22   Q.    They'd tell him what they wanted and then he'd go

23   up into this thing and pull it?

24   A.    Right.

25   Q.    Right.

1           Now, let me ask you this:  Do you remember

2    testifying somewhere in here (indicating) that you did

3    not stay around when Darryl was selling drugs?

4    A.    No, I don't remember saying that.

5    Q.    You don't ever remember saying that?

6    A.    No, I do not.

7    Q.    Well, I will get that later.

8           So, in any event, at some point, I guess when

9    the weather turned a little sour, you allowed Darryl to

10   come into the house?

11   A.    He just came.

12   Q.    Started selling from inside the house?

13   A.    He'll have his stuff inside the house and he'll

14   sell outside the house.

15   Q.    Okay.

16           So he kept the stuff inside the house.  And

17   when did that start?  Possibly October?

18   A.    I don't remember exact dates.

19   Q.    Now, when was the first time that you can remember

20   that Linette Crawford brought drugs to your house?

21   A.    I don't know the date.

22   Q.    Well, how long after Darryl started selling drugs

23   from inside the house?

24   A.    I don't -- all I know is I saw Nettie -- we was at

25   football.

Bullock - direct                    84

1   Q.    I can't hear you.

2   A.    I said he was at football and she brought the bag

3   over.  I don't know, like, the date or whatever.  I mean --

4   Q.    One time she brought a bag over?

5   A.    No.  Each week it would be like four to five times

6   a week.

7   Q.    Four to five times a week?

8   A.    Yes.

9   Q.    Well, when did it start, my question is?

10  A.    I don't remember exactly the date.

11  Q.    Well, how long before you were arrested did it

12  start?  A month?

13  A.    No.

14  Q.    Two months?

15  A.    I'm not for sure.  I think it was September, but

16  I'm not sure about that.

17  Q.    I know.  This September thing is in your mind.  I

18  understand.  I'm saying September to October to November

19  to December.  That's three months.  Could it have been

20  three months or two months?

21  A.    It could have been three months.

22  Q.    Could it have been two months?

23  A.    It could have been three months.

24  Q.    I say it could have been two months?

25  A.    No.

Bullock - direct                    85

1   Q.    It was longer than two months?

2   A.    Yes.

3   Q.    And she would come how many times a week?

4   A.    Three to four times.

5   Q.    Three to four times?

6   A.    I mean four to five times.

7   Q.    Four to five times?

8   A.    Yes.

9   Q.    And what specific days would she come?

10  A.    Different days.  Whenever we told her.

11  Q.    Okay.

12        Now, let me ask you this question:  When she

13  came to the house, would she deal with you or with

14  Darryl?

15  A.    If he wasn't there, then she'll deal with me.

16  Q.    And how did that transaction take place?  Would

17  you explain it to me?

18  A.    She just said, Hold this for Wolfie, and I would

19  just take it.

20  Q.    What is this?

21  A.    A book bag.

22  Q.    A book bag?  It's a gym bag kind of thing?

23  A.    It's a backpack.

24  Q.    Backpack?  Okay.

25        Would it be open?

1   A.     No.

2   Q.     So it would be closed?

3   A.     Yes.

4   Q.     Zipped?

5   A.     Yes.

6   Q.     Not locked?

7   A.     No.

8   Q.     What would you do with the book bag?

9   A.     Take it and put it in the cabinet.

10  Q.     Would you look inside?

11  A.     Sometimes.

12  Q.     Well, how often would you look inside?

13  A.     I can't say.

14  Q.     Well, guess.

15  A.     Every now and then.

16  Q.     What's now and then mean?  She dropped off a book

17  bag three days a week, three nights a week.  Would you

18  look in once, twice, every night?

19              MR. PRETTYMAN:  Objection, your Honor.  She

20  already testified that it wasn't three times a week.

21  She said it was four to five times a week and Mr. Benson

22  in the question puts in three times a week.

23              THE COURT:  Overruled.

24  BY MR. BENSON:

25  Q.    Do you understand the question?  How often would

1    you look in the book bag?

2    A.    I don't know.  Two times, three.  I don't know

3    for sure.

4    Q.    And would you take anything out of the book bag?

5    A.    No.

6    Q.    No?  Why would you look in?

7    A.    Just to see what was in there.

8    Q.    Well, after you looked in once, did you have any

9    question in your mind what was in there the second time

10   or the third time or the fifth time or the eighth time?

11   A.    I just looked in there.

12   Q.    Well, why?

13   A.    I'm a nosey person.  I just wanted to see what was

14   in there.

15   Q.    Okay.

16              So you'd look in there every once in a

17   while.  Some days you weren't nosey?

18   A.    Some days I might be busy doing other things,

19   where I just threw it there and kept doing what I was

20   doing.

21   Q.    Okay.

22              And what would you see inside the book bag?

23   A.    It would be a whole bunch of things wrapped up in

24   tape.

25   Q.    A whole bunch of things wrapped up in tape?

1    A.    Sometimes.  It would be different.  It depended on

2    the day.  Sometimes it might be more wrapped up in tape,

3    like a plastic bag.

4    Q.    I'm not sure I understand.  What color tape?

5    A.    Gray masking tape.

6    Q.    And how big a thing would it be?

7    A.    Different shapes.

8    Q.    Would it be shaped as a peanut?

9    A.    It might.

10   Q.    Well, I'm asking you.

11   A.    Yes.

12   Q.    Yes or no?

13   A.    Yes.

14   Q.    How about a watermelon?

15   A.    No.

16   Q.    How about a cantalope?

17   A.    No.

18   Q.    A peanut, though?

19   A.    Yes.

20   Q.    Right?

21   A.    Yes.

22   Q.    Did you ever weigh it?

23   A.    No.

24   Q.    Now, when Darryl got there, what would you do?

25   Give him the bag?

1    A.    Yes.

2    Q.    And what would he do then?

3    A.    It depends.  If he was getting ready to sell

4    something right then and there, or if he was doing

5    something, he'd lay it there and come back to it

6    later.

7    Q.    Now, he would sell drugs out of your house; is

8    that right?

9    A.    No.  The drugs would be in my house.  He always

10   sold outside.

11   Q.    That's what I meant.  I'm sorry.  I misspoke.

12            And what were his business hours?

13   A.    Usually when it's dark.

14   Q.    Well, what time would that be?

15   A.    Sometimes it might be -- he usually would come back,

16   I guess -- I'm not for sure.  I know it was always dark

17   outside.

18   Q.    Well, let me ask you this:  When he started coming

19   into your house, was it light outside or dark outside?

20   A.    Dark.

21   Q.    So it was dark when he started coming into your

22   house?

23            Do you know when the time changes?

24   A.    Mm-hmm.

25   Q.    When is that?

1    A.    It's October.

2    Q.    Was it after the time change that he started

3    coming into your house or before?

4    A.    I know it was before that.

5    Q.    How long before?  A couple days, a week?

6    A.    Weeks.

7    Q.    A week?

8    A.    Weeks.

9    Q.    Weeks?  Was it dark?  You say it was dark out when

10   he sold?

11   A.    Right.

12   Q.    So what time would that be, about?

13   A.    I don't --

14   Q.    Don't remember?

15   A.    No.

16   Q.    And would he -- how long would he sell drugs?

17   A.    Different times.

18   Q.    Well, give me a for instance.

19   A.    I'd be asleep usually when he's ready to leave.

20   Q.    Well, would you be down there when he's selling

21   drugs?

22   A.    Some days.  Some days not.

23   Q.    So you would be present some days when he sold

24   drugs?

25   A.    Right.

1  Q.    You were never not there; is that right?

2  A.    Yes.  Sometimes I wasn't there.

3  Q.    But I mean you didn't make it a point to not be

4  there when he was dealing drugs?

5  A.    Some days I wasn't there; some days I was there.

6  Q.    It wasn't a big deal one way or the other?

7  A.    Right.

8  Q.    Now, the drugs that he didn't sell -- Linette drops

9  off a bag, the book bag.  There's drugs inside; right?

10  A.    Mm-hmm.

11  Q.    Darryl opens up shop, sells drugs out of it; right?

12  Now, he closes shop.  What happens to the drugs?  Does

13  he keep them at your house overnight?

14  A.    No.

15  Q.    Never?

16  A.    I can't say never.  A couple times, he did.

17  Q.    A couple times only.  I can't hear you.

18  A.    I think it was a couple times.  It was a couple

19  times he would leave them at my house, but he would take

20  them always to Nettie's.

21  Q.    So then he would take them back to Nettie's?

22  A.    Yes.

23  Q.    Okay.

24          And then she would return the next night with

25  the drugs?

1    A.    Yes.

2    Q.    So when you say that Nettie is bringing drugs every

3    day to your house for Darryl to sell, isn't that what you

4    are saying?

5    A.    I didn't say every day.

6    Q.    Well, how often did you say?

7    A.    I said four to five times.

8    Q.    Four to five times?

9    A.    Yes.

10   Q.    Many times it's the same drugs she's bringing back,

11   isn't it?

12   A.    I don't know.  I didn't watch him sell them.  Some

13   days I did, some days I didn't.  I might look in the book

14   bag, and it would be something in there.  I didn't like

15   pick them up and see how much was in there or whatever.

16   Q.    You never felt it or anything?

17   A.    Right.  No.

18   Q.    So by the feel, you couldn't tell what it was?

19   A.    Right.

20   Q.    And were they ever in clear plastic that you could

21   see what they were?

22   A.    Not when she brought them to us.

23   Q.    So you could never tell what drugs that were in

24   that bag?

25   A.    Right.

1    Q.    You knew they were drugs?

2    A.    Yes.

3    Q.    How did you know?

4    A.    I seen sometimes him wrap them up.

5    Q.    When he was taking them back --

6    A.    Yes.

7    Q.    -- to Nettie?

8    A.    Yes.

9    Q.    So they were always wrapped up and not able to be

10   viewed, but you would see them occasionally when he

11   rewrapped them or unwrapped them?

12   A.    Right.

13   Q.    But not every night did he sell all the drugs, did

14   he?

15   A.    I don't know.

16   Q.    Well, you said that most times he would rewrap the

17   drugs.

18   A.    Right.

19   Q.    Let me finish the question:  That he would rewrap

20   the drugs and take them back to Nettie; is that right?

21   A.    Right.  Some of them.

22   Q.    Well, what do you mean, some of them?

23   A.    He might sell some.  I don't know.  I wasn't there.

24   Some days I might be there, but I can't tell you,

25   because I'm not a drug dealer, how much he sold and what

1    he didn't sell.

2    Q.    I understand.

3    A.    All I know is what I saw.

4    Q.    I'm not asking you the amount he sold.

5    A.    No.

6    Q.    The questions are very simple.  He had drugs?

7    A.    Right.

8    Q.    Nettie brought them to the house, your house?

9    A.    Right.

10    Q.    You didn't see what kind of drugs they were.  You

11    couldn't tell what it was.  You never picked them up,

12    really, did you?

13    A.    No.

14    Q.    Never picked them up.  You just looked in the bag?

15    A.    Mm-hmm.

16    Q.    When Darryl got there, he would open up business,

17    sell some drugs, whatever it might have been.  When he

18    was done, he would rewrap them.  On maybe a couple

19    occasions, at most, he would leave them at your house.

20    Is this right so far?

21    A.    Yes.

22    Q.    For all the other times, whatever the number of

23    months it might have been, he would return the drugs to

24    Nettie's house.

25            Would she ever come back to your house and

Bullock - direct                          95

1    pick them up or would he drop them off?

2    A.    He'd drop them off.

3    Q.    He'd drop them off at Nettie's house.   Then one of

4    these nights or four or five nights, she would return

5    drugs to your house?

6    A.    Mm-hmm.

7    Q.    So on many occasions it was the same drugs plus

8    maybe some additional drugs; isn't that right?

9    A.    It could have been.

10   Q.    Now, the night that you were arrested, do you

11   remember that night?

12   A.    Yes.

13   Q.    The amount of drugs that were confiscated, was

14   that typical of the amount of drugs that Darryl had at

15   your house?

16   A.    I don't know.   I didn't never see the drugs.

17   Q.    You didn't look at them that night?

18   A.    No.

19   Q.    How about the night before?

20   A.    It was a Sunday.

21   Q.    What does that mean, a Sunday?

22   A.    He don't come out on Sundays.

23   Q.    Never comes out on Sunday?

24   A.    No.

25   Q.    So he never deals drugs on Sunday?

Bullock - direct                      96

1    A.    Right.

2    Q.    Ever?

3    A.    Not since he been at my house.

4    Q.    That's what I mean.

5          And that is positive; right?

6    A.    That's right.

7    Q.    Okay.

8          Now, you testified, or -- I'm sorry.  I

9    withdraw that.

10         You made a statement on December the 11th to

11   an FBI agent, I guess, where you indicated -- and let me

12   quote from the 302 statement, which is -- basically, it's

13   what you told the agents; okay?

14              "Bullock states that Darryl Chambers

15         was moving two pounds of crack cocaine and

16         two pounds of powder cocaine on a weekly

17         basis through her house since September of

18         '97."

19              Do you know what two pounds of cocaine is?

20   Do you know how much that is?

21   A.    It looks like a sugar box, a one-pound sugar box.

22   Q.    Who told you that?

23   A.    I had a sugar box and he asked me --

24   Q.    Who's he?

25   A.    Mr. Cobb, right there.

1  Q.    Yes?

2  A.    He would ask me, how did it look, and trying to

3  figure out the shape.  And I said like the sugar box.  I

4  saw the sugar box before -- before he breaks it down to

5  put it into the sandwich bags.

6  Q.    So it was a sugar box you're saying?

7  A.    Yes.

8  Q.    And so as I understand it, it was this size

9  (indicating)?  It was this size?  This is a photocopy of

10 the sugar box that they were talking about.

11              MR. PRETTYMAN:  Your Honor, we're about 20

12 feet away.  Could he at least go up to the witness?

13              MR. BENSON:  She's saying yes, so obviously

14 she could see it.

15              THE WITNESS:  Let me -- can I --

16 BY MR. BENSON:

17 Q.    Now you can't see it any more?

18 A.    I could see it from there, but...

19 Q.    Can you see it from there, or do you want me to

20 come closer?  I can't hear you.

21 A.    You can come closer.

22              MR. BENSON:  Your Honor, may I?

23              THE COURT:  Yes.

24              (Exhibit handed to the witness.)

25              THE WITNESS:  Yes, that is the box.

1    BY MR. BENSON:

2    Q.    That's the box?  Was this the box that was in your

3    house?

4    A.    I don't remember.

5    Q.    I can't hear you.

6    A.    I don't think so.

7    Q.    Well, where did the box come from?  I mean, do

8    you think Agent Cobb or --

9    A.    I had a box in my house, but that's not the box

10   of sugar.

11   Q.    Well, do you think he carries them around with

12   him?

13   A.    No.

14   Q.    So you can figure out what the quantity is?

15   A.    No.

16   Q.    Where did it come from?

17   A.    He was asking me.  He saw the sugar box in my

18   cabinet.

19   Q.    A little sugar box?

20   A.    A one-pound sugar box in my cabinet.  He was trying

21   to determine the size of drugs, so that's why we used

22   sugar box.

23   Q.    Was it wrapped like a sugar box, square?  The drugs

24   I'm talking about.

25   A.    I saw -- it was like a -- that's the size of it and

1    it was all white.

2    Q.    I'm sorry.  Say that again.  I didn't understand

3    you.

4    A.    The size was like the sugar box, but it was all

5    white.

6    Q.    Did you ever see any drugs or anything wrapped in

7    that book bag looking something like this (indicating)?

8    A.    Yes.

9    Q.    Is this the size that you are talking about?

10   A.    What?  About the sugar box?

11   Q.    About the drugs.

12   A.    They be different sizes.

13   Q.    They'd be all different sizes?

14   A.    Mm-hmm.

15   Q.    They'd be bigger than this or smaller than this?

16   A.    Smaller, too.

17   Q.    Is this the biggest one that you saw?

18           MR. BENSON:  Your Honor, may I approach the

19   witness with this?

20           THE COURT:  All right.

21           MR. BENSON:  I guess I need to have it marked

22   as Defense-something, 1.

23           THE COURT:  All right.  It will be marked

24   Defense Exhibit No. 1.

25           MR. BENSON:  Please, your Honor, if I may...

 1    ***          (Defendant's Exhibit No. 1 was marked for

 2    identification.)

 3    BY MR. BENSON:

 4    Q.    Is that the size that we're talking about, Ms.

 5    Bullock?

 6              MR. BENSON:  May I approach the witness,

 7    your Honor?

 8              THE COURT:  All right.

 9              MR. BENSON:  Thank you.

10              (Mr. Benson handed the exhibit to the witness.)

11              THE WITNESS:  You can pick it up.

12    BY MR. BENSON:

13    Q.    I didn't hear you.

14    A.    Can you restate?

15    Q.    I said, is this what you are talking about, the size

16    of the drugs that were in the book bag?

17    A.    Yes.

18    Q.    I'm sorry.  Not the book bag.  The backpack?

19    A.    Yes.

20    Q.    This is it?

21    A.    They be different sizes.

22    Q.    This is the biggest?

23    A.    Probably, yes.

24    Q.    Okay.

25              They'd be all smaller than this or this size?

1    A.    Yes.

2    Q.    Is that right or wrong?

3    A.    It could have been a little bigger.  I'm not for

4    sure about the sizes and all that.

5    Q.    Now you are not for sure about the sizes?

6    A.    I know they was different sizes wrapped up, just

7    like that.

8    Q.    I understand.  Was this the biggest size, is my

9    question to you?

10   A.    Yes.

11   Q.    You're sure of that?

12   A.    Yes.

13   Q.    You're positive of that?  There's no doubt in your

14   mind about that?

15   A.    Right.

16   Q.    Okay.

17              Now, when officer -- when Officer Cobb

18   suggested to you the size of the sugar box, you're

19   thinking of this size and you're saying that's a sugar

20   box?

21   A.    He was asking me to -- the amount that I saw before,

22   that I saw him with, like the most that I saw him with.

23   And I remember seeing him with like the sugar -- the

24   sugar boxes, before he break it down, to make it like

25   you have it.

Bullock - direct                    102

1   Q.    Okay.

2         So you're saying that he would do that and

3   then he would use a one-pound.  And then how many of

4   those would he make?  Four?  Eight?

5   A.    Different size.  He'll weigh them.

6   Q.    Yes?

7   A.    He might cook some up and he might weigh it and

8   like put it in different bags, different amounts, so I

9   couldn't tell you that.

10  Q.    All right.

11        So now let's go back to this statement that

12  you gave.  Let's -- you're saying that you told the

13  agent that he was moving.  And what do you mean by

14  moving?  What does moving mean to you?  Moving two

15  pounds of crack cocaine and two pounds of powder cocaine.

16  What does that mean?

17  A.    Selling.

18  Q.    He was selling?

19        Now, when you say selling, he was getting

20  money for that or he was having that available to be sold

21  and what wasn't sold would go back to Linette?  Do you

22  understand?

23        Well, you're telling me that he would sell

24  drugs from your house.  Well, he would be in the house

25  and the drugs would be outside or whatever.  And that

Bullock - direct                                103

1  every night, he would not sell out, and that he would

2  rewrap it and take it, put it in the bag and take it

3  back to Linette's house; isn't that correct?

4  A.    I didn't say every night he wouldn't sell out.

5  Most of the nights when he's getting ready to close, I

6  wouldn't be out there.  A couple times I might have

7  stayed all night with him, like stayed up and saw it,

8  so I couldn't say every night.

9  Q.    So the nights that you are aware of -- let me

10 rephrase that.  I'm sorry.

11        You are not aware of any night that he sold

12 out, as you put it, sold all the drugs that he had.  He

13 always wrapped them up that you were there?  Any time

14 you were ever there, you saw him rewrap drugs.  Most of

15 the time, 90 percent of the time, he would take it back

16 to Linette, as far as you knew.  Occasionally, very

17 rarely, he would leave it at your house.  Is that right

18 or wrong?

19 A.    It's right.

20 Q.    Is that right?

21 A.    Yes.

22 Q.    Okay.

23        Now, your testimony, I guess, or your

24 statement to the police, is that since September -- and

25 I guess what you mean is since he was allowed in your

Bullock - direct                        104

1   house, whenever that might have been -- you say since

2   September he was dealing two pounds of crack and two

3   pounds of powder a week; right?

4   A.    Yes.

5   Q.    Do you know how many pounds are equal to a key?

6   You don't know?

7   A.    (The witness shakes her head in the negative.)

8   Q.    Now, that was the drugs he was dealing with from

9   September at some point, October, November.  So that's

10  two months.  And then he got arrested December the 8th.

11  So you are talking about perhaps nine weeks, maybe ten

12  weeks?  Do you agree with that?

13  A.    For -- in November for two weeks he didn't sell

14  drugs.

15  Q.    Oh, for two weeks in November he didn't sell

16  drugs?

17  A.    Right.

18  Q.    Where was he?  On vacation?

19  A.    He had got shot.

20  Q.    Oh, he got shot?  So he was laid up?

21  A.    Right.

22  Q.    Disability?

23        So then instead of ten weeks, we're talking

24  eight weeks?  Did you ever tell the police that, that

25  there were two weeks in November that he didn't sell

1   drugs?

2   A.    Yes, I did.

3   Q.    Because I didn't see that in any of their reports

4   where --

5   A.    I did tell him that.

6   Q.    I'm sorry?

7   A.    I did tell him that.

8   Q.    So from the end of September, all of October,

9   November and one week in December, so that's, we'll say,

10  about ten weeks, of which two he didn't sell any drugs.

11  So eight weeks he was selling drugs?  And according to

12  your testimony, it would have been about four pounds;

13  right?

14  A.    Yes.

15  Q.    Okay.

16              Now --

17              MR. PRETTYMAN:  Excuse me, your Honor.  I

18  think she said four pounds per week.

19              THE WITNESS:  Right.

20              MR. BENSON:  That's what I just said, I

21  thought.

22  BY MR. BENSON:

23  Q.    Two pounds of crack and two pounds of powder a week

24  for eight weeks.

25  A.    Yes.

Bullock - direct                            106

1    Q.    Is what I meant to say.

2              MR. BENSON:  If I didn't say that, Judge, I

3    apologize.

4    BY MR. BENSON:

5    Q.    And I asked:  Do you know how many pounds are equal

6    to a kilogram?

7    A.    No.

8    Q.    So you are saying that he was selling four pounds

9    for eight weeks, which is 32 pounds, which would be equal

10   to about eight keys?  Maybe actually less.  Seven keys,

11   total.

12             MR. PRETTYMAN:  Your Honor, I think that

13   math is wrong.

14             MR. BENSON:  It is wrong?

15             MR. PRETTYMAN:  Well, 32 pounds divided by

16   2.2 pounds, which is 2.2 pounds in a kilo, I don't think

17   equals seven.

18             MR. BENSON:  All right.  That's true.

19   BY MR. BENSON:

20   Q.    2.2 into 32 equals about 15 or 14 keys.  Do you

21   agree with that?

22   A.    Can you -- I don't know.

23   Q.    Well, you said that, in your statement, you said

24   that Darryl dealt approximately ten pounds each of crack

25   cocaine and powder cocaine.  Ten pounds each.

1          MR. PRETTYMAN:  Your Honor, again, I don't

2    think that's an accurate depiction of what she said in

3    the statement.

4          MR. BENSON:  It is not?  Let me read her

5    statement, I guess, and I will try to make it accurate.

6    Since September of '97, Bullock estimates that Chambers

7    has dealt approximately ten pounds each of crack cocaine

8    and powder cocaine.  That's 20 pounds.

9    BY MR. BENSON:

10   Q.    Now, did you say that to the agent on December the

11   11th of 1997, three days after you were arrested?

12   A.    Yes.

13   Q.    Okay.

14         Now, is that accurate, to the best of your

15   knowledge?

16   A.    Yes.

17         THE COURT:  We're going to need to take a

18   break sometime in here for lunch.

19         MR. BENSON:  For lunch?  Well, it doesn't

20   matter.  I mean, this is going to go on.

21         THE COURT:  Now?

22         MR. BENSON:  Do you want to take it now?

23         THE COURT:  We'll take a one-hour break.

24         John Malik is on his way over, and so if you

25   want to interrupt this witness --

Bullock - direct                          108

1              MR. BENSON:  No.  I might as well finish with

2    her.  I guess they won't have an opportunity to

3    communicate, will they, she with Linette?  I mean,

4    presumably, they'll be separated downstairs, I hope, or

5    can we arrange for that?

6              Well, I mean, that's a problem for me,

7    obviously.  I don't want them communicating about this,

8    especially when we're in the middle of all of this.

9              THE COURT:  All right.  I think the best I

10   can do the direct the witness not to speak to anyone

11   about her testimony until she comes back after the

12   break.  And then when she returns, you can ask her if

13   she has spoken with anybody.  Otherwise, I don't think

14   physically they can put them in separate locations so

15   they can't talk.

16             MR. BENSON:  All right.

17             THE COURT:  All right?  We'll be back in an

18   hour.

19             (Luncheon recess taken.)

20                       - - -

21

22

23

24

25

Bullock - direct                         109

1

2                      AFTERNOON SESSION

3

4              (Proceedings resumed at 2:00 p.m.)

5

6          THE COURT:  All right.  Ready to proceed.

7                         - - -

8                   DEFENDANT'S TESTIMONY

9                        CONTINUED

10

11              ... FAYE BULLOCK, having been

12          previously duly sworn as a  witness,

13          was resumed and testified further as

14          follows...

15                  DIRECT EXAMINATION

16                       CONTINUED

17   BY MR. BENSON:

18   Q.    Ms. Bullock, do you remember where we were when we

19   took the luncheon break?  Basically, we were talking

20   about your relationship with Darryl, et cetera, and the

21   drugs?

22   A.    Yes.

23   Q.    Okay.

24              I just want to clarify in my mind, I was

25   thinking about it over the break, the idea of the

1    quantity of the drugs, that basically came from a

2    discussion that you had with Agent Cobb; isn't that

3    correct?

4    A.    Yes.

5    Q.    All right.

6          Did he ask you the amount of drugs that

7    Darryl was selling from your house?

8    A.    He asked me -- yes.

9    Q.    Now, speak up now.  You've got to stand near that

10   microphone or whatever.

11         What did he ask you?

12   A.    About how much was it.

13   Q.    And you didn't know, did you?

14   A.    Yes, I did.

15   Q.    Oh, you did know?

16   A.    And I told him four one-pound sugar boxes.

17   Q.    Well, I thought your testimony before was that

18   he's the one that suggested, according to the Grand Jury

19   testimony, Agent Cobb helped you with the quantities by

20   giving you the idea of the one-pound sugar box; isn't

21   that correct?

22   A.    Yes.

23   Q.    I mean, that was his idea about the one-pound

24   sugar box?

25   A.    He was looking around to see something and he said,

Bullock - direct                              111

1    Did it look like the Domino sugar box, which was one

2    pound in the house, and I said yes.

3    Q.    Okay.  It looked like that?

4    A.    Yes.

5    Q.    It could have been less?

6    A.    It was the size of the one-pound sugar box.

7    Q.    But that was the size --

8    A.    About, around.

9    Q.    About that?

10   A.    Yes.

11   Q.    So 16 ounces is a pound.  Do you know that?

12   A.    No.  I don't know.

13   Q.    You don't know that.  And I think you said there

14   were about four of those Domino sugar boxes a week?

15   A.    Yes.

16   Q.    So that would mean it would be four pounds?

17   A.    Yes.

18   Q.    And that could be less -- more or less?

19   A.    Yes.

20   Q.    Right?

21   A.    Yes.

22   Q.    Okay.

23             And there's 2.2 pounds in one key; is that

24   right?

25   A.    I don't know.

Bullock - direct                          112

1   Q.    Well, let me suggest to you that that is -- there's

2   2.2 pounds are equal to a key.  All right?

3   A.    Okay.

4   Q.    So what you are saying is that if there are four

5   Domino sugar boxes a week, that would be equal to two

6   keys or a little less than two weeks; isn't that right?

7   A week?

8   A.    Can you restate that?

9   Q.    You told Agent Cobb, in reference to his question

10  to you about the amount of drugs that Darryl was having

11  in the house --

12  A.    Mm-hmm.

13  Q.    -- that it was about four of those Domino sugar

14  boxes; right?

15  A.    Yes.

16  Q.    The Domino sugar boxes are one pound?

17  A.    Yes.

18  Q.    Right?  And you said it could have been a little

19  bit more, a little less.  It's approximate; is that

20  right?

21  A.    Yes.

22  Q.    And I'm saying to you that if 2.2 pounds equals

23  one key, then four pounds would be a little less than

24  two -- a little less than two keys of drugs?  Take my

25  word for it; okay?

Bullock - direct                          113

1           MR. PRETTYMAN:  Your Honor, I don't think

2    we're in a position where he can take his word.

3    Obviously, she can't do the math.  She's having trouble

4    with doing the math.  She said it as best she could in

5    terms of the sugar boxes and the pounds.  If 2.2 pounds

6    is a kilogram, that's something I think the Court could

7    take judicial notice on and we can move on.

8           MR. BENSON:  Judge, the whole basis for this

9    hearing that we're going to probably spend more than two

10   days on, it looks the way it's proceeding, is quantity.

11   That's the key.

12          THE COURT:  That's okay.  You can keep asking

13   questions.

14          MR. BENSON:  Thank you, Judge.

15   BY MR. BENSON:

16   Q.    Do you understand, Miss Bullock?  Do you understand

17   the question?  2.2 pounds is equal to one key.  You told

18   Officer Cobb, based on his using a sugar box, that there

19   were four of those about a week?

20   A.    Yes.

21   Q.    Right?

22          Now, that's equal to a little less than two

23   keys.  If 2.2 pounds is one key, 4.4 pounds would be

24   two keys.  So you're talking about four pounds, which

25   is less than two keys?  Do you follow that?

1    A.    Mm-hmm.

2    Q.    Do you?  Do you really follow it or not?  If you

3    don't follow it, tell me.

4    A.    I get what you say.

5    Q.    Okay.

6          And this basically is coming from Agent

7    Cobb; right?  This -- the sugar box business?

8    A.    That's what we used to determine the size.

9    Q.    By the size; right?

10   A.    Mm-hmm.

11   Q.    Did you pick up the sugar box?  Did you hold it in

12   your hand as being a pound?

13   A.    No.

14   Q.    No.

15          So it might have been that size, but you

16   don't know the weight, do you?

17   A.    No.

18   Q.    You picked this up; right (indicating)?

19   A.    Yes.

20   Q.    And you said this was the biggest quantity of

21   drugs that Darryl ever had in the book bag or in the

22   backpack; isn't that correct?  He had a number of these,

23   but this was the biggest one, and then he would have

24   smaller ones?

25   A.    Yes.

Bullock - direct                            115

1   Q.   Isn't that correct?

2   A.   Yes.

3   Q.   By the size?

4   A.   Yes.

5   Q.   You held this (indicating)?  You held this in your

6   hand, did you not?

7   A.   Yes.

8   Q.   And I'm referring to Defendant's Exhibit 1.

9        You never held any of the drugs that were in

10  your house, did you?

11  A.   No.

12  Q.   So you're going by size?

13  A.   Right.

14  Q.   By what you see?

15  A.   Yes.

16  Q.   So you don't know the weight; right?

17  A.   Right.

18  Q.   Now, you're saying in one instance that there were

19  approximately four pounds of drugs a week.  Now, let me

20  see if I understand that.

21       Linette would bring over drugs.  Darryl would

22  sell some.  He would then rewrap them, take them back to

23  Linette.  The next night, if it was one of those nights,

24  he would beep her.  She'd come back with those drugs; is

25  that right or wrong?

1  A.    Yes.

2  Q.    Okay.

3          Now, is that more drugs or is that the same

4  drugs again?

5  A.    I have no idea.

6  Q.    You don't know; right?

7  A.    Right.

8  Q.    Okay.

9          So it is possible that he had two of these

10  (indicating)?  Two quarter-keys, okay, in a bag.

11          MR. PRETTYMAN:  Objection, your Honor.  I

12  think he's talking about a fact not in record about what

13  the weight of that is.  There has been no testimony as

14  to that.

15          MR. BENSON:  Well, I can certainly -- I can

16  either have that done or we can have this weighed.  I'm

17  representing for purposes of cross-examination or

18  examination of this witness that this is equal to a

19  quarter --

20          THE COURT:  That's okay.

21          MR. BENSON:  Thank you.

22  BY MR. BENSON:

23  Q.    Now, let's say he, Linette, brought up two of these

24  (indicating), in a bag, in the backpack; right?  You

25  opened the backpack.  You see these two there; okay?

1    A.    Mm-hmm.

2    Q.    Now, Darryl opens for business.  He sells a

3    couple eight balls.  Do you know what they are?

4    A.    No.

5    Q.    No?  Well, he sells half of one of these

6    (indicating); okay?

7    A.    Mm-hmm.

8    Q.    During the course of a night.

9          Now, business is over.  He rewraps it,

10   re-tapes it, puts it in the bag, gives it back to

11   Linette; okay?

12         The next night, he beeps her.  She comes back

13   with this and a half a one of these, the same drugs.  Is

14   that possible?

15   A.    Yes.

16   Q.    Now, is that part of the two pounds?  Do you

17   understand?  When you say that there were two pounds --

18   let me tell you exactly what you said.

19         Darryl Chambers was moving two pounds of

20   crack cocaine and two pounds of powder cocaine on a

21   weekly basis.

22         Now, the two pounds that you are talking

23   about are -- that's approximately a key of powder and

24   a key of crack is what you are saying, right, on a

25   weekly basis?

1               Now, what you are saying is that if he had

2    two of these in one night (indicating), two of these

3    quarter-keys, and sold a half of one of them, an eighth

4    of a key -- are you following that so far?

5    A.    Mm-hmm.

6    Q.    He rewraps it.  He puts it in the bag.  He gives

7    it back to Linette.

8               The next night, Linette comes over, after

9    she's beeped, and she has a quarter-key and an eighth of

10   a key in the bag; right?  Maybe you looked in there and

11   you saw it.  Is that possible?

12   A.    I didn't see -- well, I ain't see what you're

13   talking about, but it is possible that he could have

14   rewrapped.

15   Q.    Yes.

16              So when you talk about two pounds, you don't

17   know of your own knowledge whether or not it was two

18   pounds of cocaine that he was selling every week, do

19   you?  You know -- you know that the drugs were coming in

20   every night from Linette and going back to Linette and

21   coming -- and coming back the next night from Linette;

22   isn't that correct?

23   A.    Yes, but I also saw it before.

24   Q.    You saw what now?  Tell me.

25   A.    The -- it was four of them.  They looked like

1  sugar boxes.

2  Q.    Yes.

3  A.    They was that size and I saw it before he -- and

4  then he took them down and wrapped them and put them

5  like that.

6  Q.    Right.  I understand.

7        And then he would do this every week?

8  A.    I saw him, like, about four or more times.

9  Q.    Four times?  Out of a period of eight --

10       MR. PRETTYMAN:  Excuse me, your Honor.  She

11 said four or more.

12 BY MR. BENSON:

13 Q.    Four or more times out of a period of eight weeks?

14 A.    Mm-hmm.

15 Q.    So that's not every week, is it?

16 A.    No.

17 Q.    That's maybe every other week?

18 A.    It could be.

19 Q.    Well, this is what I'm asking you.  Could it have

20 been every other week?  Was it every week?

21 A.    It's possible to be every other week.

22 Q.    So it may be every other week that you are

23 talking about four sugar boxes?

24 A.    It's possible.

25 Q.    I'm sorry?

1   A.    I said it's possible.

2   Q.    So when you told Agent Cobb or these other people

3   or you testified in front of the Grand Jury, you may

4   have been mistaken or are you mistaken now?  In other

5   words, were you right when you said it was every week

6   four pounds or are you now more correct by saying it may

7   have been every other week?

8   A.    I can't say it was every week and I can't say it

9   was every other week.  I know I saw it.

10  Q.    You saw it.

11  A.    Right.

12  Q.    I understand.

13  A.    And I can't really tell you the numbers, because...

14  Q.    But you have told numbers.

15  A.    Right.

16  Q.    That's what we're all here about today.  You have

17  told numbers.

18        Now we're trying to find out how truthful

19  those numbers are.  That's what it's about today.  Do

20  you understand that?

21  A.    Yes.

22  Q.    So this is important.  You need to really think

23  about this.

24        Could it have been four sugar boxes every week

25  or every other week?

1            Now, you're thinking about it?

2    A.    Mm-hmm.

3    Q.    All right.

4            Is it possible that it was every other week?

5            MR. PRETTYMAN:  Objection, your Honor.  If

6    she's thinking about it, you don't need another question.

7            MR. BENSON:  Excuse me.  Think about it.

8            (Pause.)

9    BY MR. BENSON:

10   Q.    Well, let's put that on the back burner and you

11   can think about it a little later; okay?

12   A.    Yes.

13   Q.    Now, you talked also to these agents about money

14   that Darryl had.

15   A.    Yes.

16   Q.    Now, how often would you see this money that he

17   had?  Like from the sale of drugs?

18   A.    It was -- I saw, like -- it wasn't every day I

19   would see the money.

20   Q.    Okay.

21           As I understand it, at night he would -- after

22   he was done selling drugs, he would sometimes leave the

23   money at the house?

24   A.    He did before.

25   Q.    At your house?

1    A.    He did before.

2    Q.    Yes.

3              And you didn't know where and you never

4    messed with it; right?

5    A.    Right.

6    Q.    And then he would come back and then he would sell

7    more drugs the next night, after Linette showed up.  And

8    maybe take the money, maybe not.  But on one occasion,

9    you saw him.  He had $3600 in cash; isn't that right?

10   A.    Yes.

11   Q.    And on another occasion, he had $1400 in cash?

12   A.    Yes.

13   Q.    Now, the $3600 in cash, was that after he had left

14   money at your house for a night or two?  Was that for

15   one night?

16   A.    He was outside.  He asked me to count it.

17   Q.    I understand.  But did he make it that one

18   particular night or is it money that he had from before?

19              Do you know where that money came from?

20   A.    Yes.

21   Q.    Where did it come from?

22   A.    It was three guys that brought him money and he

23   was giving them stuff.  And he told me to count it for

24   him.

25   Q.    And it was 3600?  Okay.

Bullock - direct                                123

1                 Do you know how much drugs he would have

2   had to have sold for $3600?

3   A.     No.

4   Q.     You don't know the street value of drugs?

5   A.     No.

6   Q.     If I suggest to you that would have been about 4

7   ounces of drug, would you think that's appropriate?

8   A.     I don't know.

9   Q.     You don't know.

10                How about the time with the $1400?  How did

11  that come about?

12  A.     He -- he just gave it to me.  He was outside selling

13  it and he told me, Count it.

14  Q.     Okay.

15                And that was $1400?  Do you know how much

16  drugs you'd have to sell for $1400?

17  A.     No.

18  Q.     If I suggest two ounces of drugs, would you think

19  that might be right or wrong?

20  A.     I don't know.

21  Q.     You don't know.

22                Now, what's a brick?

23  A.     It looks like a sugar box.

24  Q.     Well, you mean that's what a brick is?  Sugar box?

25  A.     That's what I call a brick, yes.

1   Q.   Same size?

2   A.   It's about that size.

3   Q.   Is it bigger or smaller?

4   A.   It could be.

5   Q.   Could be what?  Bigger or smaller?

6   A.   Yes.

7   Q.   Okay.

8        So when you testified or you said to the agent

9   that interviewed you on December the 11th, the most

10  cocaine that you ever observed was two bricks at one time,

11  that would have been two pounds; right?  That's two sugar

12  boxes?  That's the most ever you ever saw Darryl have at

13  one time?  That's not right?

14  A.   No.

15  Q.   Well, that's what you said, or that's what they

16  recorded.  Excuse me.

17       Let me read it to you:

18       "In October, Wolfie used a black tote

19       bag to transport marijuana, but it has not

20       been seen since.  The most cocaine that

21       Bullock observed was two bricks at one time."

22  A.   I don't remember saying that.

23  Q.   Do you think you did say it?

24  A.   I don't remember saying it.

25  Q.   So you're saying -- if that is a statement that

1  the officer or that the agent wrote down, that's

2  incorrect?

3  A.    I don't remember saying it.  I saw my paperwork,

4  too.  I don't remember seeing it.

5  Q.    So it may not be true, then?  I can't hear you.

6  A.    I didn't say nothing.

7  Q.    Oh.

8          Now, Linette started coming to the house;

9  right?  Darryl would beep her.  She come to the house,

10  drop off the bag; right?

11  A.    Yes.

12  Q.    Right?

13  A.    Yes.

14  Q.    Yes.

15          Now, didn't she normally spend some time

16  there with you guys?

17  A.    Yes.

18  Q.    Yes.  Like if she -- she would come over four or

19  five nights a week, drop off the tote bag or whatever

20  you call it, like at 6:00 o'clock or so, and she would

21  stay a couple hours?

22  A.    Yes.

23  Q.    Okay.

24          Would this be pretty regular that she would

25  do this?

1   A.   She always stayed, yes.

2   Q.   Always stayed.  Always stayed.

3             What time would she leave, usually?

4   A.   Different.  It depends.

5   Q.   Well, general.  General.  9:00 o'clock?

6   A.   Sometimes early, sometimes late.  It depends.

7   Q.   But she's the one that always brought the drugs;

8   right?

9   A.   She didn't always.

10  Q.   Okay.  I withdraw that.  You're right.  You say

11  that some other people occasionally brought drugs.

12            But, generally speaking, she was the one

13  that was bringing the drugs on a regular basis?

14  A.   Right.

15  Q.   Four or five nights a week?

16  A.   Yes.

17  Q.   In the bag.

18  A.   Yes.

19  Q.   She would always stay; right?

20  A.   The majority of the time, she would stay, yes.

21  Q.   Well, majority of the time, does that mean 50

22  percent of the time or 90 percent of the time?

23  A.   90.

24  Q.   90 percent of the time.  And she would stay

25  anywhere from an hour to two or three hours?

Bullock - direct                    127

1   A.    Yes.

2   Q.    And you guys would talk and horse around and all

3   that stuff.  And Darryl was out, selling his drugs;

4   right?

5   A.    Sometimes he wouldn't start, then, at 6:00 o'clock.

6   I don't remember him starting --

7   Q.    Okay.  Well, whatever.

8         I think you did say that he did start at

9   6:00, actually.

10        Would she be there, normally, when Darryl

11  started selling the drugs?  Linette, I'm talking about.

12  Sorry.

13  A.    Sometimes.

14  A.    Sometimes 6:00 o'clock.  Sometimes it would be

15  dark.

16  Q.    I understand.

17  A.    In the beginning it wasn't dark at 6:00 o'clock.

18  Q.    In the beginning it wasn't dark at 6:00 o'clock.

19  It got dark later on in the year?

20  A.    Right.

21  Q.    And that's when he started selling the drugs?

22  A.    When it got dark.

23  Q.    When it got dark.

24        And Linette would be there some of the time?

25  A.    Yes.

Bullock - direct                                    128

1    Q.    Most of the time?

2    A.    Yes.

3    Q.    The majority of the time, 90 percent of the time?

4    A.    Mm-hmm.

5    Q.    Right.

6          So she was there 90 percent of the time when

7    he started selling the drugs?

8    A.    Yes.

9    Q.    And sometimes she would be there for an hour or

10   two before he would even sell the drugs?

11   A.    Yes.

12   Q.    Because it would be light out?

13   A.    Yes.

14   Q.    And then she would still be there afterwards?

15   A.    She'd go home and -- she'll be there and sometimes

16   she'll just be there so he could like, Nettie, go get it,

17   and she'll go get it.

18   Q.    Right.

19   A.    And that's how it was.

20   Q.    Then she'd come back with it?

21   A.    Right.

22   Q.    And then she'd come back and hang out with you,

23   whatever, listen to the radio?

24   A.    Yes.

25   Q.    And Darryl would do his thing; right?

1           Okay.  Now, let's talk about -- well, before

2   we talk about the crack business, in your testimony in

3   front of the Grand Jury, in response to Mr. Prettyman's

4   questions to you, and I'm referring to actually A-47,

5   which is Page 16, I guess.  I'm looking at the Grand

6   Jury testimony, your Honor.

7           Mr. Prettyman says to you -- let me ask you

8   the first question.  This is the question from Mr.

9   Prettyman:

10          "And the agent, Agent Cobb, helped

11      you with the quantities by giving you the

12      idea of a one-pound sugar box to use to

13      try to decide how much weight it was; is

14      that correct?"

15          And you say:

16          "Yes."

17          So in response to that question about Agent

18  Cobb putting the idea in your mind, you say yes.  Helping

19  you with the quantity by giving you the idea.  He gave

20  you the idea of the one-pound box?

21  A.    Yes.  We're trying to determine --

22  Q.    Yes.

23          Now:

24          "Based upon that understanding" --

25          Mr. Prettyman says:

1            "Based upon that understanding about

2        the box of sugar being one pound, did you

3        tell us that from September of '97 to

4        about December the 8th, '97, that Wolfie

5        possessed with intent to distribute

6        approximately 10 keys of cocaine and ten

7        keys of crack?  10 keys."

8            And your answer is:

9            "Yes."

10           Now, in front of the Grand Jury you're

11   saying it was 10 keys of crack and 10 keys of powder.

12           MR. PRETTYMAN:  Your Honor, again, that says

13   "approximately" in what Mr. Benson read from, in both

14   places.

15           MR. BENSON:  Well, your Honor, I'm not aware

16   that approximately goes from 10 keys to three keys.

17           THE COURT:  You can --

18           MR. BENSON:  Okay.

19           THE COURT:  You can clarify it on redirect.

20           MR. BENSON:  All right.

21   BY MR. BENSON:

22   Q.    Approximately 10 keys; is that right?

23   A.    Yes.

24   Q.    Now, you have also said in your statement to the

25   agent that it was four pounds either a week or every

Bullock - direct                               131

1   other week; right?  Four pounds is less than two keys?

2   Do you agree?  Remember we had that conversation and I

3   was asking you about the weight?

4   A.    Mm-hmm.

5   Q.    So you're talking about two keys either a week or

6   every other week for about eight weeks?

7   A.    Mm-hmm.

8   Q.    Because there's about ten weeks involved and there

9   were two weeks when Wolfie was shot that he wasn't doing

10  anything?

11  A.    Mm-hmm.

12  Q.    So about eight weeks?

13          Now, that's not equal to 20 keys,

14  approximately, is it?  Isn't that a lot less than 20

15  keys?  Do you understand?

16  A.    Can you rephrase it?

17  Q.    Now, you testified that you saw Darryl with a gun

18  in the house; isn't that right?

19  A.    Yes.

20  Q.    I can't hear you.

21  A.    Yes.

22  Q.    You also testified that you never saw Darryl with

23  a gun when he had drugs; is that correct?

24  A.    I told them I don't remember when I seen him with

25  the gun.  I know I saw him with a gun.

Bullock - direct                    132

1    Q.    But not when he had drugs?

2    A.    I didn't say not when he had drugs.  I don't

3    remember if it was when he had drugs or when it wasn't,

4    so I can't tell you exactly when I saw the gun.

5    Q.    Now, at some point Darryl started cooking cocaine,

6    did he not?

7    A.    Yes.

8    Q.    And when did that come to pass?  When did that

9    happen?  He had been in your house -- let's go through it

10   again slowly.  You make the relationship.  He starts

11   coming to your house.  He's outside for two or three

12   weeks.  Starts to come in the house.  He doesn't start

13   cooking cocaine right away, does he?

14   A.    No.

15   Q.    How long had he been selling out of your house?

16   Now, when I say out of your house, he's in the house and

17   he's selling outside.  We know all that.

18              How long had he been doing that before he

19   starts cooking crack?

20   A.    Like a week or two.

21   Q.    A week or two?

22   A.    Mm-hmm.

23   Q.    So would that not be some time in the middle of

24   October?

25   A.    It could be, yes.

Bullock - direct                    133

1   Q.   Could it have been later than October?

2   A.   No.

3   Q.   How old is your daughter?

4   A.   Four.

5   Q.   What's her birth date?

6   A.   12/17/93.

7   Q.   And your son is August; right?

8   A.   Yes.

9   Q.   Or July, rather?

10  A.   No.  August.

11  Q.   Or August, rather.

12           How about your birthday?

13  A.   10/26/71.

14  Q.   All right.  Was it around your birthday?

15  A.   It was before my birthday.

16  Q.   10/26 is your birthday?

17  A.   Yes.

18  Q.   Was it two weeks before your birthday?

19  A.   It was before my birthday.

20  Q.   I understand.  Well, was it the day before your

21  birthday?

22  A.   No.

23  Q.   A couple weeks before your birthday?

24  A.   Yes.

25  Q.   So around the 8th to the 12th or 14th of October

1   was the first time you cooked crack?

2   A.    He didn't cook it; someone else did.

3   Q.    Someone else cooked it at the house?

4   A.    Yes.

5   Q.    But he did not cook it.

6              Was that the first time that crack had

7   been cooked in your house that Darryl was involved in?

8   A.    Yes.

9   Q.    Was Linette there?

10  A.    No.

11  Q.    Had she been there that night?

12  A.    She probably was there earlier.

13  Q.    And did you observe the crack being cooked?

14  A.    The first time?

15  Q.    Yes.

16  A.    I saw the person doing it, but I didn't pay it no

17  mind.

18  Q.    So you don't know the weight that was being

19  cooked?

20  A.    No.

21  Q.    You don't know anything about it?

22  A.    No.

23  Q.    All you know is you saw somebody at the stove,

24  cooking up a batch of cocaine?

25  A.    Yes.

1   Q.    And how did you know that?

2   A.    I saw what they was doing.

3   Q.    Well, how did you know?  I mean, did you know

4   about cooking crack?  I mean, you didn't take a course

5   like the agent did to learn how to do it?

6   A.    No.

7   Q.    So how do you know what cooking crack is about?

8   A.    I saw how it looked when they finished.  I did see

9   that part.

10  Q.    Okay.

11        How did it look when they finished?

12  A.    It was like a yellow, hard, like chalk.

13  Q.    How much was there?  Anybody weigh it?

14  A.    Wolfie weighed it, but I don't know how much it

15  was.

16  Q.    All right.

17        Was it more than a handful?

18  A.    It was -- it wasn't a lot the first time.

19  Q.    It wasn't a lot?  I'm sorry?

20  A.    It wasn't a lot the first time.

21  Q.    It was not a lot the first time.

22        And that was around sometime before your

23  birthday -- sometime in the middle of October.

24        When was the next time that crack was cooked

25  in your house?

1    A.    Like two days later.

2    Q.    And who did that?

3    A.    Another lady.

4    Q.    Another lady?

5    A.    Yes.

6    Q.    And were you there?

7    A.    Yes.

8    Q.    Did you see it?

9    A.    Yes.

10   Q.    Did you -- were you a part of it?

11   A.    I was -- I just watch.

12   Q.    You watched?  Okay.

13             And what was that quantity?

14   A.    I don't know like how much it was.  All I know, I

15   saw her do it.

16   Q.    Did it appear to be the same quantity?

17   A.    A little more.

18   Q.    A little more.  But you don't know how much?

19   A.    No.

20   Q.    Was it as much as the sugar box?

21   A.    No.

22   Q.    No.

23             And what happened to those drugs?  The crack

24   that was cooked the two days before and the crack that

25   was cooked that night?

1  A.    I couldn't tell you.

2  Q.    Do you know if it was smoked?

3  A.    It could have been.

4  Q.    You don't know that it was sold?

5  A.    Right.

6  Q.    Okay.

7         So you don't know what happened to it?

8  A.    Right.

9  Q.    You don't even know if the girls or women or

10 whoever -- two women?

11 A.    It was two different women.

12 Q.    Two different women.  You don't know if they

13 didn't cook it up for themselves and take it when they

14 left?  Right?

15 A.    Right.

16 Q.    So you don't know anything about that.

17 A.    I didn't see them take it with them, though.

18 Q.    What?

19 A.    I didn't know what he did with it, but I didn't

20 see them take it.

21 Q.    You didn't see them take it, but you don't know what

22 he did with it.  They may have smoked it?

23 A.    Not in my house.

24 Q.    They wouldn't do that?  How about outside?

25 A.    Possible.

1   Q.    Okay.

2              When was the next time you saw crack cooked

3   in your house?

4   A.    Like another two days later, then Wolfie cooked

5   it himself.

6   Q.    So that would have been six days after the first

7   time?

8   A.    Yes.

9   Q.    So around approximately the 18th or 20th of October.

10             Now, when is your birthday?

11  A.    26th.

12  Q.    Was it about a week before your birthday the first

13  time Wolfie cooked it?  Don't remember or you're saying

14  no?

15  A.    It was before my birthday.

16  Q.    I understand.

17  A.    A week before my birthday, too.

18  Q.    A week before your birthday?

19  A.    I know that for sure.

20  Q.    Yes.  That's what I just said.  Your birthday is

21  the 20th, so around the 19th or 20th?

22  A.    It could have been.

23  Q.    Right?

24  A.    Yes.

25  Q.    I'm not trying to put words in your mouth; I'm

1    asking you.

2    A.    I think it was before then.

3    Q.    Well, how much before then?

4    A.    Like two weeks before then, because I -- yeah.

5    Q.    Because what?  You are getting ready to say

6    something.

7    A.    On my birthday I told them to stop.

8    Q.    I didn't hear what you just said.

9    A.    I was going to tell him on my birthday, I can't

10   keep having this going on, so I'm going to tell them he

11   has to stop.

12   Q.    Did he stop on your birthday?

13   A.    I didn't tell him.

14   Q.    You didn't?

15   A.    I was going to, but I didn't.

16   Q.    Was Linette there the first time Wolfie cooked it?

17   A.    I can't remember her being there.

18   Q.    You don't recall that?

19          When Wolfie started cooking the crack, did he

20   buy bicarbonate of soda?  Do you know what bicarbonate of

21   soda is?

22   A.    No.

23   Q.    Baking powder?  Do you know what baking powder is?

24   A.    Yes.

25   Q.    Did he buy baking powder?

1   A.    Yes.

2   Q.    And how many boxes of baking powder did he buy?

3   A.    It was only one in the house then.

4   Q.    Only one?

5   A.    Yes.

6   Q.    How big was it?

7   A.    I don't know.  I couldn't tell.

8   Q.    One of those small Arm & Hammer things.

9   A.    I couldn't tell.

10  Q.    Don't remember that?

11  A.    No.

12  Q.    But you knew it was there?

13  A.    Yes.

14  Q.    Was that yours?

15  A.    No.

16  Q.    I mean the baking powder.

17  A.    No.

18  Q.    He bought that?

19  A.    Yes.

20  Q.    And he cooked up some crack.  How long did it take

21  him to cook it?

22  A.    About five minutes, if that long.

23  Q.    Okay.

24        And what did he do with that?

25  A.    What you mean?

Bullock - direct                    141

1   Q.   What did he do with the crack after he cooked it?

2   A.   He let it dry first.

3   Q.   Well, did he smoke it?  Did he sell it?  Did he

4   give it away.

5   A.   He packed it up.

6   Q.   Packed it up.  And do you know the quantity?

7   A.   No.

8   Q.   You have no idea?

9   A.   No.

10  Q.   And after that first time that he tried to cook it,

11  he cooked the one batch, five minutes or so?

12  A.   Mm-hmm.

13  Q.   When was the next time he cooked it?

14  A.   It was like whenever people would come for it.  It

15  was a lot.

16  Q.   Now, was Linette there?

17  A.   I recall her being there, I think one time.  She

18  said it stinks, so she left.

19  Q.   Well, Linnette's testimony is that she was there

20  twice.

21  A.   Oh, I don't know.

22  Q.   Your testimony is that she was there every night,

23  but she was never there when the drugs were cooked.

24  A.   Right.

25  Q.   So when would he cook the drugs is my question to

1    you?  After Linette left every night?

2    A.    It would be late.  It would be late might.  My

3    kids would be in bed and it would be late.

4    Q.    Well, what does late mean?  9:00 o'clock, 10:00

5    o'clock?

6    A.    Yes.

7    Q.    And he would cook up a batch of crack cocaine?

8    A.    Yes.

9    Q.    And it would be just one batch, usually?

10   A.    It's like -- if somebody came for it and he didn't

11   have none done, he'll cook it for them.

12   Q.    I understand.

13          And how often would that happen in a

14   particular night is my question to you?

15   A.    I saw him do it twice one night.

16   Q.    Twice one night?

17   A.    And that's it.

18   Q.    Now, would this be every night or a couple nights

19   a week, generally speaking?

20   A.    I wasn't down there every single night, but majority

21   of the nights I was down there, he cooked it up.

22   Q.    Well, how many nights were you there?  You're

23   talking about downstairs?

24   A.    Yes.

25   Q.    How many nights were you there?

1    A.    At first, it was, like, most of the time.  It was

2    like I would say four to five times.  Then, near the end,

3    I wasn't down there, because I was working.

4    Q.    Where were you working?  Upstairs?

5    A.    No.

6    Q.    Or out of the house?

7    A.    I'm saying I go to bed so I couldn't stay up and --

8    Q.    Oh, you were working somewhere so you went to bed?

9    A.    Yes.

10   Q.    Did it smell bad, this crack business, when you

11   cooked it?

12   A.    Yes, you could smell it.

13   Q.    Did it wake you up when you were sleeping?

14   A.    I might have got up, went to the bathroom, go be

15   newsy downstairs, then I come back up.

16   Q.    So when you were sleeping, you don't know what he

17   was doing, as far as selling drugs or selling crack or

18   cooking crack, do you?

19   A.    Right.  No.

20   Q.    I can't hear you?

21   A.    When I'm asleep, no.

22   Q.    And how often would you be sleeping?

23   A.    At the beginning, I used to stay up.

24   Q.    Stay up?

25   A.    And then near the end, it was like three nights a

Bullock - direct                          144

1  week.

2  Q.    That you would be sleeping?

3  A.    No.  I would be up.

4  Q.    Three nights a week?

5  A.    Yes.

6  Q.    And the other three weeks, you'd be asleep.  And of

7  the three weeks that you were awake, every night he would

8  cook crack?

9  A.    Mm-hmm.

10  Q.    One time or twice?

11  A.    Mm-hmm.

12  Q.    No more than that?

13  A.    It depends -- like I say, it depends on the person

14  who comes for it.

15  Q.    But no more than once or twice?

16  A.    Yeah.

17  Q.    Now,, and it would be like one of these five-minute

18  jobs?  You know, you cook it up for five minutes and that

19  would be it?

20  A.    It's around that.

21  Q.    Yes.

22          Now, do you know the quantity that he was

23  cooking?

24  A.    No.

25  Q.    Did you ever see it?

Bullock - direct                    145

1   A.    I saw how it looked when it was finished.

2   Q.    Did you ever weigh it?

3   A.    No.

4   Q.    Did you ever weigh the powder?

5   A.    No.

6   Q.    Now, at the time that he was arrested and you were

7   arrested, I think there were three boxes of baking soda

8   in the house, unopened.  Were they opened or unopened?

9   A.    They was opened.

10  Q.    All three were opened?

11  A.    I believe so.

12  Q.    Were they the only boxes of baking soda that Wolfie

13  had purchased for the making of the crack?

14  A.    What?  The whole time he had been in my house?

15  Q.    Yes.

16  A.    No.

17  Q.    Do you know how many boxes he had purchased?

18  A.    I don't know exactly how many, but I know those

19  three wasn't the only three.

20  Q.    Well, do you know how many more there might have

21  been?  Could there have been one more, 20 more, a

22  hundred more?

23  A.    I say four more.

24  Q.    Four more?

25        Do you know what the size was?

1  A.    No.

2  Q.    Now, are you guessing four more?  Could it have

3  been three more?

4  A.    It's possible it could have been three.  I'm not

5  for sure --

6  Q.    Okay.

7  A.    About --

8  Q.    Were these the small boxes, Miss Bullock?  Do you

9  remember the size of the boxes?

10 A.    If I saw the box, I could probably show you.

11 Q.    Right.  If I had one, I would show it to you.

12        So you don't know the size?

13 A.    Right.

14 Q.    Was it as big as the sugar box?

15 A.    No.

16 Q.    Smaller?

17 A.    Like half of it.

18 Q.    Half of it.  So it could have been 8 ounces, or

19 something like that?

20 A.    Yes.

21 Q.    Or smaller than 8 ounces?

22 A.    Yes.

23 Q.    Now, when you were in bed asleep those three nights

24 out of the six, you don't know that Wolfie was cooking up

25 crack or not; right?

Bullock - direct                                    147

1    A.    When I came downstairs, I would go to the bathroom

2    and sometimes I see or I could -- even if I didn't see

3    it, I knew he was, because the container might be

4    sitting there and I would clean it and put it down in

5    the thing.

6    Q.    Was it a small container?

7    A.    It's a measuring cup.

8    Q.    And that's what he would cook it in?

9    A.    Yes.

10   Q.    How big a measuring cup?  Small, big?  Do you

11   remember?

12   A.    It wasn't small.

13   Q.    Small one?

14   A.    No.  It was, like --

15   Q.    Gallon?  It was your measuring cup, wasn't it?

16   A.    No.

17   Q.    It was his?

18   A.    Yes.

19   Q.    And you don't remember the size?

20   A.    No.

21   Q.    Now, you've told the agents that the crack was

22   equal to a key a week.  That's 2.2 pounds a week.

23   A.    I don't remember saying that.

24   Q.    You said it a couple times, actually:  In your

25   statement on December the 11th, three days after you were

1    arrested, Bullock states that Darryl Chambers was moving

2    two pounds of crack cocaine and two pounds of powder

3    cocaine on a weekly basis.

4              That's two pounds of crack a week.  Now, do

5    you really believe that?  Two pounds of crack a week?

6    Is that what he was selling?  That's what he was cooking

7    at your house?

8    A.    Mm-hmm.

9    Q.    Do you know how much a pound is?

10   A.    No.

11   Q.    Was he selling enough, or cooking enough crack to

12   fill two sugar boxes?  Two sugar boxes?

13   A.    Yes.

14   Q.    You saw that?  And that was how many weeks -- how

15   many weeks was that?

16             MR. PRETTYMAN:  I don't know if she verbally

17   answered or shook her head, because I was writing down.

18             THE WITNESS:  Yes.  I said yes.

19   BY MR. BENSON:

20   Q.    And that was every week starting when?  In October

21   sometime?

22   A.    Yes.

23   Q.    Except two weeks in November when he was shot?

24   A.    Yes.

25   Q.    And you were arrested December 8th?

1   A.    Yes.

2   Q.    Did he cook the week of December 8th?

3   A.    Not -- Sunday he wasn't out, and then Monday --

4   Q.    He got arrested?

5   A.    All I know, I got the book bag.  I don't know what

6   else happened then.

7   Q.    Okay.

8         So the crack we're talking about -- and

9   you're testifying under oath truthful -- that you're

10  saying you feel comfortable in saying that you know of

11  your own first-hand knowledge that he was cooking two

12  pounds of crack cocaine a week for -- from sometime in

13  the middle or thereabouts of October through December

14  the 8th, which would be seven weeks less two, when he

15  was shot, would have been five weeks.

16        MR. PRETTYMAN:  Your Honor, we're always

17  getting lighter.  I think that the amount that she

18  testified to before and the math that Mr. Benson has

19  repeatedly done has been eight weeks for that time

20  period.

21        MR. BENSON:  No, no.  That's not true.  If I

22  need to explain --

23        MR. PRETTYMAN:  If I'm wrong --

24        MR. BENSON:  You are wrong and I accept your

25  apology.

Bullock - direct                                150

1   BY MR. BENSON:

2   Q.    We're talking about the crack here, not the powder.

3   A.    Can I say something?

4   Q.    No.

5              MR. BENSON:  Sorry, Judge?

6              THE COURT:  Well, I'm happy to have you get

7   testimony from her and then we'll have argument later.

8              MR. BENSON:  I mean, I thought there was an

9   objection.  I was just trying to clear that up.

10  BY MR. BENSON:

11  Q.    As I understand it, you started cooking the crack

12  at your house sometime around the middle of October?

13  A.    He cooked it himself.  I don't know who cooked it

14  for him before.  But there was crack in October.  When

15  I first saw him cut that thing open, it was crack in

16  there.  I know what I saw.  It was crack.

17  Q.    Did you ever feel it?

18  A.    He opened it, like you had.

19  Q.    Yes?

20  A.    And when he cut it open before he sell it, like to

21  package it up or whatever, it was like that.  When he cut

22  it, it was crack in there.

23  Q.    How much was in there?

24  A.    I don't know.  I didn't weigh it.

25  Q.    Was it a sugar box full?

1    A.    It was different sizes.

2    Q.    Well, was it a sugar box full, total?

3    A.    If I probably put it together, yes.

4    Q.    And then he would sell it all in one night and you'd

5    be sitting there?

6    A.    I don't know if he sold it all.

7    Q.    What he didn't sell, he would wrap up?

8    A.    Yes.

9    Q.    Give it back to Linette.  She would bring it back

10    the next night; isn't that right?

11    A.    Yes.

12    Q.    Right?

13    A.    Yes.

14    Q.    So the question is:  Does it come out that he sold

15    two pounds of crack a week?

16    A.    Yes.

17    Q.    How do you know that?

18    A.    From what I saw him with and stuff.  Like when I'm

19    sitting out there and like -- sometimes people come with

20    a quantity amount and I would be watching, like it would

21    be like a sandwich bag.

22    Q.    You're giving it to him or he's giving it to them?

23    A.    He's giving it to them.

24    Q.    Yes?

25    A.    So it would be like a sandwich bag.

Bullock - direct                                152

1   Q.    Yes?

2   A.    It might be halfway full with either crack -- crack

3   or either the other thing.  I didn't never weigh it, so I

4   couldn't tell you.

5   Q.    You don't know the quantity?

6   A.    Right.  It's just what I saw.

7   Q.    Right.

8          And the question is:  Cooking it up, he cooked

9   up two pounds a week?

10  A.    Yes.

11  Q.    From the middle of October to December the 8th,

12  with the exception of two weeks?

13  A.    Yes.

14  Q.    And that was about the same amount that he cooked

15  up every week?  Always the same?  About two pounds?

16  A.    Mm-hmm.

17  Q.    What wasn't sold, he would give back to Linette?

18  A.    Yes.

19  Q.    Okay.

20          Now, the night that you got arrested,

21  remember the drugs that were found in your house?

22  A.    Yeah.  I heard about it.  I didn't see it.

23  Q.    You didn't see it?

24  A.    No.

25  Q.    You don't know the quantity?

Bullock - direct                    153

1              So you don't know anything about it?

2                  MR. BENSON:  Your Honor, may I see

3    Government's -- I guess 10-A, B, C, whatever it is?

4    You've got them here?

5              (Pause.)

6                  MR. BENSON:  May I approach the witness,

7    your Honor?

8    BY MR. BENSON:

9    Q.    Ms. Bullock, do you recognize this?  Do you want

10   to pick it up?  Does that feel chunky and hard?

11   A.    Yeah.

12   Q.    Thank you.

13              Now, did you see Darryl with these drugs,

14   this drug (indicating)?

15   A.    That kind of drug?

16   Q.    This drug, this drug (indicating)?

17   A.    I didn't see that.

18   Q.    This was taken out of your house.

19   A.    Oh.  No.

20   Q.    Do you know what this is?  What is it?

21   A.    Crack.

22   Q.    Crack?

23   A.    I think.

24   Q.    You think it's crack?

25   A.    Yes.

1  Q.    Good.

2          Suppose I tell you it's not crack.  So you

3  saw him selling all this crack you were telling us.  Now,

4  you say this is crack (indicating), this is what you saw

5  him selling?

6  A.    It -- it's in all that.  I can't really see, but

7  when I touched it, it felt hard.

8  Q.    Yes.

9  A.    And crack is hard.

10 Q.    Yes.

11 A.    I do know that.

12 Q.    The question is:  I mean, when he's selling drugs

13 outside of your house and it's dark, I mean, there's no

14 overhead light on, is there?  I mean, nobody --

15 A.    Sometimes it would be like if he lost something,

16 he'll say, put the light on.

17 Q.    Yes?

18 A.    But you could see that the powder -- it don't be

19 in that kind of bag, it be in a clear plastic sandwich

20 bag.

21 Q.    I understand.

22 A.    So it's a difference.

23 Q.    And --

24 A.    You can tell the difference.

25 Q.    And I asked you what this was?

Bullock - direct                                    155

1   A.    Right.

2   Q.    And you said this is crack?

3   A.    Right.  I never saw it like that.  I never saw

4   Wolfie with nothing like that, wrapped up like that.

5   Q.    Well, this is from Wolfie, isn't it?

6   A.    But I'm saying I never saw that kind of wrapping

7   before, how it's wrapped up.

8   Q.    All right.

9             How about this?  Do you recognize this?  Feel

10  it, touch it, squeeze it.  Is that hard, rocky?  Is that

11  the same as the other?

12  A.    This is crack.

13  Q.    Now, that's crack.  Okay.

14            Now, is this the -- the weight that, or the

15  quantity that Wolfie would typically have?

16  A.    He sell weight, too.

17  Q.    He sells weight?

18            Now, what is this?

19  A.    This feels like powder.

20  Q.    That feels like powder?  What does it look like?

21  Does it look like powder or does it look like crack?

22  A.    You can't really tell in that kind of paper.

23  Q.    You can't tell by looking at it?

24            Okay.  So you don't know what this is?

25            MR. PRETTYMAN:  Your Honor, the witness is

1    being given a lot of things without identifying which

2    exhibit.

3              MR. BENSON:  Oh, I'm sorry.  Well, the first

4    exhibit that I showed her that she identified is crack

5    cocaine is powder cocaine, according to the chemist.

6              MR. PRETTYMAN:  Your Honor, like, 10-A, B,

7    C.

8              MR. BENSON:  I'm going to tell you that in

9    a second if you won't interrupt me.

10             That would be 10-D, I think it is.  I don't

11   know what happened to it.  I gave it back to you.  What

12   is that?  10-what?  10-D.

13             10-D, your Honor.  It was the first package

14   that I showed the witness.  She identified it as to her

15   knowledge as being crack and it has been identified as

16   being powder.

17             The second that I showed her was 10 --

18   Government Exhibit 9, I guess.  I'm sorry.  And that is,

19   in fact -- she identified it as crack and it is

20   identified by the Government chemist as crack.

21             The next is 10-B that I showed her that she

22   seemed to indicate that she didn't know what it was

23   because she couldn't tell from the packaging.  And that

24   was, in fact -- has, in fact, been identified as powder

25   by the Government.

1    BY MR. BENSON:

2    Q.    How about this, Miss Bullock?

3    A.    Powder.

4    Q.    Powder?  Okay.

5              MR. PRETTYMAN:  I'm sorry, your Honor.  Could

6    he mention by exhibit?

7              MR. BENSON:  I'm going to do that next, your

8    Honor.  I showed her Exhibit 10-A and she identified it

9    as powder and it is, in fact, powder.

10   BY MR. BENSON:

11   Q.    You also indicated in a statement to the officer

12   that Linette Crawford used to bring about a pound of

13   cocaine or more over to your house about five times a

14   week; is that right?

15   A.    It's possible, yes.

16   Q.    Not possible.  Did you, in fact, say that, and do

17   you, in fact, mean that?

18   A.    Yes.

19   Q.    That she used to bring five pounds of cocaine a

20   week?

21   A.    Five pounds of cocaine?

22   Q.    Yes, five pounds.

23   A.    I don't remember saying that.

24   Q.    Well, let me read it to you:

25              "Bullock states that Linette Crawford

Bullock - direct                                    158

1          brought one pound of cocaine or more over

2          to 2602 Bowers Street about five times a

3          week."

4     A.   I don't remember saying that.

5     Q.   Well, is it true that she did that or not true?

6     Did she even come to your house five times a week?

7     A.   Four to five.  She came every day.

8     Q.   She came every day and four to five times she

9     would bring drugs?

10    A.   Mm-hmm.

11    Q.   We already, I think, agree that many times she's

12    bringing back the same drugs?  Drugs that weren't sold.

13    They would be rewrapped, taken back to Linette, and then

14    she would bring them the next night; isn't that correct?

15    A.   Yes.

16    Q.   Okay.

17              Is that part of the five pounds a week that

18    you're referring to?

19    A.   Yes.

20    Q.   So it's the same drugs being returned?  And you're

21    just adding all of that up every day.  If she brings one

22    pound today, to your house, and Wolfie sells a quarter a

23    pound, okay, sells 4 ounces, now he rewraps it.  He

24    returns to Linette three-quarters of a pound; all right?

25              She then puts another quarter, a pound, in

1   the bag.  Returns it the next night.

2              Are you listening to me?

3   A.    Mm-hmm.

4   Q.    Now, is that another pound in your mind?

5   A.    Truthfully, I couldn't tell you if she's bringing

6   back the same -- I can't tell you what he sold, because

7   I don't know how much is what.  And I just know -- and

8   I don't know how much all was in the book bag.  Some

9   days I would, but some days I wouldn't.  So he could

10  have sold -- I can't tell you how much he was selling.

11  Q.    Yes.

12  A.    Only what I saw.  And how I'd looked.

13  Q.    I'm sorry.  Are you finished?

14  A.    Mm-hmm.

15  Q.    One thing you do know is that he would return

16  whatever was not sold to Linette?

17  A.    Right.

18  Q.    Store it at her house.  And she would come back

19  the next night with drugs?

20  A.    Yes.

21  Q.    Would it be safe to say it was the same drugs plus

22  some additional drugs?

23  A.    I couldn't say if it was the same or different.

24            MR. BENSON:  Your Honor, may I just take a

25  moment?

1          Thank you.

2          (Pause.)

3          MR. BENSON:  Your Honor, we have nothing

4   further on direct.

5          THE COURT:  All right.

6                   CROSS-EXAMINATION

7   BY MR. PRETTYMAN:

8   Q.        Miss Bullock, before today, have you ever

9   testified in court?

10  A.    Yes.

11  Q.    Okay.

12          And when you've testified in court before --

13  and I'm not talking about entering your guilty plea or

14  testifying before the Grand Jury -- have you ever sat on

15  the witness stand like you have now and been asked

16  questions back and forth by lawyers?

17  A.    Yes.

18  Q.    How many times?

19  A.    One.

20  Q.    And how long ago was that?

21  A.    Last year.

22  Q.    All right.

23          And other -- other than that, that's the

24  only time you've testified in court?

25  A.    Yes.

Bullock - cross                161

1   Q.   Are you a little nervous or not nervous?  You are

2   a little nervous today?

3   A.   Mm-hmm.

4   Q.   Okay.

5        If you don't understand something that I say,

6   or if I talk too fast, please ask me to repeat and I will

7   try to repeat or rephrase my question; okay?

8   A.   Yes.

9   Q.   When you were in need of money and on or about

10  September of 1997, do you recall that time?

11  A.   Yes.

12  Q.   What did you need the money for?

13  A.   My ADT bill.

14  Q.   Okay.  I'm sorry?

15  A.   It's an alarm system bill.

16  Q.   Okay.

17        And the money that -- and you didn't have

18  that money at that time; is that right?

19  A.   Yes.

20  Q.   And why didn't you have the money?

21  A.   I was out of work because my heart was bothering

22  me.

23  Q.   And you sent someone to ask Mr. Chambers to borrow

24  the $129; is that correct?

25  A.   Yes.

Bullock - cross                              162

1    Q.    Do you see that Mr. Chambers that we've been

2    talking about, that Mr. Benson has been asking you about

3    for a while in the courtroom today?

4    A.    Yes.

5    Q.    Could you point to him, please?

6    A.    Right there (indicating).

7              MR. BENSON:  Your Honor, may the record

8    reflect the witness has identified the defendant?

9              THE COURT:  Yes.

10             MR. BENSON:  Thank you.

11   BY MR. BENSON:

12   Q.    As part of the arrangement for him giving you the

13   money, did he then come and start using your steps

14   outside your house to sell the cocaine and the crack

15   cocaine that you told us about today?

16   A.    Yes.

17   Q.    And you believe that that started at the time when

18   you were taking your son to football practice in

19   September of 1997; is that right?

20   A.    Yes.

21   Q.    Today, is your memory fresher about what happened

22   from September of 1997 to December 8th, 1997, when you're

23   testifying here today, or back earlier, when you -- near

24   the time when it happened, when you testified in the

25   Grand Jury and when you entered your plea?

1        When is your memory of what happened fresher?

2   Then or now?

3   A.     Back then.

4   Q.     Now, Mr. Benson asked you a question about the

5   sugar box that you and Agent Cobb were talking about,

6   and I provided Mr. Benson a copy of a sugar box out

7   front that he showed you.  Do you remember that?

8   A.     Yes.

9            MR. PRETTYMAN:  Your Honor, may I approach

10  the witness as I need to?

11           THE COURT:  All right.

12           MR. PRETTYMAN:  Thank you.

13  BY MR. PRETTYMAN:

14  Q.     During the interview or the time you were talking

15  about Agent Cobb about the weights of the drugs and

16  you've already testified that you have problems with,

17  like, grams or ounces and weights like that.

18           Did you say that you asked -- that you and

19  Agent Cobb were looking around the kitchen -- I'm sorry.

20  Why don't you tell me how that happened?

21  A.     He had came out to my job and I was sitting in the

22  van.  And he was asking me.  And I was, like -- it was a

23  speaker thing there.  And I was trying to figure out --

24  like show him on that.  So he said would a one-pound

25  sugar box be about right?  And he -- I think he asked me

Bullock - cross                                    164

1   a couple more -- I ain't for sure -- other things.  And

2   when he said the sugar box, I was, like, yes.

3   Q.    Okay.

4         So Agent Cobb gave you a variety of

5   different-sized objects to help you decide what size the

6   object was that the package of cocaine and crack cocaine

7   that the defendant had, Wolfie had?

8   A.    Yes.

9   Q.    Did Agent Cobb tell you what to say?

10  A.    No.

11  Q.    Did Agent Cobb tell you that he wanted you to say,

12  and that you had to say that it was a pound or a kilo or

13  some amount of cocaine and crack cocaine that Wolfie was

14  selling?

15  A.    No, he didn't.

16  Q.    Did anybody tell you that?

17  A.    No.

18  Q.    Did I tell you that?

19  A.    No.

20  Q.    In front of the Grand Jury, did I tell you that?

21  A.    No.  You told me, Tell the truth.

22  Q.    Now, some of the times that Mr. -- I'm sorry.

23        MR. PRETTYMAN:  Your Honor, I said I was going

24  to approach.  I forgot.

25  BY MR. PRETTYMAN:

1   Q.      On May 11th, did you come in with your lawyer and

2   I show you the sugar box, the one-pound sugar box that we

3   were talking about?

4   A.    Yes.

5   Q.    Okay.

6           And then did you identify this as the size

7   and did I write down F.B. 5/11/98 as the one-pound sugar

8   box size?

9   A.    Yes.

10  Q.    Okay.

11          And does this appear to be the size of the

12  packages that would contain the cocaine and the crack

13  cocaine when you're talking about sugar boxes that the

14  defendant was moving?

15  A.    Yes.

16          MR. PRETTYMAN:  Your Honor, I'd move the

17  admission of this.  I lost track of the numbers.  I

18  think we're at 11?

19          DEPUTY CLERK:  Yes.

20          MR. PRETTYMAN:  I would move the admission

21  of this for purposes of the hearing.

22          THE COURT:  All right.

23          MR. BENSON:  No objection.

24          THE COURT:  All right.  It's admitted.

25  ***     (Government's Exhibit No. 11 was received

1   into evidence.)

2   BY MR. PRETTYMAN:

3   Q.      Some of the times when you would be outside

4   watching or sitting outside on your porch from September

5   '97 to December 8th, 1997, when the defendant was

6   arrested, during that time period, you would see the

7   defendant sell cocaine and crack cocaine; is that right?

8   A.      Yes.

9   Q.      And at some point he started coming inside the house

10  to use the inside of your house as well as using the

11  porch; is that right?

12  A.      Yes.

13  Q.      Okay.

14  A.      He stored drugs inside.

15  Q.      After he started storing drugs inside your house

16  during that time period, would he continue to sell the

17  cocaine and crack cocaine outside your house?

18  A.      He let a couple people in before and sold it to

19  them.

20  Q.      But would he also continue to make the sales

21  outside?

22  A.      Yes.

23  Q.      Of both of those drugs?

24  A.      Yes.

25  Q.      And did you still see it even after the beginning

Bullock - cross                    167

1   of the three-week period when you would have been out

2   just about every night I think is what you said?

3   Afterwards, after he started coming in the house, would

4   you sometimes see him outside your house selling the

5   drugs, the cocaine and the crack?

6   A.      Yes.

7   Q.      And during the time period that you and Linette

8   Crawford, Nettie, you've been calling her -- that's

9   Linette Crawford; is that right?

10  A.      Yes.

11  Q.      During the time period from September 1997 to

12  December 8th, 1997, on or about that time, Linette

13  Crawford would bring over packages of cocaine and crack

14  cocaine for the defendant to sell?  She would bring

15  those to your residence; is that right?

16  A.      Yes.

17  Q.      And your recollection here today is that that

18  occurred approximately four to five times per week?

19  A.      Yes.

20  Q.      During that time period that I've talked about?  On

21  or about September 1997 until December 8th, 1997, with

22  two weeks off when the defendant got shot; is that right?

23  A.      Yes.

24  Q.      And I believe you've testified that during the time

25  period when the drugs were brought over, they would be

1  brought over, the cocaine and the crack cocaine, in a

2  black book bag, a knapsack type thing, Linette Crawford

3  would bring over to the defendant to sell the drugs, the

4  cocaine and the crack cocaine?  And if he wasn't there,

5  she would give it to you to give to him; is that right?

6  A.    Yes.

7  Q.    And in response to Mr. Benson's questions, did you

8  indicate that approximately two to three times a week

9  you would look into the bag that would come over, that

10  black knapsack book bag that Linette Crawford would bring

11  over with the cocaine and the crack cocaine to the

12  defendant?

13  A.    Yes, I did.

14  Q.    When the crack cocaine and the powder cocaine that

15  came over from Linette Crawford to your residence for

16  the defendant to sell, did you see the defendant open up

17  the packages of the cocaine and the crack cocaine and

18  see what was inside?

19  A.    Some days.

20  Q.    And would that be approximately the same amount of

21  time as the times you looked into the book bag?  Two or

22  three times per week?

23  A.    Yes.

24  Q.    And when you saw the defendant open up the book

25  bag -- open up the packages in the book bag, could you

Bullock - cross                           169

1    see the white powdery substance, which was the cocaine,

2    and the rocky, lump-like substance, which was the crack,

3    when he opened it up?

4    A.    Yes.

5              MR. BENSON:  Your Honor, I'm going to object.

6    The basis for the objection is her misidentification of

7    certain of the drugs in my direct examination.

8              THE COURT:  Overruled.

9              MR. PRETTYMAN:  Thank you, your Honor.

10   BY MR. PRETTYMAN:

11   Q.    You would see the cocaine, which is the white,

12   powdery substance and the rocky lump-like substance,

13   which is the crack cocaine, when he would open the

14   packages that came from Linette Crawford over to your

15   residence in the book bag? You would see that about

16   two or three times a week during that time period; is

17   that right?

18   A.    Yes.

19   Q.    And sometimes you would also see at the close of

20   business or when Mr. Chambers, the defendant, was done

21   selling drugs for the night, him rewrap the packages of

22   cocaine and crack cocaine back up to go in the book bag

23   back to Linette Crawford's; is that right?

24   A.    Yes.

25   Q.    And if I wrote this down correctly, I think you

Bullock - cross                         170

1    said that you saw that happen four to five times a week

2    between the two or three times of opening up two or

3    three times seeing him wrap it up?  So the total would

4    be four or five times a week?

5    A.    That was at the beginning.  Near the end, I didn't

6    see it as much.

7    Q.    Okay.

8    A.    Because I was working.

9    Q.    Because you were working you told us?

10   A.    Right.

11   Q.    Now, when the cocaine would come over, Mr. Benson

12   was asking you about whether before the defendant

13   started cooking the cocaine into crack cocaine, whether

14   crack cocaine was also coming over as part of packages

15   that were wrapped up of the powder cocaine and crack

16   cocaine.

17             And I think you responded that you would see

18   him open it up even before he started cooking himself

19   and cocaine and crack cocaine would be coming from

20   Linette Crawford over to your place in the black book

21   bag to the defendant; is that right?

22   A.    Can you rephrase it?

23   Q.    Please, if I ever do that again, just stop me and

24   let's make sure we get it right.

25             Before the defendant started cooking the

1    cocaine into the crack cocaine himself at your place, at

2    your residence, did you see the packages of cocaine and

3    crack cocaine come over to your residence that would go

4    to the defendant to sell?

5    A.    He would open -- you're talking about --

6    Q.    When he opened them.

7    A.    Sometimes when he opened it, it might be crack and

8    powder.  Sometimes it might just be powder and he'll

9    make crack.

10   Q.    But before he started cooking the crack himself at

11   your residence, would it come over all as powder or part

12   as powder cocaine and part as crack cocaine?

13   A.    It would come -- powder and crack.

14   Q.    And that would still be the sugar boxes that you

15   identified weights that would be coming over per week,

16   based upon what you personally saw with your own eyes;

17   is that right?

18   A.    Yes.

19         (Pause.)

20   BY MR. PRETTYMAN:

21   Q.    You also testified that you saw the defendant

22   personally cook crack cocaine.  Cocaine into crack

23   cocaine at your residence; correct?

24   A.    Yes.

25   Q.    And that two times before he started cooking that,

1  he had two ladies on separate occasions each try to cook

2  or did cook cocaine into crack cocaine for him; is that

3  correct?

4  A.    Yes.

5  Q.    When you saw the defendant cook the cocaine into

6  crack cocaine, did you see him put the cocaine in the --

7  was it, you say a mixing bowl?

8  A.    Measuring.

9  Q.    A measuring cup?  Into a measuring cup?  The

10  cocaine, the baking soda, heat it up on a burner, turn

11  it into crack cocaine, and then cool it down with ice

12  cubes?  Did you see that?

13  A.    You forgot water.

14  Q.    Water.  Correct.  Thank you.

15            You personally saw that happen; is that

16  right?

17  A.    Yes.

18  Q.    And after the two women saw it, or cooked in his

19  presence cocaine into crack cocaine, you saw from about

20  mid-October, a week or two before your birthday, which

21  is October 26th, you saw the defendant cook cocaine into

22  crack cocaine using that method that I just described on

23  a repeated basis; is that correct?

24  A.    Yes.

25  Q.    And that some nights he would even do it two times

Bullock - cross                                173

1    a night; is that right?

2    A.    Yes.

3    Q.    The boxes of baking soda that were the defendant's

4    that were at your residence, did you give those to

5    Detective Sullivan?  Detective Liam Sullivan, a Wilmington

6    police officer, in this case?  Did you give him what you

7    had left of those?

8    A.    Yes, I did.

9    Q.    And did you also give him measuring cup, mixing

10   bowl, the other items that you had at your residence that

11   belonged to the defendant that were not seized in the

12   search warrant?

13   A.    Yes, I did.

14   Q.    And it's your testimony that the defendant cooked

15   four to five times per week once he started cooking, with

16   the understanding that there were two weeks there he was

17   shot and he wasn't doing the cooking or the selling of

18   drugs.

19            But during the time period that we are

20   talking about, he would cook cocaine into crack cocaine

21   the way you described it four or five times per week; is

22   that correct?

23   A.    Yes.

24   Q.    And you would see him cook the cocaine into crack

25   cocaine.  And you would see, when he cooked it, that he

1   would have sugar-box-size quantities of crack cocaine

2   total per week?  When you say he's moving two sugar

3   boxes of cocaine and two sugar boxes of crack cocaine

4   per week, you would see him physically cook the cocaine

5   into crack cocaine to give you that number?

6   A.    Yes.

7   Q.    And you thought during the time period that the

8   defendant was cooking the cocaine into crack cocaine,

9   he would have used three or more boxes of baking soda?

10  I'm sorry.  Three or four boxes of baking soda during

11  the whole time period that he was cooking the cocaine

12  into crack cocaine at your residence?

13  A.    Yes.

14  Q.    Now, you said that the defendant sold weight of

15  crack cocaine, too, besides the little package --

16  packages that were in Government's Exhibit 9 that you've

17  identified as crack?  You've seen him sell this size

18  quantities of crack cocaine; is that correct

19  (indicating)?

20  A.    Yes.

21  Q.    But you also saw him sell weight of crack cocaine

22  to other people; is that right?

23  A.    Yes.

24  Q.    Okay.

25              What do you describe as weight?  What did

1   that look like compared to -- and I know you don't know

2   grams or ounces or whatever.

3               How much -- the sugar box says one pound.

4   What percentage of the sugar box would that have been?

5   A.    It would be, like -- sometimes -- it would be like --

6   it might be in the circle form or it might be in the rock

7   form.  It might be like the size of this circle

8   (indicating).  Different sizes.

9   Q.    And you would see the cocaine and the crack

10  cocaine that he would sell?

11  A.    Mm-hmm.

12  Q.    And they would be sold in bags that you could see

13  through?

14  A.    Yes.

15  Q.    Now, this has --

16               MR. PRETTYMAN:  This is Government's Exhibit

17  10-D.

18  BY MR. PRETTYMAN:

19  Q.    Government's Exhibit 10-D has Dr. Dasgupta's

20  initials on it.  And I'm hoping I'm going to open this

21  without making a mess.  But when the defendant sold it,

22  I mean, was it wrapped so like this, so that you couldn't

23  see it?

24  A.    No.

25  Q.    And this is the substance that Mr. Benson indicated

Bullock - cross                                176

1    that you misidentified as crack cocaine.  I'm going to

2    open it up and give you a chance to really see it when

3    it's opened.

4                MR. PRETTYMAN:  With the Court's permission,

5    may I take what's underneath the water thing there as

6    opposed to getting it all over your counter?  Actually,

7    the one here?  Would that be okay?

8                THE COURT:  All right.

9                (Pause.)

10   BY MR. PRETTYMAN:

11   Q.      You can see as I'm opening it some substance is

12   coming out.

13              What does that substance that's coming out

14   look like to you?

15   A.      Powder.

16   Q.    Does that look like the powder cocaine that you've

17   seen the defendant sell?

18   A.      Yes.

19   Q.    Now, there are some chunks and there's also some

20   powder cocaine in there.  Is that what you see in

21   Government's Exhibit 10-D?

22              And what does -- what does this substance --

23   the substance that breaks off of this look like?

24   A.      It's powder.  It be like this and then it be hard

25   like that (indicating), and you chop it and make it soft,

1    like this, like it is right there.  See how it's soft

2    (indicating)? ?

3    Q.    So just by feeling it right there --

4    A.    It feel like --

5    Q.    You can feel that it breaks off into the type of

6    powder cocaine that you saw the defendant sell; is that

7    correct?

8    A.    Yes.

9    Q.    And the chunk that you see here, did you see the

10   defendant with chunks of powder cocaine like that, that

11   he would break up?

12   A.    Usually, it be big and chop it down.

13   Q.    And it would look like this that's in Government's

14   Exhibit 10-D?

15   A.    Yes.

16   Q.    And he would chop it up?

17   A.    Yes.

18            MR. PRETTYMAN:  I'm going to hand this to

19   Agent Cobb and he'll fit it back in there, your Honor.

20            THE COURT:  All right.

21   BY MR. PRETTYMAN:

22   Q.      And the things that you've been talking about

23   when I've been asking you questions, these are things

24   that you personally saw with your own eyes; is that

25   correct?

1    A.    Yes.

2    Q.    Now, when you talked to the Grand Jury and told

3    them what you knew, and when you talked to the Judge

4    at your plea hearing, did you tell them the truth?

5    A.    Yes.

6    Q.    And is, in fact, it true that between on or about

7    September 1997 to December 8th, 1997, that you had an

8    understanding or agreement with Linette Crawford and

9    the defendant, Darryl Chambers, for cocaine and crack

10   cocaine to be possessed with intent to be distributed by

11   the defendant in this case?  The defendant being Darryl

12   Chambers?  Is that true?

13   A.    Yes.

14   Q.    And did you truthfully tell both the Court and the

15   Grand Jury that the cocaine and crack cocaine that was

16   being distributed there, the amounts that you told us

17   here today, that that belonged to the defendant, Wolfie,

18   to be distributed?

19   A.    Yes.

20   Q.    And did you also see the defendant hide drugs in

21   the little roof overhang outside your residence so that

22   when people would come up to buy drugs, he would go get

23   it from that roof overhang, the crack cocaine, or the

24   powder cocaine, and then deliver the drugs?

25         Did you see that between September and

1    December 8th, 1997?

2    A.    Yes.

3    Q.    And did you repeatedly see that?  Was that a

4    frequent place that he would use to hide it?

5    A.    Yes.

6    Q.    Now, during the time that you saw the defendant

7    selling drugs, you would also see him receive the money

8    for the drugs; is that correct?

9    A.    Yes.

10    Q.    And during these occasions, would you see the

11    defendant either during the course of that evening or

12    during the course of the time that you saw him in

13    possession of, I think the way you described it, was

14    the black guns, like the cops carry?

15            Did you see him carry that?

16    A.    I remember him with a gun, but I can't tell you

17    where -- where it was or whatever.

18    Q.    And that would be a gun at your residence?  He

19    would have a gun at your residence?

20    A.    I saw that in my house before.

21    Q.    And the two guns that the police seized that night

22    at your residence, they didn't belong to you or your

23    children?

24    A.    Right.

25    Q.    Or anyone else that lived there, that you knew

1    about?

2    A.    No.

3    Q.    And, in fact, all the drugs, the cocaine, the crack

4    cocaine, the guns, the scales, all the things that were

5    seized during this search warrant didn't belong to you,

6    the search warrant of December 8th, 1997, or your

7    children; is that correct?

8    A.    Yes.

9    Q.    Now, you entered a plea agreement with us, the

10    Government, that is, and you entered that plea agreement

11    in front of Judge McKelvie.  Do you remember doing that,

12    when you pled guilty?

13    A.    Yes.

14    Q.    And during the course of that plea, there was a

15    stipulation in your plea agreement that you and your

16    attorney signed and I signed and we presented to the

17    Judge, in which you indicated that the approximate amount

18    of cocaine and crack cocaine that you believe was

19    involved with Darryl Chambers, Linette Crawford and you,

20    when the crack cocaine was coming back and forth, was

21    10 kilograms of cocaine and 10 kilograms of crack

22    cocaine.

23         Do you remember that?

24    A.    Yes.

25    Q.    Did anything that Mr. Benson asked you today

1    change your opinion as to that is the weight of drugs

2    that were involved in connection with your conspiracy,

3    your understanding, agreement with Darryl Chambers,

4    Linette Crawford?

5              Did he say anything or did your response to

6    any question either he or I asked change that weight of

7    drugs that you testified to and you put in your plea

8    agreement?

9    A.    No.

10   Q.    And Mr. Benson asked you questions about the

11   possibility of the cocaine and crack cocaine going back

12   and forth from Linette Crawford's house to your place

13   and sometimes it being the same drugs.  Do you remember

14   when he asked you about that?

15             Did you physically see with your own eyes

16   him cook the cocaine and the crack cocaine so that you

17   know that it was two pounds per week that he was cooking

18   of cocaine and crack cocaine during the time periods

19   we've been talking about?

20   A.    I saw it with my eyes.

21   Q.    And did anybody tell you what to say?

22   A.    No.

23   Q.    Is there anything that you want to change here

24   about anything that you testified today?

25   A.    No.

1  Q.    Is it all the truth, to the best of your

2  recollection?

3  A.    Yes.

4              MR. PRETTYMAN:  May I have a moment, please,

5  your Honor?

6              THE COURT:  All right.

7              (Pause.)

8              MR. PRETTYMAN:  Thank you, your Honor.  I have

9  no further questions.

10             THE COURT:  All right.

11             MR. BENSON:  Your Honor, I'd like to ask a

12  couple questions.

13             THE COURT:  All right.

14                    REDIRECT EXAMINATION

15  BY MR. BENSON:

16  Q.    Miss Bullock, you were asked in front of the Grand

17  Jury if you ever saw Darryl with a gun when he had drugs.

18  Do you remember that?

19  A.    I know they asked me that, yes.

20  Q.    And what was your answer?

21  A.    I can't tell you.  I don't remember.

22  Q.    Well, let me ask you.

23  A.    I know I saw him with the gun, but I couldn't tell

24  you if he had drugs or whatever.  I saw the gun before.

25  Q.    Well, let me ask you the question now:  Did you

Bullock - redirect                                183

1   ever see Darryl with a gun when he had drugs?

2   A.    I don't remember.

3   Q.    Okay.

4         Well, if I suggest to you at your Grand

5   Jury testimony you said no, would that help refresh your

6   recollection?

7   A.    No, I won't.  I don't remember.

8   Q.    You don't remember?

9         Well, as Mr. Prettyman asked you, do you

10  think your memory was better then, in front of the

11  Grand Jury, than it is today, now?

12  A.    Yes.

13  Q.    Now let me ask you another question:  You talked

14  about 10 keys of crack and 10 keys of powder.  How many

15  pounds would that be?  How many sugar boxes are you

16  talking about?  How many of these (indicating) would

17  that be equal to?

18  A.    I don't -- I couldn't tell you.

19  Q.    Well, you know, you're testifying under oath today,

20  and you have done it before, that Darryl had 10 keys of

21  powder and 10 keys of crack.  I'm saying, how much is

22  that?

23  A.    All I know is I saw four of those sugar boxes and

24  he made them -- he made two into crack.  I can't tell

25  you, like, if it was -- I don't know, like -- we could

Bullock - redirect                184

1  call it a key or whatever you was just saying.  I

2  couldn't tell you.

3  Q.    Well, when Mr. Prettyman asked you, under oath, is

4  your testimony the same today as it was then, when you

5  entered your guilty plea in front of this Judge, whether

6  or not Darryl was -- had 10 keys of crack and 10 keys of

7  powder, you said yes.  Now you're saying you don't know?

8           What is your answer?

9  A.    I don't know.

10  Q.    So, then, when you answered Mr. Prettyman, you

11  weren't telling the truth?

12  A.    Yes, I was.

13  Q.    Well, was it 10 keys?

14  A.    I don't remember.  Back then, I remember -- it had

15  been seven months since then.  Almost seven months.  All

16  I know is I saw it on four boxes.  The sugars.

17  Q.    And you said four of these a week (indicating).

18  For how many weeks?

19  A.    Four or more.

20  Q.    Four pounds in four weeks; right?  That's 16

21  pounds.

22  A.    Can you say that again?

23  Q.    You said four or more pounds a week, or four pounds

24  a week for four or more weeks; is that right?

25  A.    Yes.

Bullock - redirect                        185

1    Q.    Now, are you sure of that?

2    A.    Yes.

3    Q.    And that would be equal to about 16 pounds; right?

4    A.    I don't know.

5    Q.    Well, four of these (indicating) -- one of these is

6    a pound?

7    A.    Mm-hmm.

8    Q.    So four of these would be four pounds?

9    A.    Mm-hmm.

10    Q.    Four times four, do you know what that is?

11    A.    16.

12    Q.    So that's 16 pounds?

13    A.    Mm-hmm.

14    Q.    And you know that 2.2 pounds is equal to one key?

15    Let me suggest to you that about two pounds is equal to

16    a key.

17         So if that's -- if that's right, if two pounds

18    is equal to a key, and there were 16 pounds, can you

19    divide two into 16?  Are you able to do that?  I don't

20    mean to insult you.  I'm asking you honestly, what is

21    2 into 16?

22    A.    Eight.

23    Q.    So that's 8 keys, isn't it, approximately?

24    A.    Yes.

25    Q.    Well, I'm using your figures.

1    A.    Yes.

2    Q.    That's 8 keys.  That's not 20 keys.  Didn't you

3    just say under oath, swear to God, that it was 10 keys

4    of crack and 10 keys of powder?

5    A.    Yes.

6    Q.    Isn't that 20?

7    A.    Yes.

8    Q.    Isn't it?

9    A.    Yes.

10   Q.    Aren't you now telling me it's 8?

11   A.    All I -- all I know is I saw them four boxes.  I

12   don't know about keys and all that.  All I know is what

13   I saw and I don't know the math, so I couldn't tell you

14   if it was 10 keys, whatever.

15   Q.    But you swore to God, under oath, that it was 10

16   keys, Ms. Bullock.

17   A.    Don't four make -- if them four makes 10 keys,

18   then that's what it is.  Whatever them four -- all I

19   know is the sugar boxes.  I never said --

20   Q.    You said four sugar boxes --

21   A.    Right.

22   Q.    -- a week?

23   A.    Right.

24   Q.    That's less than two keys; all right?  That's less

25   than two keys.

Bullock - redirect                    187

1              How many weeks?  Four weeks, six weeks?  I

2    mean, I don't know.  You know.

3    A.    I said four or more.  I'm not sure.

4    Q.    How many is four or more?  Six?

5    A.    It could be six or more.  I don't really know.

6    Q.    The problem is that, based on your testimony, that

7    will dictate how long this man spends in jail.  That's

8    what you've got to know.  So when you start throwing

9    numbers out, it's years in his life.

10             Now, you've got to think about this.  Now,

11   this is a quarter-key, I'm telling you (indicating).

12   You're saying that he cooks up four of these, which is

13   equal to a pound?  I'm sorry.  This is a quarter-pound.

14   Four of these is equal to a pound.  8 of these would

15   be about a key.

16             Now, is that what he was doing?  8 of these

17   a week?  16 of these a week?  16 of these he would cook

18   up?  Is that how many would be delivered by Linette?

19   A.    I couldn't tell you.  All I know is what I saw

20   and I can't --

21   Q.    But the problem is you're changing what you see

22   based on who's asking you the question.  Don't you see

23   that?

24             (Pause.)

25

1    BY MR. BENSON:

2    Q.    Now, do you know what crack is?  Do you know what

3    it is?

4    A.    I know how it look, yeah.

5    Q.    And you say you saw crack.  You saw Darryl

6    selling crack outside the house?

7    A.    Yes.

8    Q.    And you were saying that he was selling two pounds

9    of crack a week?  Two pounds?  How much would he sell it

10    for?

11    A.    I don't know.

12    Q.    You don't know what he sold it for, but you know

13    how much he sold it?

14    A.    Yes.

15    Q.    Well, you said he was dealing weight.  How much

16    weight is weight?  You said a circle.

17    A.    It would be like different size.  It might be --

18    it's like when you cook it up, it turns out different

19    ways.  Sometimes it --

20    Q.    Would he sell weight like this, quarter-pound

21    (indicating)?

22    A.    It --

23    Q.    Four ounces of crack?

24    A.    Would it look like that?

25    Q.    I don't know.  I'm asking you.

Bullock - redirect                    189

1   A.    Sometimes it might be like a big rock, like a

2   circle.

3   Q.    How big?  How much would it weigh?  Would you ever

4   pick it up?

5   A.    I never weighed nothing.

6   Q.    I mean, when you say big rock, would you like to

7   have a diamond ring that size?

8   A.    Big.  It was -- it was like --

9   Q.    Sugar box?

10  A.    It would be like -- let me see.  It would be

11  like -- say a circle like this.

12  Q.    Yes?

13  A.    And a rock.

14  Q.    How thick?

15  A.    Sometimes it would be thick.  It depends.  Sometimes

16  it would be flat.

17  Q.    How much would he sell it for?

18  A.    I couldn't tell you.

19  Q.    You said you saw him have $3600 worth of money in

20  his pocket.

21  A.    Mm-hmm.

22  Q.    You say he had a bag full of money one day.  Do

23  you know how much was in that bag?

24  A.    I don't know.

25  Q.    Did you ever see him have 10 or 15 thousand

1    dollars?

2    A.    No.

3    Q.    $20,000?

4    A.    All I know is --

5    Q.    I'm asking you a question.  Did you ever see

6    $20,000?  I can't hear you.

7    A.    I didn't say nothing.  I'm thinking.  I didn't see

8    20.

9              MR. BENSON:  I have nothing further, your

10   Honor.

11             THE COURT:  All right.  I'm going to take

12   about a ten-minute recess.  And I take it this witness

13   is excused and then we'll call Linette Crawford;

14   correct?

15             MR. PRETTYMAN:  Yes.

16                   (Witness excused)

17                      - - -

18             MR. BENSON:  Judge, how long are you going

19   tonight, if I may ask?  We can go as long as --

20             THE COURT:  I don't know.  What do you think?

21   4:30, 5:00 o'clock?

22             MR. BENSON:  I would like to try and finish

23   with her.  I don't expect her to be as long as this.

24             THE COURT:  Why don't we go and see how far

25   we get?

1              MR. BENSON:  Okay.

2              (Short recess taken.)

3                     - - -

4              (Court resumed after the recess.)

5

6              THE COURT:  All right.  Ready to proceed.

7                     - - -

8              ... LINETTE CRAWFORD, having been

9          duly sworn as a witness, was examined

10         and testified as follows...

11                 DIRECT EXAMINATION

12   BY MR. BENSON:

13   Q.    Miss Crawford, you're presently incarcerated; is

14   that right?

15   A.    Yes.

16   Q.    And you made a deal with the Government to testify

17   against Darryl Chambers in this matter?

18   A.    Yes.

19   Q.    Okay.

20              And what's the basis for the deal?

21   A.    When you said did I make a deal, as far as what?

22   Q.    Well, you agreed to testify against Darryl?  In

23   order to get some favorable consideration by the Judge?

24   A.    Oh, no.

25   Q.    You didn't?

Crawford - direct                    192

1   A.    No.

2   Q.    So you don't have any understanding with the

3   Government that if you testify against Darryl, that the

4   Government would make a recommendation for a downward

5   departure from your sentence?

6   A.    Oh, I do have that, yes.

7   Q.    Well, what do you think that's called?

8   A.    Well, I didn't understand what you were saying.

9   Q.    Okay.

10          That's a cooperation agreement.

11  A.    Okay.

12  Q.    So you have that?

13  A.    Yes.

14  Q.    And you've done that; is that not correct?

15  A.    Yes.

16  Q.    Have they promised you anything specifically?

17  A.    No.

18  Q.    But you understand that if you testify today, that

19  the Government will make a favorable recommendation to

20  the Judge?

21  A.    Yes.

22  Q.    How long have you known Darryl Chambers?

23  A.    Say about eight years.

24  Q.    How about Faye Bullock?

25  A.    Maybe three or four years.

1    Q.    Okay.

2    A.    No.  No.  It's longer than that.

3    Q.    Longer than that?

4    A.    Yes.

5    Q.    Would you consider Faye a friend of yours?

6    A.    Yes.

7    Q.    Sometime in July of 1997, you and Darryl entered

8    into an understanding concerning drugs?

9    A.    Yes.

10   Q.    And what was that understanding?

11   A.    For me to hold it.

12   Q.    Okay.

13         And that happened in July of 1997?

14   A.    Near the end of July or August.

15   Q.    Okay.

16   A.    I mean the end of July, early August.

17   Q.    So it could have been as late as August of '97; is

18   that right?  Late July or early August?

19   A.    Yes.

20   Q.    And how did that agreement come about?

21   A.    He just asked me.  I was like hot out, and the cops

22   was out, can I hold it, and I did.  And then later on I

23   took it back to him.  And then --

24   Q.    Okay.

25         Well, let's back up a minute.  You didn't

1   understand what I just said?

2   A.    You said what was the agreement.

3   Q.    I said let's back up for a second.

4   A.    Yes.

5   Q.    You saw him on the street one day in late July or

6   early August?

7   A.    I always see him, yes.

8   Q.    And was he selling drugs that day or did he have

9   drugs on him that day?

10  A.    I don't know if they was on him.

11  Q.    Okay.

12        But at some point that day, this particular

13  day, he asked you if you would hold drugs for him?

14  A.    Yes.

15  Q.    And did he hand you drugs to hold for him?

16  A.    Yes.

17  Q.    And how did he hand them to you?  Were they in a

18  bag or in a container?  In a duffel bag?

19  A.    No.  It was just -- it was wrapped up.

20  Q.    It was wrapped up?

21  A.    Yes.

22  Q.    In gray tape?

23  A.    Yes.

24  Q.    And did you -- what did you do with the drugs?

25  A.    I took it to my house.

1   Q.    Okay.

2              And how long did you hold it there?

3   A.    Maybe a couple hours.

4   Q.    And then what happened?  You brought it back to

5   him?

6   A.    Yes.

7   Q.    Did he give you anything for that?

8   A.    No.

9   Q.    When was the next time that you got involved with

10  holding drugs for Darryl?

11  A.    As in a constant time or just the next time?

12  Q.    The next time.

13  A.    Maybe sometime in August.

14  Q.    Do you know if it was the middle or the end of

15  August?

16  A.    I'm not sure.

17  Q.    Okay.

18             And, again, the same situation?  He asked you

19  to hold certain drugs for him?

20  A.    Yes.

21  Q.    Did he see you on the street or did he call you up

22  or did he page you?  How did that all happen?

23  A.    He seen me.

24  Q.    Saw you on the street.  And what did he say to you?

25  A.    Can I hold this?

1    Q.    And what was it?

2    A.    Drugs.

3    Q.    I mean, was it a large quantity?

4    A.    No.

5    Q.    Small quantity?

6          Would you characterize it as ounces of drugs?

7    A.    I don't know the weights.

8    Q.    Were you able to put it in your pants or in your

9    bag?  Where did you keep it?

10   A.    In my hand.

11   Q.    In your hand?

12   A.    Yes.

13   Q.    Did you try to hide it or put it somewhere?

14   A.    At my house.

15   Q.    No.  I mean, you carried it in your hand?

16   A.    No.  I put it in my car.

17   Q.    On the seat?

18   A.    Just under the seat.

19   Q.    Under the seat.  And how long did you hold it

20   that time?

21   A.    Maybe a couple hours.

22   Q.    Okay.

23          Were you able to see the drugs and see what

24   kind they were?  Do you know what it was?

25   A.    It was wrapped up.

1   Q.    So the answer is you don't know what kind of drugs

2   they were?

3   A.    He said it was cocaine.

4   Q.    I understand.

5         So it was cocaine as far as you know?

6   A.    Yes.

7   Q.    But you didn't see the cocaine.  You did not taste

8   the cocaine?  None of those things?

9   A.    No.

10  Q.    But because in your mind Darryl sells cocaine,

11  you're saying it was cocaine?

12  A.    It was cocaine.

13  Q.    Well, how do you know it was cocaine?

14  A.    Because be asked me to hold it.  And when I bring

15  it back to him, usually he unwraps it out of the duct

16  tape.

17  Q.    That's what I'm asking you.

18  A.    Okay.

19  Q.    So he unwrapped it in front of you?

20  A.    Not this time, but others.

21  Q.    That's what I'm asking you.  So this time you

22  don't know what it was?

23  A.    No.

24  Q.    Okay.

25        At some point you started delivering drugs

1    to Faye Bullock's house?

2    A.    Yes.

3    Q.    Do you remember when that was?

4    A.    Around --

5    Q.    Well --

6    A.    September.

7    Q.    Okay.

8              Let me -- do you know when in September?

9    A.    No.   It was football season.

10    Q.    I understand.   And football season is today?

11    A.    For the little kids.

12    Q.    Okay.

13              If I suggest to you that Faye may have

14    testified it was in the latter part of September that

15    you started coming to the house, is that possible?

16    With the drugs, I mean.

17    A.    Can you say that again?

18    Q.    Is it possible that it was in the latter part of

19    September, later on in September, that you started

20    coming to the house with drugs for Darryl?

21    A.    I'm not sure.

22    Q.    So it's possible?

23    A.    Yes, it's possible.

24    Q.    Okay.

25              How did you get those drugs to be able to

1    deliver them to Darryl?  Where did they come from?

2    A.    They came from him.

3    Q.    All right.

4          So now explain to me how that works.

5    A.    When -- you're talking about when I was starting

6    to take it to Faye's house?

7    Q.    Yes.

8    A.    He would bring it to me at night or sometime I

9    would take it from my house to Faye's house.

10   Q.    It started out Darryl would come to your house

11   with some drugs?

12   A.    No.  It started out the first time I seen him in

13   Riverside.

14   Q.    I understand.  I mean the first time you went to

15   Faye's house.

16   A.    The first time I went to Faye's house and started

17   doing it at Faye's house?

18   Q.    Yes.

19   A.    I would bring it from football practice --

20   Q.    Darryl would bring it?

21   A.    Yes.

22   Q.    How did he bring it?  In what container?

23   A.    In what container?

24   Q.    Yes.  Was it in a bag?  Was it in a shoe box?  Was

25   it just wrapped --

Crawford - direct                    200

1    A.    Wrapped up.  In one occasion it was in a white,

2    like a clear shopping, white shopping --

3    Q.    White shopping bag?

4    A.    Yes.

5    Q.    You didn't know anything about the weight or

6    anything like that?

7    A.    No.

8    Q.    Was it wrapped in something similar to this?

9    A.    Yes.

10   Q.    Does this look like a peanut to you?

11   A.    Yes.

12   Q.    Okay.

13         When you described the drugs that you were

14   delivering to Darryl to the agents in this case after

15   you were arrested, is this what you were talking about

16   (indicating)?

17   A.    It was a little bit bigger.

18   Q.    A little bit bigger?

19   A.    Yes.  But that's the shape, the me peanut shape.

20   Q.    When you say a little bit bigger?

21   A.    It was like this.

22   Q.    Was it four times as big?

23   A.    No.  About...

24         MR. BENSON:  May I approach the witness,

25   your Honor?

1          THE COURT:  All right.

2    BY MR. BENSON:

3    Q.    Just take a look at that.  You can pick it up, if

4    you'd like.

5    A.    A little bit bigger on both sides.

6    Q.    Just a little bit bigger on both sides?  Was it thin

7    in the middle?

8    A.    Yes.

9    Q.    It was thinner in the middle?

10   A.    Yes.

11   Q.    But bigger on the ends?

12   A.    Yes.

13          MR. PRETTYMAN:  I'm sorry, your Honor.

14   Thinner than this or thinner than -- on the ends and on

15   the --

16          THE WITNESS:  Oh.  You talking to me?

17          MR. PRETTYMAN:  I'm asking Mr. Benson

18   clarify that or the witness be given an opportunity to

19   clarify it, because I'm not sure --

20          MR. BENSON:  It's pretty clear to me, but I

21   will certainly help the Government understand it better.

22          THE WITNESS:  What I'm saying about, it's

23   thin in the middle.  It was shaped like a Planter's

24   peanut.

25

1   BY MR. BENSON:

2   Q.    Right.  Like this.

3   A.    Where it's big and then it gets like that in the

4   middle.

5   Q.    I think your testimony to the officer was that it

6   was about three or four inches on the ends or maybe two

7   or three inches on the ends and then going down to about

8   an inch in the middle?  Do you remember that?

9   A.    I drawed (sic) a picture.

10  Q.    You drew a picture.  Yes.

11             (Pause.)

12  BY MR. BENSON:

13  Q.    Is this the picture you drew?

14  A.    I can't see that far.

15  Q.    Let me come a little closer (handing exhibit to

16  the witness)?

17  A.    See this right here?

18  Q.    Yes.  What does that mean?

19  A.    That's a peanut.

20  Q.    Is this the picture you drew is my question?

21  A.    Yes.

22  Q.    Now, there are two lines, as you can see.  One is

23  about an inch away from the other one.

24  A.    When I drew that picture, at occasion, it was

25  shaped, the outside one, and then the middle one,

1   because they asked me, what is a peanut?  What do I mean

2   by a peanut?  And I drew it.

3   Q.    Now, explain to me again what you just said.  What

4   do the two lines mean?

5   A.    There's two.  They asked me to draw the peanut.

6   Q.    Yes.

7   A.    They asked me what I did mean by peanut, so I asked

8   for a piece of paper.

9   Q.    Right.

10  A.    And I drawed (sic) the peanut.

11  Q.    So you drew both of these lines?

12  A.    Yes, I did.

13  Q.    Okay.

14        And in your mind, what is the distance from

15  this line to this line (indicating)?

16  A.    I have no idea.

17  Q.    Well, you're saying that this is about the size,

18  maybe a little bigger on the end, but thinner in the

19  middle; is that right?

20  A.    I told them that this right here, the one on the

21  outside --

22  Q.    Yes.

23  A.    -- I seen one that size (indicating).

24  Q.    Okay.

25        You saw one that size in

1   A.    Yes.

2   Q.    And what --

3   A.    On all the other occasions, when I put it -- it

4   was like this, on the other occasions.

5   Q.    I understand.

6         So this is two different peanuts?

7   A.    Yes.

8   Q.    How often did you see the peanut the size of the

9   outside line?

10  A.    Once.

11  Q.    One time only?

12  A.    Yes.

13  Q.    And how often would you see the inside peanut?

14  A.    All the time.

15  Q.    Okay.

16        Would you characterize this as being the --

17  A.    No.

18  Q.    No what?

19  A.    That's not the one.  I wouldn't characterize that

20  as that.

21  Q.    As what?

22  A.    The inside peanut.

23  Q.    Is this the outside peanut?

24  A.    No.  Listen.

25  Q.    I'm listening.

1  A.    The one in your hand, the peanut was a little

2  bigger.

3  Q.    Yes.

4  A.    I just drawed (sic) the peanut.  I didn't draw

5  saying that was the size of the peanut.  I just drawed

6  (sic) the peanut, because they didn't understand what

7  I was talking about when I kept saying peanuts, because

8  I don't know what kilograms and ounces and all that.

9  Q.    I understand.

10        My question is:  Is this about the size that

11 you were talking about?

12 A.    A little bigger.

13 Q.    The inside one was a little bigger?

14 A.    No.  The peanuts -- no.  The peanuts that I always

15 see --

16 Q.    Yes?

17 A.    -- it's a little bigger than the one in your hand.

18 Q.    Okay.  That's the inside line.

19        And you say a little bit bigger?

20 A.    Yes.

21 Q.    Not four times that size?

22 A.    No.

23 Q.    Not even twice that size?

24 A.    Maybe twice.  But not four times.

25 Q.    Okay.

1          Now, when did you start delivering these

2    peanuts, as you referred to them, to Faye's house?  You

3    said September?

4    A.    Yes.

5    Q.    And it could have been the latter part of

6    September, later on in September?

7    A.    I'm not sure.

8    Q.    Okay.

9          And you would get the drugs from -- the first

10   time you would get the drugs from Darryl, he would drop

11   them off at your house?

12   A.    No.

13   Q.    No?

14   A.    I got -- the first time I got them from him.

15   Q.    Yes.

16   A.    He didn't bring them to my house.

17   Q.    Okay of.

18         And then did he give you them in a container,

19   like a book bag?

20   A.    No.  He gave them to me wrapped in --

21   Q.    Okay.

22   A.    -- the duct tape.

23   Q.    And who put them in the container, into the book

24   bag?

25   A.    I had gave him a book bag --

1    Q.    Okay.

2    A.    -- at first.

3    Q.    Right?

4    A.    It was a yellow, blue and white book bag.

5    Q.    Okay.

6          And were you transporting the drugs in that

7    book bag for a while?

8    A.    Yes, because I wasn't just going to carry them out

9    like that.

10   Q.    Sure.

11         And how did the system work?  He would --

12   he would beep you or page you and then you --

13   A.    He will see me --

14   Q.    See you?

15   A.    Yes.

16   Q.    And then what?

17   A.    And I will get it from him and take it to my

18   house.  Put it under my car seat when I go to my house.

19   Q.    All right.

20   A.    And then I will go to my house.  Then a couple

21   hours later, I will take it to him.

22   Q.    To Faye?

23   A.    To Wolfie.  In the beginning, Faye had nothing to

24   do with it.

25   Q.    I understand.  I'm talking about when you got to

1    Faye.

2    A.    When I came down to Faye?

3    Q.    Yes.

4    A.    Sometimes I would give it to him at the football

5    field, when I dropped my son off for football.

6    Q.    Right.

7    A.    And then other times I would -- the night before

8    he'd bring them to my house.

9    Q.    Right.

10   A.    And then --

11   Q.    How many peanuts would he bring to your house the

12   night before?

13   A.    How many peanuts would he bring to my house the

14   night before?

15   Q.    Yes.

16   A.    I did not look in the bag all the time.

17   Q.    Okay.

18         Did you ever look in the bag?

19   A.    Yes.

20   Q.    And when you looked in the bag those occasions,

21   how many peanuts would you see?

22   A.    The four days a week occasions?

23   Q.    I'm sorry?

24   A.    Through the days of one.

25   Q.    I'm not following you.

Crawford - direct                    209

1  A.    You said through the occasions, how many times I

2  see the peanuts?

3  Q.    Yes.

4  A.    In the bag?  When I look in the bag.

5  Q.    No.  Listen to me.

6          What I asked you was:  When you looked in

7  the bag, how many peanuts would you see in the bag?

8  A.    I'd see a big peanut.

9  Q.    One big peanut?

10  A.   And a couple little teeney.

11  Q.   And a couple smaller ones.  Smaller than this?

12          Did you know what the peanut consisted of?

13  What drugs it was?

14  A.   Yes.

15  Q.   What was it?

16  A.   Cocaine.

17  Q.   Okay.

18          And then you would take that up to Faye's

19  house at some point?

20  A.   Mm-hmm.

21  Q.   And what would happen?  Would you stay at Faye's

22  house?

23  A.   Not all the time.

24  Q.   How often would you say Faye's house?

25  A.   Maybe two or three times.

1   Q.    Okay.

2               Two or three times a week?

3   A.    Yes.

4   Q.    All right.

5               And what time would you normally get there?

6   A.    What time?  Around -- it would be after 6:30.

7   Q.    And what time would you -- when you stayed and then

8   you left, what time would you typically leave?

9   A.    I'm not sure.

10  Q.    Like 8:00, 9:00 o'clock kind of thing, or 11:00 or

11  12:00?

12  A.    No.  8:00 or 9:00.

13  Q.    8:00 or 9:00?

14  A.    Not no 11:00, 12:00.

15  Q.    Okay.

16              And Faye would sit with you?  You guys

17  would talk?

18  A.    Yes.

19  Q.    And would Wolfie be there?

20  A.    Sometimes.

21  Q.    Most times?

22  A.    Most times.

23  Q.    Okay.

24              You indicated in a statement that you were

25  present on two occasions when Wolfie cooked up some

1    crack; is that right?

2    A.    Yes.

3    Q.    Do you remember that?

4    A.    Yes.

5    Q.    Okay.

6              When was the first time that you remembered

7    him cooking up crack?

8    A.    Around -- I'm not sure.   October.

9    Q.    Okay.

10              Do you know when in October?

11   A.    No.

12   Q.    Now, Faye is a friend of yours; right?

13   A.    Yes.

14   Q.    Her birthday is October the 26th?

15   A.    Yes.

16   Q.    Okay?

17              Would it have been around her birthday, the

18   first time?

19   A.    It was before her birthday.

20   Q.    Okay.

21              Do you know how much before her birthday?

22   A.    I'm not sure.

23   Q.    When you say not sure, you're talking about a week

24   or two or you don't know?

25   A.    I'm not sure.

1    Q.    But it was in October?

2    A.    Yes.

3    Q.    So the first time that Wolfie was involved in

4    cooking crack would have been in October?

5    A.    From what I've seen.

6    Q.    From what you saw?

7    A.    Yes.

8    Q.    Exactly.

9          Do you know the quantity of the crack that

10   he cooked up that one time that you were there?

11   A.    No.

12   Q.    Were you in the kitchen at all when it was

13   happening?

14   A.    I was sitting in the dining room part.

15   Q.    Okay.

16         And could you see the kitchen from the

17   dining room?

18   A.    Yes.

19   Q.    And were you watching him cook it up?

20   A.    No.

21   Q.    So you weren't paying attention to what he was

22   doing?

23   A.    One time I was paying attention.  The other time

24   I left.

25   Q.    The first time were you paying attention or the

1    second time?

2    A.    I'm not sure.

3    Q.    But one of the two times that you saw it, you

4    were paying attention?

5    A.    Yes.

6    Q.    Do you remember that time how much he was cooking

7    up?

8    A.    I don't know the weights of it.

9    Q.    Well, how many times did he cook it that one time

10   you were paying attention?

11   A.    Once.

12   Q.    One time?

13   A.    Yes.

14   Q.    How long did it take to cook it up?

15   A.    I'm not sure.  I didn't time him.

16   Q.    But it was only one time the one day?

17   A.    Yes.

18   Q.    Then the time you weren't paying attention, do

19   you remember if he cooked it more than once?

20   A.    No.  I left.

21   Q.    Okay.

22               You left while he was cooking it?

23   A.    Yes.

24   Q.    And why did you leave?

25   A.    Because it stinks.  It gives me a headache.

1   Q.    And how long does the smell stay?  Do you know

2   anything about that?

3   A.    No.

4   Q.    Now, the other times that you had been to the house,

5   and you're sitting around with Faye and Wolfie, did you

6   ever smell the crack cooking or had you ever -- did you

7   smell anything that smelled like he had been cooking

8   crack cocaine?  Do you understand the question?

9   A.    No.  Rephrase, please.

10  Q.    Well, basically, I'm asking you, did you ever --

11  were you ever in Faye's house when it smelled like

12  cocaine had been cooked?

13  A.    I never knew how cocaine smelled.

14  Q.    Well, you said you were there --

15  A.    Yes, until that day.

16  Q.    Well, that's what I'm saying.  Had you been there

17  after that day, when it smelled like there had been

18  cocaine being cooked?

19  A.    No.

20  Q.    So that's the only two times?

21  A.    Yes.

22  Q.    Did Faye ever say anything to you about Wolfie

23  cooking crack cocaine?

24  A.    Yes.

25  Q.    What did she say to you?

1    A.    That he's cooking it up in her house.

2    Q.    This was after the two times that you were there?

3    A.    It was before then.

4    Q.    Before then?

5          Did she say anything after that, that he was

6    still cooking the drugs?

7    A.    She always said it.

8    Q.    What did she say?

9    A.    That he down there cooking that up.

10   Q.    And did she say the quantity that he was cooking?

11   A.    No.

12   Q.    All right.

13         Did you understand anything about quantity?

14   A.    No.

15   Q.    Now, as I understand it, Wolfie would be selling

16   the drugs out of Faye's house.  You would be there

17   three -- a couple, three nights a week, staying there.

18   In addition to that, you would sometimes go drop off

19   drugs and then leave?

20   A.    Yes.

21   Q.    How often would you be dropping the drugs off in

22   any given week?

23   A.    About four times a week.

24   Q.    Four times a week?

25   A.    Yes.

Crawford - direct                    216

1   Q.    So three of those times you would stay, talk to

2   Faye, Darryl, whatever.  One time, maybe one time you

3   would leave?  Just drop it off and leave?  Is that

4   about right?

5   A.    It could be more than one time.

6   Q.    Okay.

7            But it's about four times.  So two or three

8   you would stay?

9   A.    Four times is when -- four times a week when he

10  bring it to me, I drop it off.

11  Q.    I didn't.

12  A.    But four times, I might not stay at all.  Just

13  because I'm dropping it off don't mean I have to say.

14  Q.    I understand.  I thought you testified that you

15  would stay two or three nights a week a couple hours,

16  talk to Faye, whatever, Darryl?

17  A.    Not all the time.  Every week there is difference.

18  Q.    Yes.

19  A.    If I'm tired from working, I won't stay there.  I'll

20  go home.

21  Q.    Sometimes it might be twice, some weeks it may be

22  three times?

23  A.    Yes.

24  Q.    Some weeks maybe none.

25  A.    It was never none.

1   Q.    It was some -- some times?

2   A.    Yes.

3   Q.    Okay.

4         Faye testified, I believe, it was about 90

5   percent of the times you would stay?

6   A.    No.

7   Q.    It was less than that?

8   A.    Yes.

9   Q.    Okay.

10        Now, at the end of the night, after Darryl

11  was done his business, he would come back to your house

12  and drop off the drugs?

13  A.    Yes.

14  Q.    What would happen after that?  In other words, he

15  would drop off this bag that had drugs in it?

16  A.    Mm-hmm.

17  Q.    Would you see him again the next night?

18  A.    It was -- it could have varied every week.

19  Q.    Well --

20  A.    But I know it was four times a week.

21  Q.    No, no.  Listen to me.  You drop off -- well, let

22  me rephrase this.

23        When you would drop off drugs to Faye's house

24  for Darryl --

25  A.    Mm-hmm?

1  Q.    How many peanuts would be in the bag usually, if

2  you know?  If you know?

3  A.    Like I told you, that occasion I looked in, there

4  was the peanut and then a couple of them --

5  Q.    Small?

6  A.    Yes.

7  Q.    But not peanuts, small bags?

8  A.    It was a peanut?

9  Q.    Yes?

10 A.    And then a couple of them small -- just little

11 teeney --

12 Q.    Not bags, though?

13 A.    They were wrapped up in duct tape.

14 Q.    Small ones, though.  Real small?

15 A.    Not real small, but not real big.

16 Q.    Well, were they smaller than this?

17 A.    Turn it the other end.  Like the end.

18 Q.    Like this end only?

19 A.    Yes.

20 Q.    Okay.

21         And there were how many of these?  This end

22 (indicating)?

23 A.    At the most I've seen was like four.

24 Q.    Four of the small ends?

25 A.    Yes.

1   Q.      And then one --

2   A.      Peanut.

3   Q.      -- peanut.

4           You would drop that off and then at night

5   Darryl would come back, drop the bag off to you?

6   A.      Mm-hmm.

7   Q.      Then you would put the bag someplace in your

8   house?

9   A.      Yes.

10  Q.      Then what would happen the next night?

11  A.      Sometimes he'd call and say, can I bring it to him,

12  and sometimes he'd say, Well, I will just come get it.

13  Q.      The question I guess, is: Did he ever come back

14  to your house with more drugs to replenish those drugs

15  that were in the bag?

16  A.      No.

17  Q.      Well, how did you get more drugs from him?

18  A.      How did I get more drugs from him?

19  Q.      Yes.

20  A.      When he dropped the bag off.

21  Q.      I understand.  I mean, you dropped off a peanut

22  and three or four round balls of drugs?

23  A.      Mm-hmm.

24  Q.      That was in a bag?

25  A.      Yes.

1   Q.    That's what you believe?  Sometimes you didn't look

2   in, sometimes you did.  Sometimes Faye looked in,

3   sometimes she didn't; right?

4   A.    I'm not sure what Faye did.

5   Q.    She never looked in the bag when you were there?

6   A.    I don't know.

7   Q.    You never saw her look in the bag?

8   A.    Never saw her look in the bag.

9   Q.    Okay.  Fine.

10        So Darryl does whatever he's going to do.  And

11  he comes back and hands you the bag back?

12  A.    Right.

13  Q.    You don't look in the bag?

14  A.    Not all the time.

15  Q.    Sometimes you did?

16  A.    Yes.

17  Q.    Were there usually less drugs in the bag than when

18  you gave him the bag to begin with?

19  A.    I don't weigh anything.

20  Q.    Not weighing, looking.

21  A.    I don't always look in the bag.

22  Q.    When you looked in the bag?

23  A.    It would be the same thing.

24  Q.    Well, I guess my question is:  Do you remember

25  looking in the bag before you dropped it off to Darryl

1   at Faye's house and then that same night, when he

2   brought the bag back, looking in the bag?

3   A.    When he bring the bag back, I go back to bed.

4   Q.    Okay.

5         So you never looked in; is that right?

6   A.    At times when he'd drop it off at night, I go to

7   bed.

8   Q.    So you never looked in the bag?

9   A.    At night?  No.

10  Q.    Did he ever come back to the house the next day or

11  the day after and bring more drugs that he put in the

12  bag?

13  A.    Can you say that again?

14  Q.    Well, he would return the drugs to your house,

15  those drugs that were not sold that night at Faye's

16  house; right?

17  A.    Yes.

18  Q.    Did he ever, the next day or the day after, bring

19  you more drugs to be put in the bag so that when he

20  beeped you or paged you, you would bring him more drugs?

21  Bring him the drugs?

22  A.    Are you saying does he bring drugs in his hand to

23  put in the bag?

24  Q.    Yes.  Yes.  That's what I'm saying.

25  A.    No.

1    Q.    Well, how do the drugs get in the bag for you to

2    take up to him?

3    A.    He put them in a bag.

4    Q.    When does he do that?

5    A.    When does he put the drugs in the bag?

6    Q.    Yes.

7    A.    When I drop the bag off, the bag is there.

8    Q.    I understand.

9    A.    And he brings the bag back.

10   Q.    I understand.

11           So when do the drugs get in the bag?  He's

12   using the bag and selling drugs?

13   A.    Yes.

14   Q.    And he brings you the bag back?

15   A.    Yes.

16   Q.    So when does he give you the drugs to put back in

17   the bag?

18   A.    I don't touch any drugs to put back in the bag.

19   Those are his drugs.

20   Q.    Do you know where he gets the drugs?

21   A.    No.

22   Q.    The first time he gave you a bag that had drugs in

23   it --

24   A.    Mm-hmm?

25   Q.    -- since that time, he has been giving you a bag

1   at the end of his business and there has been drugs in

2   it?

3   A.    Yes.

4   Q.    And he replaces those drugs, doesn't he?  Doesn't

5   he bring you more drugs to put in the bag?  Doesn't he

6   keep drugs at your house?

7   A.    Yes.

8   Q.    Okay.

9         The night that you were arrested, did you --

10  did you leave any drugs at your house that night?

11  A.    No.

12  Q.    Did he -- do you ever leave drugs at your house?

13  A.    Have I ever left drugs at my house?

14  Q.    That Darryl had given you?  In other words, given

15  you and he says, Bring me up a peanut, keep three peanuts

16  at the house, or something like that?

17  A.    Yes.

18  Q.    That has happened; right?

19  A.    Yes.

20  Q.    And so you bring him up a peanut.  He does what

21  he's going to do.  Then he'll bring it back to you what

22  he does not sell?

23  A.    I guess so, yes.

24  Q.    I'm asking you, does he or not?  Does he bring --

25  whatever he doesn't sell at Faye's house, does he bring

1    back to you?

2    A.    Yes.

3    Q.    Okay.

4          And then you put it with the other peanuts?

5    A.    Yes.

6    Q.    And then the next night you bring him more peanuts;

7    right?

8    A.    Before he got the book bag.

9    Q.    Well, no, with the book bag.  In the book bag;

10   right?

11   A.    Well, when everything is in the book bag,

12   everything stays in the book bag.

13   Q.    I see.

14         So you don't take anything else out?

15   A.    Before he got the book bag, he brought me

16   different sizes of them.

17   Q.    On December 8th, the night everybody was arrested,

18   do you remember taking drugs to Faye's house?

19   A.    Yes.

20   Q.    Did you look in the bag before you took them to

21   the house?

22   A.    Yes.

23   Q.    You did?

24   A.    Mm-hmm.

25   Q.    When you looked in the bag that night, was that

1  the amount of drugs you typically take to Faye's house?

2  A.    When I look in the bag, all you can see is this

3  big scale.

4  Q.    Yes?

5  A.    And then it's a little scale.

6  Q.    Right?

7  A.    And whatever was under all that stuff.

8  Q.    You saw drugs, didn't you?

9  A.    No, I did not.

10  Q.    You didn't see drugs that night?

11  A.    No, because when you open the bag, if you know

12  what kind of book bag had, you could see the scale.

13  Q.    So you never saw drugs that night?

14  A.    No.

15  Q.    Is the scale always in the bag?

16  A.    No.

17  Q.    When did the scale get in the bag, do you know?

18  A.    I do not know.

19  Q.    When was the last time before December 8th that

20  you looked in the bag?

21  A.    I'm not sure.

22  Q.    A week ago?  A week prior to that?

23  A.    I'm not sure.  It's been almost a year.

24  Q.    Well, when you looked in the bag before that, did

25  you see a scale in there then?

Crawford - direct                                226

1    A.    No.

2    Q.    So at this point between the last time that you

3    looked in the bag and the night that you were arrested,

4    two scales ended up in the bag; is that what you are

5    telling us?

6    A.    When I looked in the bag, when I usually look in

7    the bag at some points in time, I don't see no scale.

8    Q.    I understand.

9    A.    But that night there was a scale in there.

10   Q.    One scale?

11   A.    Two scales.

12   Q.    Two scales.  That's what I said.

13             And you could not tell what, if any, drugs

14   were in the bag?

15   A.    No, I could not.

16   Q.    Now, did you ever lift the drugs out of the bag?

17   A.    When he dropped the bag off?

18   Q.    Yes.

19   A.    No.

20   Q.    So occasionally, you would look in, but that's

21   about it?

22   A.    That's about it.

23   Q.    And all the drugs in the bag were always covered

24   with masking tape, the gray duct tape, rather?

25   A.    Yes.

1   Q.    So you could not tell by looking at the drugs the

2   type of drugs that they were?

3   A.    No.

4   Q.    And you couldn't tell whether it was powder cocaine

5   or whether it was crack cocaine, could you?

6   A.    No.

7   Q.    Do you know the difference?

8   A.    Yes.

9   Q.    Okay.

10            So you have no idea what you were

11  transporting, other than the fact you knew it was

12  cocaine?

13  A.    Yes.

14  Q.    And you don't know the weight of cocaine; is that

15  right?

16  A.    No.

17  Q.    You know you were transporting something like this,

18  or a little bigger, three or four times a week; is that

19  right?

20  A.    Yes.

21  Q.    And that Wolfie was -- would be returning drugs to

22  you at the same night?

23  A.    Yes.

24  Q.    And this was on a regular basis from sometime in

25  the -- in September up through December the 8th; is

1    that right?

2    A.    When I started, from the time I started?

3    Q.    I'm talking about at Faye's house.

4    A.    September.  Yes.

5    Q.    And you started with Wolfie before that; isn't

6    that correct?

7    A.    Yes.

8    Q.    And when was that that you started with Wolfie?

9    Sometime in July?

10   A.    The end of July or early August.

11   Q.    End of July, early August.  So it would have been

12   about four weeks to six weeks or so before you started

13   going to Faye's house; is that right?

14   A.    Yes.

15   Q.    Okay.

16   A.    Yes.

17   Q.    And do you know the type of drugs that you were

18   delivering to Wolfie then during those four to six

19   weeks?

20   A.    Yes.

21   Q.    What was it?

22   A.    Cocaine.

23   Q.    Do you know whether it was powder or crack or both

24   or --

25   A.    Both.

1   Q.    How do you know that?

2   A.    Because one of the packages was like rolled like --

3   because this is when I was holding them in my hand,

4   where I was taking them to my house, and one of them was

5   like --

6   Q.    Hard?

7   A.    Like rocky.

8   Q.    Okay.

9         Now, other than that, is that the only way

10  you could determine that it was crack, because it was --

11  A.    I seen them take the duct tape apart -- off of it.

12  Q.    That same time?

13  A.    One of the times.

14  Q.    I'm sorry?

15  A.    One of the times.  Yes.

16  Q.    How many times did you see them take the duct

17  tape?

18  A.    Once.

19  Q.    How many times did you feel that there was crack in

20  the drugs that you were holding?

21  A.    Once, before I gave the book bag.

22  Q.    So then one time you're saying there was a quantity

23  of crack in those six weeks before you started dealing

24  with Faye?

25  A.    Yes.

Crawford - direct                    230

1    Q.    Okay.

2            So there was one occasion in those six weeks

3    that there was a quantity of crack.

4            Now, would the crack, would it have been --

5    you said it was in duct tape.  Was it a ball like this

6    or was it a peanut of crack (indicating)?

7    A.    When I first started doing it, it was in a ball.

8    Q.    Just in a ball.  Would it be that size ball or

9    that size ball?

10   A.    I'm not sure.

11   Q.    Okay.

12           This is -- this whole thing is 4 ounces?

13   A.    Mm-hmm.

14   Q.    Would you think it would have been half this size

15   or a third of this size?  Do you have any -- you don't

16   know?

17   A.    No.

18   Q.    But in those six weeks, four to six weeks, there

19   was one time that you saw crack that Wolfie had and it

20   was a ball size, not a peanut size?

21   A.    Yes.

22   Q.    Is that right?

23   A.    Yes.

24   Q.    And you held that?

25   A.    Mm-hmm.  Yes.

1   Q.    Okay.

2         Can you -- you can't describe the weight as

3   far as comparing it to something?

4   A.    No, I cannot, no.

5   Q.    To a ping-pong ball or tennis ball?

6   A.    No.

7   Q.    All right.

8         The next time -- and that's the only time

9   that you saw Wolfie with crack of your own knowledge,

10  other than the two times that you were present at

11  Faye's house, when he cooked it?

12  A.    Can you repeat that, please?

13  Q.    Okay.

14        As I understand it, you saw crack cocaine

15  with Wolfie, some quantity --

16  A.    Mm-hmm.

17  Q.    -- one time from August through the middle of

18  September, before you started going to Faye's house;

19  right?

20  A.    It was -- it was not the middle of September.

21  Q.    Oh.

22  A.    It was before school started, and school started

23  the early part of September.

24  Q.    That you started going to Faye's house?

25  A.    When I started going to Faye's house, yes.

1   Q.    Okay.

2              Well, let me just suggest to you that I think

3   Faye said something other than that.  But, in any event,

4   she said it was football practice.

5   A.    Football practice started in about August.

6   Q.    Okay.

7              In any event, it was at some point that --

8   there was the one occasion in the four to six weeks that

9   you saw crack cocaine with Wolfie.

10             Then, you started going to Faye's house.

11             Now, the first two or three weeks that Wolfie

12  is at Faye's house, he's not going into her house.  Do

13  you know that?  He's not in her house, selling drugs out

14  of her house?  Do you know that to be the case?

15  A.    You are saying he's not going to her house?

16  Q.    No.  He's at her house, but he's on the porch.  Do

17  you remember that?

18  A.    At them times, I didn't really hang with Faye like

19  that.

20  Q.    But there was a period of time, according to Faye,

21  that Wolfie, when he first started doing stuff with her,

22  that he did not go into her house?

23  A.    I didn't know anything about that.

24  Q.    Okay.

25             Well, do you remember delivering drugs to

1  Wolfie in front of Faye's house, like on her porch, not

2  inside the house?  Do you remember that?

3  A.    I started giving it to Wolfie at the football

4  practice.

5  Q.    Okay.

6          So you were not going to Faye's house then?

7  A.    Yes, I was going to Faye's house, but at first I

8  was taking it to football practice.

9  Q.    Yes.

10 A.    And he'd meet me down football practice to get it.

11 Q.    And this was the powder, cocaine powder?

12 A.    This is the -- both of them.

13 Q.    Well, you said it was one time that you saw the

14 crack.

15 A.    No.  I told you one time in August.

16 Q.    Yes.

17 A.    But this is September we're talking about.

18 Q.    Oh, now you're talking about September.  Okay.

19 He's at Faye's house.  Now you are satisfying that before

20 you gave him the book bag, he's giving you this tape --

21 drugs.  Drugs are taped; is that correct?

22 A.    Yes.

23 Q.    And how can you tell one is crack and one is

24 powder?

25 A.    The crack was the lumpy, rocky stuff.

Crawford - direct                    234

1    Q.    Okay.

2          You didn't see it?

3    A.    When he unwrapped it.

4    Q.    Well, would he unwrap it at the football game?  At

5    the football practice?

6    A.    No, he would not.

7    Q.    Well, if you gave it to him at the football

8    practice and --

9    A.    What I was telling you --

10   Q.    Let me finish.

11   A.    Okay.

12   Q.    When you gave it to him at the football practice

13   and he left with the drugs, when would you see him

14   unwrap it?

15   A.    At times I was taking it to his house.

16   Q.    We haven't gotten that far.

17   A.    Okay.

18   Q.    You just testified now that you would take drugs

19   to Wolfie at the football practice.  And I asked you

20   what drugs they were and you said both.  Now, how do you

21   know it was both?

22   A.    Listen, sir.

23   Q.    At the football practice?

24   A.    We're talking about the football practice?

25   Q.    Yes.

1    A.    Because you're confusing me.

2    Q.    I'm sorry.  I don't mean to.

3    A.    Now, at the times when I started taking it to the

4    football practice, that was around the times I started

5    being with Faye, but not like -- like that, because I

6    would stop there and then after the football practice,

7    I would go to Faye's house.

8              Now, I would take the stuff.  Sometimes he'd

9    be at the thing or he'd meet me at her house, because I

10   can recall one time I met him at her house in September.

11   Q.    Yes?

12   A.    And the stuff was in a white, clear bag.

13   Q.    Right.

14   A.    And I gave it to him and I left out the front door.

15   Q.    Okay.

16             My question to you is:  When you gave him the

17   drugs at football practice, do you know of your own

18   knowledge that you also gave him crack?

19   A.    Oh, no.  Sorry.  No.

20   Q.    So the answer is no?

21   A.    Yes.  No.

22   Q.    The only time that you know that, according to what

23   you're testifying to, that you gave him crack, was at

24   Faye's house; is that right?  Other than the one time in

25   August?

Crawford - direct                    236

1    A.    And then all the other times you're talking about?

2    Q.    Now we're getting to those other times.

3    A.    Okay.

4    Q.    Now we're in September?

5    A.    Mm-hmm.

6    Q.    And you are delivering the drugs to Wolfie at

7    Faye's house?

8    A.    Yes.

9    Q.    And these are drugs that he has given you the

10   night before?

11   A.    Yes.

12   Q.    Now, my question to you is:  How do you know it's

13   crack?

14   A.    Sometimes when he unwraps it, I will be at the

15   house.

16   Q.    Okay.

17   A.    Remember, I used to be at Faye's house.

18   Q.    Yes.

19   A.    Now, sometimes he unwrap it, I will be at Faye's

20   house, because he unwrap it at her counter in her

21   kitchen.

22   Q.    Okay.

23         And what was the quantity of the --

24   A.    I don't know the quantities.

25   Q.    Let me ask you this:  Was it wrapped in something

Crawford - direct                    237

1    like this?

2    A.    It would be in duct tape.

3    Q.    I understand.  Was it this size, or like a ball,

4    the end of the duct tape?

5    A.    The first time in August was the ball, round ball.

6    Q.    I understand.  Right.

7    A.    Now, the other times would be in the peanuts.  And

8    the reason that I know why he was cooking it up --

9    Q.    But --

10   A.    But you're talking about crack.

11   Q.    We're not talking about the cooking yet.  You're

12   delivering drugs to Wolfie that he's not cooking.  Are

13   you saying the drugs you're delivering to him are the

14   drugs he's cooking up?

15   A.    Well, who else would cook it?

16   Q.    Well, let's back up.

17          MR. BENSON:  Your Honor, I apologize.  It's

18   very crucial, as you know, by the guidelines, that we

19   try to get this nailed down and I don't think I'm

20   trying -- I'm not trying intentionally to confuse

21   anybody.

22          THE WITNESS:  Excuse me.  May I speak to my

23   lawyer?

24          THE COURT:  Speak up.

25          Do you want to speak to your lawyer?

1           THE WITNESS:  Yes.

2           THE COURT:  Sure.

3               (At this point Mr. Malik approached the

4   witness stand.)

5               (Pause while Mr. Malik and the witness

6   conferred.)

7           MR. MALIK:  Thank you, your Honor.

8           THE COURT:  All right.

9   BY MR. BENSON:

10  Q.    All right?

11  A.    Yes.

12  Q.    Let's go back again.

13            Now we're at September.  You got a book bag

14  from Wolfie or you gave him a book bag; is that right?

15  A.    Yes.

16  Q.    Before you gave him the book bag, you would still

17  deliver drugs to him; is that not correct?

18  A.    In September he had a book bag.

19  Q.    Okay.

20            In August he did not have a book bag?

21  A.    No.

22  Q.    Now, in September he has the book bag.  And you're

23  delivering the book bag to Faye's house?

24  A.    Yes.

25  Q.    Is that right?

1  A.    Yes.

2  Q.    When you're delivering the book bag to Faye's

3  house, there's drugs inside the book bag?

4  A.    Yes.

5  Q.    Do you know what drugs are in there?

6  A.    Cocaine.

7  Q.    Okay.

8        Is it powder cocaine or is it crack cocaine?

9  A.    It's both.

10 Q.    If you know?  If you know?

11 A.    I'm just going to say I'm not sure.

12 Q.    Well, it's important if you know to tell what you

13 know.  If you don't know, that's fine.

14 A.    When I see him unwrap it during different occasions,

15 it would be powder and it would be crack.

16 Q.    Okay.

17        What quantity of crack --

18 A.    I do not know the quantities.

19 Q.    Well, looking at it as though this -- would it be

20 this size quantity of crack (indicating)?  Is this what

21 you would see him unwrap?

22 A.    The peanuts.  Yes.  I would say the peanuts.

23 Q.    And how often would you see him unwrap a peanut

24 of crack cocaine, starting in September?

25 A.    I'm not sure.

1   Q.    Well, not sure meaning once a week, twice a week,

2   five times a week?

3   A.    I told you, I don't always stay there.

4   Q.    I understand.

5   A.    So I'm not sure how many times a week that he

6   unwrapped -- you know, seeing him unravel this.

7   Q.    Well, you testified at your sentencing or you

8   said at your sentencing hearing that when Judge McKelvie

9   questioned you about the quantity of drugs involved, I

10  believe your testimony was that it was 13 keys of powder

11  and 12 keys of crack cocaine.  Then your attorney stood

12  up and tried to explain that you don't know what a key

13  is and all this other stuff.

14  A.    Mm-hmm.

15  Q.    But you -- you were referring to peanuts and saying

16  that the peanuts are equal to a key of cocaine; is that

17  right?

18  A.    I never said kilogram.  I said peanuts.

19  Q.    Okay.

20        Well, if this is the size peanut

21  (indicating) -- when you were thinking, at the time you

22  pled guilty, that there were 12 keys of crack cocaine,

23  when the Judge asked you, 12 keys of crack cocaine, and

24  you said, Well, there's 12 peanuts; is that right?  Is

25  that what you were saying, 12 peanuts?

1    A.    Yes.

2    Q.    Is this the size peanut that we're talking about?

3    A.    The peanut is a little bit bigger.

4    Q.    Little bit bigger.

5          Now, is it -- when you would drop off a peanut

6    of crack cocaine to Darryl at Faye's house, you would see

7    him occasionally open it up and it would be this crack in

8    there; right?

9    A.    Yes.

10   Q.    Other than you seeing it, and knowing what crack

11   looked like, you would have no reason to know that it

12   was crack cocaine in the peanut; isn't that right?

13   A.    Yes.

14   Q.    I'm sorry?  Is that right?

15   A.    Yes.

16   Q.    Okay.

17          Then he would do his business.  You would

18   leave.  That night he would come back with drugs wrapped?

19   A.    Yes.

20   Q.    The same way; isn't that right?

21   A.    Yes.

22   Q.    Were they the same drugs that he had not sold, do

23   you know?

24   A.    No, I do not know.

25   Q.    You don't know?

1    A.    No.

2    Q.    So it's possible, is it not, Miss Crawford, that

3    this (indicating) quarter-key of crack was given back to

4    you in some denomination two or three times over a

5    period of a week; isn't that correct?

6    A.    I don't know.

7    Q.    Well, in other words, if this were not sold and he

8    rewrapped it and brought it back, it's the same -- it's

9    the same peanut, isn't it?

10   A.    I don't ask.

11   Q.    I know you don't ask, but I mean if it's not sold --

12   you don't know that it's a new peanut; isn't that

13   correct?

14   A.    Yes.

15   Q.    Now, if it's the same peanut that you are getting

16   back two or three times in a week, that's not three

17   different peanuts, is it?

18   A.    If it's the same one, no, it wouldn't be a

19   different one.

20   Q.    So when you say 12 or 13 peanuts, you don't know

21   that you saw this 12 or 13 times?  It could be the same

22   one?

23   A.    I know from when I called Faye, she says he --

24   everything he gets, he halves it down.  So I was asked

25   how many peanuts have I seen.  25.

1   Q.    25.

2   A.    25 peanuts.  Yes.  Half of that.  That's where I

3   got 13 and 12 at.

4   Q.    This is what you are talking about is a peanut?

5   A.    A little bigger.

6   Q.    A little bigger?

7   A.    Yes.

8   Q.    And there's a quarter of a kilogram.

9   A.    I don't know.

10  Q.    I'm telling you.  So four of those would be one key.

11  And you're saying that there's 12, you think there was 12

12  crack peanuts?  But you don't know that it's not the same

13  peanut given back to you a couple different times; isn't

14  that correct?

15  A.    Yes.

16  Q.    And for a period of at least a month, there was no

17  crack that you were involved with in giving Darryl?  Just

18  the one time, the little ball; is that right?

19  A.    Can you say that again?

20  Q.    You said in August, when you were delivering drugs

21  to Darryl, on one occasion you knew that there was crack

22  and it was a ball of crack.  But you don't know the

23  weight.  It was just a ball about one of these -- about

24  one of these ends of a peanut?

25  A.    Yes.

Crawford - direct                    244

1   Q.    Is that right?

2   A.    Yes.

3   Q.    Now, in October, you were at Faye's house?

4   A.    Yes.

5   Q.    And same thing was going on?  Three or four nights

6   you were delivering drugs?

7   A.    Yes.

8   Q.    And you would be -- you would be there every night

9   when Darryl opened the bag and took the tape off the

10  drugs?

11  A.    Not all the time.

12  Q.    All right.

13          So if you weren't there, do you know if it

14  was crack or powder?

15  A.    When I'm not at Faye's house, I talk to Faye all

16  the time.

17  Q.    Now, Faye testified that, in fact, Darryl would be

18  there and if somebody came to the house and wanted some

19  crack, he would cook it up for them.  Do you know

20  anything about that?

21  A.    She always told me that.

22  Q.    Okay.

23          Now, if she -- if he's cooking it up for

24  clients or customers, why -- why are you having a peanut

25  of crack cocaine?  Where is that coming from?  Do you

1  have any idea?

2          In other words, if you are delivering crack

3  cocaine to him, why is he cooking it every night, as

4  Faye would say?

5  A.    It was more than 25 occasions between -- between --

6  the end of July and December the 8th.

7  Q.    Well --

8  A.    No.  If it's four times a week and say there's --

9  that's five months.

10 Q.    What are you saying?

11 A.    Faye said every time that he gets something, he

12 half it.

13 Q.    Faye also said under oath, before you testified --

14 A.    Mm-hmm?

15 Q.    -- that Darryl did not start cooking any cocaine in

16 her house until October, and that for two weeks he didn't

17 do any drugs, because he had been shot.  Do you remember

18 that?  Do you know about that?  Him being shot?

19 A.    Yes.

20 Q.    Okay.

21          So that would mean October and a couple weeks

22 in November, and then one week in December that we're

23 talking about the possibility of crack cocaine.

24 A.    Yes?

25 Q.    Not -- none in September at all, because he -- for

1    a period of the month in September, he wasn't even

2    allowed in the house, and then it was at least two or

3    three weeks after he had been in the house before he

4    started cooking up some crack.

5    A.    You're saying there was a period that he wasn't

6    allowed in the house?

7    Q.    Yes.  He did not go in the house.  That's exactly

8    right.

9            Are you aware of that?

10   A.    No, I'm not.

11   Q.    Well, I mean, Faye testified to that also.  So you

12   didn't know about the number of weeks that Wolfie did

13   not go in Faye's house?

14   A.    The times in September from what I know, he was in

15   the house.

16   Q.    From what you know?

17   A.    Yes.

18   Q.    But if Faye says otherwise, do you think she'd

19   know better than you, because it's her house?

20   A.    She could, yes.

21   Q.    Now, were there times that the three of you were

22   hanging out the house, that when you got ready to

23   leave, Darryl would just give you the drugs and say,

24   Take them back?

25   A.    Yes.

1    Q.    So he would rewrap it, right, and give you the

2    same drugs back again?

3    A.    I'm not sure.

4    Q.    Well, as I understand it, you're saying that there

5    were occasions when you guys were staying at Faye's

6    house when Darryl would close down 9:00 o'clock, 10:00

7    o'clock, whatever it might be, and he'd just rewrap all

8    the drugs in this grey tape, duct tape, and put them

9    back in the bag and give them to you and say, you know,

10   I will see you tomorrow night or whatever; isn't that

11   true?

12   A.    I don't know what he'd be wrapping, because I sits

13   in her dining room and if he's going to do any wrapping,

14   it would be in her kitchen, because he'd have respect

15   where he won't wrap, you know, in front of us.

16   Q.    He would unwrap in front of you, but not --

17   A.    When you walk in her kitchen --

18   Q.    Do you understand the question?  He would unwrap

19   the drugs in front of you?

20   A.    I don't think he'd be meaning to unwrap it in front

21   of us, it's just when you walk through her kitchen door,

22   he'd be doing it, not knowing somebody would come in,

23   because at Faye's house, we'd stand in her back steps.

24   On other occasions, I was coming in and he would be

25   unwrapping it.

Crawford - direct                                    248

1    Q.    How often would that be?

2    A.    I told you I seen him one time unwrap it.

3    Q.    One time only?

4    A.    When there was that crack.

5    Q.    One time only?

6    A.    When I seen him unwrap the crack.

7    Q.    In three months?

8    A.    In August.

9    Q.    Talking about September, October, November,

10   December.

11   A.    You're talking about September to December?

12   Q.    Yes.

13   A.    The end of November, say.

14   Q.    Yes.  How many times did you see him unwrap drugs

15   then, from September, October, and November?

16   A.    I seen him cook it twice.  I'm not sure.

17   Q.    Well --

18   A.    And I'm not going to guess.

19   Q.    Well, you've indicated that he had 12 keys, or

20   12 peanuts, which you are saying a peanut is a key.

21   A.    No.  I'm saying a peanut is a peanut, because I

22   don't know what a key is.

23   Q.    Well, the Government I guess is saying a peanut

24   is a key.  This is what you are talking about?  A little

25   bit bigger than this (indicating)?

1    A.    Bigger than that, yes.

2    Q.    That you observed him unwrapping that, those drugs

3    at Faye's house from September through November on how

4    many occasions?

5    A.    I'm not sure how many occasions I seen him unwrap

6    it between --

7    Q.    Other than the two times you saw him cook crack

8    cocaine --

9    A.    Mm-hmm?

10   Q.    -- were present, do you know of your own knowledge

11   that he cooked any crack cocaine?  From your own

12   knowledge?

13   A.    From me seeing it?

14   Q.    Yes.

15   A.    No.

16   Q.    Do you know that he possessed -- did you ever see

17   him have, in his possession, any crack cocaine from

18   September through November?

19   A.    From him selling it?  As in selling to giving it

20   to somebody to sell to somebody else?

21   Q.    Yes.

22   A.    Yes, I did.

23   Q.    And when was that?

24   A.    I don't know what month it was.  It was between --

25   because it was cold outside.

1   Q.   And how many times did you see that?

2   A.   Twice.

3   Q.   And what was the quantity?

4   A.   I do not know the quantity.

5   Q.   Do you know how much money he received?

6   A.   The guy was, like, Here go 60 or 50 dollars.

7   Q.   Okay.

8                $50.  And that was on two occasions?

9   A.   It was in one night.

10  Q.   One night?

11  A.   Yes.

12  Q.   And what about the other night?  You said two

13  times.  Two times in one night?

14  A.   Yes.

15  Q.   So two times he sold a rock, or whatever you call

16  it, of crack for $50; is that right?

17  A.   Yes.

18  Q.   And that's it?

19  A.   In that one night.

20  Q.   Yes.

21               Well, did you ever see of your own knowledge

22  him sell crack cocaine other than that?

23  A.   He has respect for people.  He wouldn't sell it

24  like that.

25  Q.   Do you understand the question?

1   A.    Yes.

2   Q.    Have you ever seen him do it other than the one

3   night?

4   A.    Have I ever seen him sell it?

5   Q.    Crack cocaine, from September through November?

6   Did you ever see him sell crack cocaine?

7   A.    Yes.  I told you I did.

8   Q.    The one night?

9   A.    The one night, the two times.

10  Q.    Yes.

11        Now, how many nights were you at Faye's house

12  with Wolfie and Faye, sitting around and that he would

13  close up shop and wrap the drugs up and then hand them

14  back to you in the bag and say, take them home?

15  A.    I'm not sure.

16  Q.    Ten times?

17  A.    It's only seven days of the week.

18  Q.    I'm not saying how many days in a week, I'm saying

19  how many times?

20  A.    I'm not sure.

21  Q.    Ten times?

22  A.    I'm not sure.

23  Q.    15 times?

24  A.    I'm not sure.

25  Q.    Well, think about it.  More than once?

1   A.    I don't want to say something and be wrong.

2   Q.    Well, it has happened, has it not?

3   A.    Yes.

4   Q.    More than one time?

5   A.    Yes, more than one time.

6   Q.    A lot more than one time?

7   A.    I'm not sure.

8   Q.    You know what a lot means.  Is it a lot more than

9   one time?  Yes or no?

10  A.    Yeah.  A lot more than one time.

11  Q.    Okay.

12          A lot more than one time you're saying that

13  Darryl and Faye and you would be hanging out.  He'd be

14  doing what his thing is.

15          So those nights certainly he did not cook up

16  any crack; right?

17  A.    The nights that --

18  Q.    The nights that you were all there together, he was

19  not cooking up crack?

20  A.    Sometimes I go to Faye's house --

21  Q.    Yes?

22  A.    -- leave and come back.

23  Q.    Okay.

24          Did it smell like he had cooked up crack?

25  A.    I don't know.

1  Q.    You don't remember or you don't know or you're not

2  saying?

3  A.    I don't remember that.

4  Q.    Okay.

5        In any event, you would leave, come back.

6  Everybody would be hanging out.  And then he would give

7  you the drugs at the end of the night.  And take them

8  home; right?

9  A.    Sometimes.

10  Q.    And then the next day you would bring those same

11  drugs back; is that right?

12  A.    Yes.

13  Q.    And could it happen two or three days in a row like

14  that, where you guys would hang out some more and then at

15  the end of the night he'd just wrap it up again, give you

16  the drugs and say, I will see you later and I will beep

17  you or something?  Could that have happened two or three

18  nights in a row, on occasion?  I'm not saying all the

19  time, just occasionally?

20  A.    Yes.

21  Q.    Okay.

22        And so when you would come back the next

23  night, it would be the same drugs you were bringing

24  back; isn't that true?

25  A.    I don't know what he sold at the time I was there.

Crawford - direct                    254

1   Q.    I know.  I understand you don't know what he sold,

2   but you know that what he didn't sell, he would give back

3   to you and then the next night, on occasion, you would

4   bring them back?

5   A.    Yes.

6   Q.    And that it might even happen that night again,

7   the same thing?  And if you happened not to leave that

8   night, didn't go anywhere, you know he didn't cook up

9   any crack in front of you, because he only did that

10  twice.  One time you left?

11  A.    Yes.

12  Q.    Right?

13  A.    Yes.

14  Q.    So those nights, if you didn't leave, in November

15  or late October, and you were hanging out, or Faye's

16  birthday, whatever it might have been, he wasn't cooking

17  crack when you were there?

18  A.    Just the two occasions that I was there.

19  Q.    Right.

20          And on the occasions when he would close up,

21  give you the drugs, you would leave, you would bring back

22  the same drugs the next time?

23  A.    Yes.

24  Q.    And that happened a lot of times, according to the

25  word you're using; is that right?

1   A.    Excuse me?

2   Q.    A lot of times it happened?  About you bringing

3   back the drugs?

4   A.    Yes.

5   Q.    Okay.

6            MR. BENSON:  Your Honor, may I just take a

7   moment, please?

8            THE COURT:  All right.

9            (Pause while Mr. Benson and the defendant

10  conferred.)

11  BY MR. BENSON:

12  Q.    Now, Miss Crawford, you were questioned by Officer

13  Sullivan, I guess, on December the 15th, which is a

14  couple days after the arrest.  And he puts in a 302,

15  which is a statement that you gave him, that Crawford

16  has personally seen at one time what she described as a

17  kilo in that Chambers bag that she would hold for him.

18  A.    I never said kilo.

19  Q.    So are you saying that the officer is not telling --

20  is not being accurate?

21  A.    I always said peanuts, because I don't know what

22  no kilo was.

23  Q.    Well, he has kilo and he has it in parentheses,

24  as though he made a specific point that you said kilo.

25  A.    I never said kilo.

1    Q.    You're positive of that?

2    A.    I'm positive.

3    Q.    So this 302 statement, as far as you're concerned,

4    is inaccurate if it says that?

5    A.    I don't know what a kilo is, so I wouldn't say

6    something I don't know about.

7              (Pause.)

8    BY MR. BENSON:

9    Q.    Do you know if Darryl kept any drugs at Faye's

10    house?

11    A.    Yes.

12    Q.    Do you know if he did?

13    A.    Do I know of any?

14    Q.    Yes.

15    A.    Yes.

16    Q.    He kept them there overnight?

17    A.    This one particular bag, he must have, because it

18    wasn't in the bag that he brung to my house.

19    Q.    Which one?

20    A.    It was a clear plastic bag.

21    Q.    Okay.

22              Faye said that maybe on two occasions, total,

23    in all those months, three months or four months, that he

24    may have left something at the house.  Do you know

25    anything about that?

1  A.    Only thing I know about is the clear plastic bag

2  that was in the ceiling.

3  Q.    But generally, as a rule, all the drugs ended up

4  at your house at night?

5  A.    Sometimes.

6  Q.    Well, sometimes or as a rule, always?

7  A.    Not always.

8  Q.    Well, how many times do you know of your own

9  knowledge that they did?

10  A.    That was kept at my house?

11  Q.    Yes.

12  A.    The four times a week.

13  Q.    They were all kept at your house.  And what wasn't

14  used or sold that night got back to your house?  Either

15  you took it back or Wolfie dropped it off; right?

16  A.    You said that wasn't sold?

17  Q.    Yes.

18  A.    Like I told you, I don't know what he sell, but,

19  yes.

20  Q.    Whatever was left over, as far as you know, went

21  back to your house.  Either you took it back if you were

22  staying at Faye's or Wolfie dropped it off if you had

23  left; right?

24  A.    Yes.

25  Q.    And the only time you know that there was any

1    crack cocaine in those bags is on one occasion, when you

2    saw him unwrap it in front of you and you saw what you

3    believe to be crack?

4    A.    Yes.

5    Q.    Okay.

6              And that was your observation?

7    A.    That was from my observation.

8    Q.    You don't know that it was crack, other than what

9    you observed?

10   A.    That's what I observed at the time.

11   Q.    So this idea about the 12 kilos of crack, is that

12   your statement, your testimony, or is it Faye's testimony

13   that they told you Faye said this?  Where is this --

14   where does this figure come from exactly?

15   A.    When I used to talk to Faye all the time, he used

16   to talk about how he'd be cooking up in his house.

17   Q.    This is Faye telling you?

18   A.    Yes.  But this is even before all this happened.

19   Q.    But you don't know that of your own knowledge?

20   A.    I know it the times I was there.

21   Q.    Twice?

22   A.    Yes.

23   Q.    So where does the figure the 12 keys of crack come

24   from, as far as you're concerned?

25   A.    Out of the 25.

1  Q.    Well, how do you know 12 keys --

2  A.    She said half of everything that he gets, he cooks

3  it.

4  Q.    She says that?

5  A.    Yes.

6  Q.    But if he did not tell you that --

7  A.    She did tell me that.

8  Q.    But if she told you a tenth or none of what he gives

9  me is crack, that he gets is crack, then you wouldn't say

10  12 keys would be crack, would you?

11  A.    I would say 25 peanuts would be just the regular

12  thing.

13  Q.    Powder?

14  A.    Yes.

15  Q.    So the crack idea is not anything you know of your

16  own knowledge?

17  A.    I seen him two occasions, to the best of my

18  knowledge.

19  Q.    I understand.  I'm not trying to trick you when I

20  say that.  I know you saw it on two occasions, but

21  certainly those two occasions are not equal to 12 keys

22  or 12 peanuts of crack cocaine; is that true?

23  A.    If he splits down everything he gets --

24  Q.    Forget all that, what you are told.

25  A.    Okay.

1  Q.    I'm asking you what you know of your own knowledge.

2  What you know?

3  A.    Mm-hmm.

4  Q.    Do you know that he had 12 keys of crack cocaine

5  of your own knowledge?  Forget Faye for a minute.

6  A.    From me seeing it and all that?

7  Q.    Yes.

8  A.    No.

9  Q.    The only crack you ever saw was on two different

10 occasions?  One, you say there was a ball of crack that

11 you saw in August, a ball of one of these peanuts, and

12 the other was on an occasion when he had unwrapped some

13 crack and he sold two rocks, I guess it is, for $50

14 each?

15 A.    The two times that he cooked it.

16 Q.    And the two times he cooked it.

17        Do you know the quantity that he cooked?

18 A.    No, I do not.

19 Q.    Do you know how long it took him to cook it?

20 A.    No, I didn't time it.

21 Q.    And that was it?

22 A.    Yes.

23 Q.    And other than that, you know nothing about crack

24 cocaine?

25 A.    Other than that.

1    Q.    So these figures that you swore to are figures that

2    you -- you got from Faye, basically?

3    A.    From me being on the phone and then the times that

4    I seen it?

5    Q.    Yes.

6    A.    Yes.

7    Q.    You being be on the phone with Faye?

8    A.    Yes.

9                MR. BENSON:  Nothing further.

10               THE COURT:  All right.  Cross-examination.

11               MR. PRETTYMAN:  Thank you, your Honor.

12                         CROSS-EXAMINATION

13   BY MR. PRETTYMAN:

14   Q.    The times that you were on the phone with Faye in

15   which you formed the basis of the half is crack and half

16   is powder cocaine, so that it's 12 kilograms or 12

17   peanuts that, based upon the observation of the peanuts,

18   the agents and officers say are kilograms, and the 13

19   kilograms of powder cocaine, using the same peanut

20   weight system, you learned that from Faye Bullock during

21   the course of the time between September and December

22   8th, 1997, before any arrests were made; is that right?

23   A.    Yes.

24   Q.    And during that time that you and Faye Bullock and

25   the defendant were working together, would the three of

1   you, including Faye and you, have conversations about

2   bringing a bag over, when the bag should be brought over,

3   who would accept the bag of crack cocaine, powder cocaine,

4   the drugs that were coming over?

5   A.    When I would either be paged or called.

6   Q.    So during the time in which you, Faye Bullock and

7   the defendant, Darryl Chambers, were working together on

8   this cocaine, crack cocaine business, you would have

9   conversations with Faye Bullock about what exactly the

10  defendant, Darryl Chambers, was doing with the powder

11  cocaine, the crack cocaine and cooking in quantities and

12  things like that; is that correct? She would tell you

13  that he would cook at her house the cocaine and the crack

14  cocaine all the time? She told you that on the time

15  between September and December 8th, 1997; is that right?

16  A.    Yes.

17  Q.    And it was on a regular basis that she would tell

18  you that he would be cooking cocaine into crack cocaine

19  at her place; is that right?

20  A.    Yes.

21  Q.    And during that same time period, she also told

22  you that half of what he had as drugs would be cooked

23  from cocaine into crack cocaine; is that right?

24  A.    Yes.

25  Q.    Did any law enforcement person, myself, or anybody

1    tell you what to say in terms of the weights of the

2    drugs or the types of the drugs that were involved?

3    A.    No.

4              MR. PRETTYMAN:  May I approach the witness,

5    your Honor?

6              THE COURT:  Yes.

7              MR. PRETTYMAN:  I will show this to Mr.

8    Benson.

9    BY MR. PRETTYMAN:

10   Q.    Miss Crawford, did we ask you to draw or did you

11   decide to help us understand the size of the packages of

12   cocaine and crack cocaine that were going back and forth

13   between you to the defendant at Faye Bullock's house or

14   whenever you would deliver it to Faye Bullock, when the

15   defendant was not available?

16             Did we ask you or did you decide to draw

17   something for us?

18   A.    I decided to draw it.

19   Q.    Was that on September 12th, 1997?  I have L.C.

20   written down?

21   A.    Yes.

22   Q.    Is this a fair and accurate depiction of the

23   peanuts that you drew, the inner peanut being the

24   smaller peanut, the outer peanut being the larger peanut

25   that you saw?

1    A.    Yes.

2              MR. PRETTYMAN:  Your Honor, I would move

3    the admission of this into evidence, as Government's

4    Exhibit 12.

5              MR. BENSON:  No objection.

6              THE COURT:  All right.  Admitted.

7    ***        (Government's Exhibit No. 12 was received

8    into evidence.)

9    BY MR. PRETTYMAN:

10   Q.    There's a word written down here.  Could you

11   tell everybody what that is, please?

12   A.    Simon.

13   Q.    Who's Simon?

14   A.    The touter.

15   Q.    What's a touter?

16   A.    Somebody that will get the sale for them.

17   Q.    I'm sorry?  I haven't asked you yet to identify

18   the Darryl Chambers we've been talking about.

19   A.    Mm-hmm.

20   Q.    Do you see him in court?

21   A.    Yes.

22   Q.    Could you point to him, please?

23   A.    I don't like pointing at nobody, but he's over

24   there.

25             MR. PRETTYMAN:  Your Honor, may the record

Crawford - cross                     265

1    reflect the witness has identified the defendant?

2              THE COURT:  All right.  Yes.

3              MR. PRETTYMAN:  Thank you.

4    BY MR. PRETTYMAN:

5    Q.    Miss Crawford, or I will either variously call him

6    Darryl Chambers, Wolfie or the defendant.  Simon was a

7    touter for Darryl Chambers.  Is that what you just said?

8    A.    Yes.

9    Q.    During the time period that we're talking about,

10   July to December 8th, 1997, sometime in that time period?

11   A.    Yes.

12   Q.    What exactly would Simon do for the defendant?

13   A.    A touter basically is somebody that gets the sale

14   and then brings the sales or something like that to the

15   person that sells it.

16              Basically, I say the person that -- all

17   right.  Say I wanted to get some coke and Simon will be

18   the one to bring the money.  Do you understand what

19   I'm saying?

20   Q.    Simon would be the one.  You would order the cocaine

21   or the crack cocaine from Simon.  He would go ask the

22   defendant for the cocaine or crack cocaine, take your

23   money and deliver the crack cocaine or the cocaine from

24   Darryl Chambers to you as an intermediary?

25   A.    Yes.

1    Q.    Is that right?

2    A.    Yes.

3    Q.    Okay.

4          Did Darryl Chambers have any other people

5    like Simon who would be intermediaries for him like

6    that, besides Simon?

7    A.    Simon was the only one that I really seen around.

8    Q.    And you saw that during the time period that we're

9    talking about?

10   A.    Yes.

11   Q.    To the best of your knowledge, did you tell the

12   Grand Jury and the Judge at the time of your plea the

13   truth about what your understanding and recollection

14   about what happened was?

15   A.    Yes.

16   Q.    And based upon that, based upon your understanding

17   of the peanuts, the size of the peanuts, what Faye

18   Bullock told you, what the agents told you about the

19   quantity in each peanut, you reached an understanding

20   with the Government about what weights of cocaine and

21   crack cocaine were involved between you, Miss Bullock

22   and the defendant in this case; is that right?

23   A.    Yes.

24   Q.    Has anything that Mr. Benson asked you today caused

25   you to change your mind as to the accuracy of those

Crawford - cross                                    267

1  weights of drugs that you testified to in the Grand Jury

2  and told the Judge about at the time of your plea, in

3  terms of the stipulation with the Government?

4  A.    No.

5  Q.    And when the drugs that you transferred back and

6  forth and held, do they all belong to Darryl Chambers?

7  A.    Yes.

8  Q.    And did you see where he would keep the drugs at

9  Faye Bullock's house, when he was either selling or ready

10 to sell the cocaine and crack cocaine?

11 A.    Yes.

12 Q.    Where would he keep it?

13 A.    In the -- in the pantry, in the ceiling, or outside

14 the overhang.

15 Q.    Outside of her residence in an overhang?

16 A.    Yes.

17 Q.    The roof overhang area?

18 A.    Yes.

19 Q.    Is that right?

20 A.    Yes.

21 Q.    And you personally saw that with your eyes?

22 A.    Yes.

23 Q.    And did you see guns kept in Faye Bullock's

24 kitchen cabinet?

25 A.    Yes.

1   Q.    Near the area where the cooking of cocaine by the

2   defendant would have been, where the pantry was, the

3   drop ceiling, where the drugs were stored?

4   A.    Yes.

5           MR. PRETTYMAN:  May I have a moment, please,

6   your Honor?

7           (Pause.)

8           MR. PRETTYMAN:  Thank you, your Honor.

9   BY MR. PRETTYMAN:

10  Q.    The peanuts that you saw in Government's Exhibit

11  12, that's based upon the pictures that you drew.  The

12  inner peanut and the outer peanut, that's based upon what

13  you saw as the peanuts that you were given by Darryl

14  Chambers and that you returned to Darryl Chambers that

15  contained the drugs; is that correct?

16  A.    Yes.

17  Q.    And Defendant's Exhibit 1, the peanut that the

18  defendant has been showing you, Mr. Benson has been

19  showing you, the peanut that you saw was bigger than

20  this?

21  A.    Yes.

22  Q.    Is that correct?

23  A.    Yes.  Yes.

24          MR. PRETTYMAN:  Thank you.  I have no

25  further questions.

1          MR. BENSON:  A couple, Judge, if I may.

2                   REDIRECT EXAMINATION

3    BY MR. BENSON:

4    Q.    Miss Crawford, isn't it true that the officers are

5    the ones that say that these peanuts were kilograms?  In

6    the plea agreement, on A-96, there was a basket that was

7    at a desk in the conference room.  Do you remember that?

8    A.    Yes.

9    Q.    And this was discussed in front of the Judge.

10              And if you poured the contents of this

11   peanut into the basket, how much would it fill up to?

12              Did they do that, in fact?  Did they pour

13   the contents of the peanut into a basket?

14   A.    Did they pour it in a basket?

15   Q.    Yes.  Yes.  They had a basket --

16   A.    They had a basket, but they didn't pour anything

17   into it.

18   Q.    They didn't pour anything into it?

19   A.    No.

20   Q.    And they said that, based on your description,

21   which as I understand it basically was a peanut-shaped

22   thing that was about seven inches long -- isn't that

23   how you described it?

24   A.    No.

25   Q.    Why don't you describe for the Judge what the

1  peanut shaped packaging looked like.

2  A.    Like a Planter's peanut.

3  Q.    I see.

4        How long was it?

5  A.    About like this (indicating).

6  Q.    About six or seven inches long?

7  A.    Yes.

8  Q.    And how wide on the end?

9  A.    On the end was like this.

10 Q.    Was that two or three inches?

11 A.    I'm not sure.

12 Q.    Okay.

13       Well, hold it up so the Judge can see what

14 you are describing.

15       And did it go down and become thinner in the

16 middle?

17 A.    In the middle.

18 Q.    To about an inch I think you testified to?

19 A.    About (indicating).

20 Q.    About an inch or inch and a half?

21 A.    Yes.

22 Q.    And it goes on to say:

23       "She went by the size and that's

24       how we extrapolated to the particular

25       amount."

Crawford - redirect                   271

1        You said it was six or seven inches wide and

2   had sort of a peanut shape; right?

3   A.    Yes.

4   Q.    Okay.

5             MR. BENSON:  Your Honor, I have not, I guess,

6   moved this in.  I would like to do that.  It's marked as

7   Defendant's Exhibit 1, but I don't know if it has been

8   moved, its admission has been moved.  And I would like

9   to do that.

10            MR. PRETTYMAN:  Your Honor, it has already

11  been testified to.  I guess the question I have is, the

12  only evidence of what the weight might be has come from

13  Mr. Benson's mouth, which I don't think is evidence for

14  this hearing.  So that if it's marked in as a

15  demonstrative exhibit as to size, I would have no

16  objection.  If we're going on the weights that Mr.

17  Benson was saying, then I would object.

18            MR. BENSON:  Well, certainly, I'm going

19  about size right now and we can worry about the weight

20  later.

21            THE COURT:  I will admit it to the extent

22  that it describes an item people were talking about

23  during the testimony.

24  ***        (Defendant's Exhibit No. 1 was received

25  into evidence.)

Crawford - redirect          272

1  BY MR. BENSON:

2  Q.    Miss Crawford, as far as the size, as we're just

3  talking about, peanut, six, seven inches long, you

4  could not determine the weight as to whether or not how

5  heavy the item was?

6  A.    No.

7  Q.    Do you remember picking it up?

8  A.    Yes.

9  Q.    I'm sorry?

10  A.    Yes.

11  Q.    Okay.

12         MR. BENSON:   May I approach the witness,

13  your Honor?

14  BY MR. BENSON:

15  Q.    I'd ask you to hold this (handing box of sugar to

16  the witness).

17         Would you say that the peanut weighed this

18  weight or was it less than this weight or more than this

19  weight?

20  A.    It's been a time ago.

21  Q.    I understand.  So what's the answer?

22  A.    I'm not sure.

23  Q.    Okay.

24         You don't have any present recollection

25  whether or not it was a similar weight than that?

1    A.    No.

2    Q.    Could it have been less weight?

3    A.    I'm not sure.

4    Q.    You just don't have any recollection of it?

5    A.    No.

6    Q.    You also indicated that Faye started telling you,

7    or at least the Assistant U.S. Attorney indicated that

8    from July through November, end of November, that Faye

9    was telling you about Wolfie cooking up this crack

10   business.

11   A.    From September.

12   Q.    From September.  I'm sorry.  From September is

13   what I meant to say.

14         If I suggest to you that Faye testified

15   earlier that, in fact, her recollection is that the

16   cooking of the crack cocaine started in October, can

17   you think about that and see if maybe she started

18   telling you about that in October as opposed to

19   September?  Could you be mistaken when you say

20   September?

21   A.    I'm not sure.

22   Q.    Okay.

23         It could have been October, then?

24   A.    I'm not going to say.

25   Q.    Well, you did say.  That's one of the problems.

Crawford - redirect                    274

1    You said September through November.

2    A.    September to December.

3    Q.    Yes.

4    A.    But you're telling me to think and see if I'm not

5    sure -- if I'm sure or not.

6    Q.    Well, you said, and sounded sure, that it was --

7    that Faye was complaining to you or telling you -- not

8    complaining, but telling you --

9    A.    She was complaining to me.

10   Q.    Well, complaining to you that Wolfie was cooking

11   up crack at her house from September through December.

12   And I'm telling you that she testified earlier that the

13   cooking up of the crack didn't start until October.  So

14   is it possible you were mistaken about when her

15   complaint started?

16   A.    It's possible.

17   Q.    So it could have been October as opposed to

18   September; is that right?

19   A.    Yes.

20   Q.    Okay.

21          So then it would have been for October and

22   November, two months, with the exception of a couple

23   weeks, when Darryl had been shot.  Do you remember that

24   incident?

25   A.    Yes.

Crawford - redirect                275

1   Q.   So instead of ten or twelve weeks, it would have

2   been perhaps six or eight weeks; is that right?

3   A.   I'm not sure.

4   Q.   Well, October through the end of November is

5   typically eight weeks, two months.

6   A.   Mm-hmm.

7   Q.   Two of those weeks he was laid up, so that would

8   have left six weeks that she would have been complaining

9   about; is that right?

10  A.   You said two of those weeks he was laid up?

11  Q.   He had been shot.

12  A.   Yes.  After he got shot, I was still sometimes

13  taking his stuff to him.

14  Q.   Not to Faye's house?

15  A.   No, not to Faye's house.

16  Q.   Exactly.  And so he wasn't cooking at Faye's house;

17  is that right?  She testified that she didn't see him for

18  those two weeks.

19  A.   But I did.

20  Q.   I understand you may have, but I'm talking about

21  Faye.  Do you understand the question?

22  A.   No.  Can you repeat it, please?

23  Q.   Basically, didn't Faye tell you that he was not

24  there for two weeks in November, when he had been shot?

25  A.   Why would she tell me that?

1    Q.    Well, you said she was complaining --

2    A.    She was complaining periodically about him cooking

3    up --

4    Q.    Periodically?

5    A.    -- cooking up the stuff at her house and she

6    didn't know what to do so she asked me what should I do,

7    but I can't control her.

8    Q.    What did you tell her to do?

9    A.    I told her to tell him to stop.

10   Q.    And she never did?

11   A.    No, she didn't.

12   Q.    And you never said anything to him about stopping?

13   A.    That's not my house.

14   Q.    All right.

15         And you don't know the amount that we're

16   talking about, as far as what he was cooking up?

17   A.    Half of everything that he had.

18   Q.    That's what you heard from Faye?

19   A.    Yes.

20   Q.    And the amount that you are talking about, you

21   don't know from your own first-hand knowledge?

22   A.    No.

23   Q.    And as far as the weight is concerned or the size

24   of the drugs that you were delivering to Wolfie, it was

25   a little bigger than that peanut shape; is that right?

1    A.    Yes.

2              MR. BENSON:  Nothing further, your Honor.

3              THE COURT:  All right.  You may step down.

4                         (Witness excused)

5                          - - -

6              THE COURT:  All right.  Why don't we stop for

7    the day.  We'll start again tomorrow morning at 10:00

8    o'clock or 9:00 o'clock?

9              MR. PRETTYMAN:  9:00 o'clock, your Honor.

10             MR. BENSON:  9:00?

11             THE COURT:  9:00 o'clock.

12             MR. BENSON:  Judge, are these two witnesses

13   going to be available in case we need them to be recalled?

14             MR. MALIK:  I was just asking if Miss

15   Crawford was excused or if I should plan to be available

16   for the remainder of the hearing tomorrow.

17             MR. PRETTYMAN:  Your Honor, I don't know if Mr.

18   Benson is going to have any other witnesses.  I informed

19   him and the Court through your secretary that Detective

20   Sullivan was going to be the other Government witness

21   that's flying back in tonight.  So I don't know if

22   there's going to be any need for them or not.

23             MR. BENSON:  My only problem is, Judge, not

24   knowing what Officer Sullivan is going to say, I don't

25   know that I may not need to recall them or one of them.

```
 1                THE COURT:  Well, they're both in Delaware;
 2    right?
 3                MR. PRETTYMAN:  Yes, your Honor.
 4                THE COURT:  Why don't we just wait and see?
 5    We may not be able to get them back here tomorrow.  We'll
 6    get them another day.
 7                MR. BENSON:  That's fine.  I just want the
 8    Court to be aware, depending on his testimony, that
 9    might create --
10                THE COURT:  All right.  I just don't see any
11    reason to bring them back in tomorrow if they're not
12    needed and if they're locally available.
13                MR. BENSON:  That's fine.
14                THE COURT:  All right.  Good.
15                MR. BENSON:  9:00 o'clock?
16                THE COURT:  9:00 o'clock tomorrow morning.
17                (Court recessed at 5:20 p.m.)
18                        - - -
19
20
21
22
23
24
25
```

279

1

2                                    I N D E X

3

4  GOVERNMENT'S TESTIMONY              DIRECT CROSS REDR RECR

5

6  Sp. Agt. Matthew G. Donahue -----      4    16    26   ---

7

8  Amalendu Dasgupta ----------------    28    41   ---   ---

9

10 DEFENDANT'S TESTIMONY

11

12 Faye Bullock ---------------------    55   160   182   ---

13

14 Linette Crawford -----------------   191   261   269   ---

15

16                           - - -

17

18

19

20

21

22

23                    I hereby certify that the foregoing is a true
                       and accurate transcript from my stenographic
24                     notes in the proceeding.

                          Valerie J. Gunning
25                        Official Court Reporter
                           U. S. District Court