

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Chase Manhattan Centre*　　　　　　　　　　(302) 573-6277
*1201 Market Street, Suite 1100*　　　　　FAX (302) 573-6220
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

October 13, 1998

BY PARCELS

Honorable Roderick M. McKelvie
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Room 3124
Wilmington, DE 19801

**RE: United States v. Darryl Chambers**
**Cr. A. No. 97-105-RRM**

Dear Judge McKelvie:

This letter is the Government's response to Mr. Benson's October 8, 1998 letter to the Court. The Government intends to submit a written argument concerning the applicable sentencing guidelines calculations for Darryl Chambers and also will present oral argument if the Court so desires.

Thank you for your consideration.

Respectfully submitted,

RICHARD G. ANDREWS
United States Attorney

BY: *Robert J. Prettyman*
Robert J. Prettyman
Assistant United States Attorney

RJP:bl

cc: Joseph Benson, Esquire **(By regular mail)**
　　Attorney for Defendant
　　Clerk, United States District Court **(By Parcels)** ✓

FILED
Oct 13  4 23 PM '98
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE