IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 97-105-RRM |
| | ) |
| DARRYL CHAMBERS, | ) |
| a.k.a. "Wolfie," | ) |
| | ) |
| Defendant. | ) |

### SENTENCING STIPULATION

The defendant knowingly, voluntarily and intelligently admits and the parties knowingly, voluntarily and intelligently agree and stipulate that:

1. (a) the weight of the cocaine is at least 15 kilograms, but less than 50 kilograms and the weight of the crack cocaine is at least 150, but less than 500 grams; (b) the appropriate offense level for paragraph 26 of the defendant's Pre-Sentence Report for the weight of the cocaine and crack cocaine attributable to the defendant for sentencing is offense level 34; and (c) that this offense level is supported by the facts and evidence recited in the offense conduct section of the Pre-Sentence Report, the testimony and evidence presented at the sentencing hearing, by the law and guidelines and by the parties' reasonable and good faith compromise of the disputed facts as to the weight of the drugs;

2. The other offense level adjustments in the Pre-Sentence

Report are appropriate and supported by the facts, testimony and evidence at the sentencing hearing, guidelines and law and the final offense level is 35;

3. the defendant's Criminal History Category is II, as stated in the Pre-Sentence Report;

4. no other adjustments and no departures from the guidelines range apply;

5. the range of imprisonment for the defendant's final offense level [35] and Criminal History Category [II] is 188-235 months imprisonment; *WB D.C. 10/26/98*

6. the parties agree to recommend 17 ½ years imprisonment as the appropriate range of imprisonment and agree that each party may make whatever sentencing arguments in support of that sentencing recommendation that the respective party deems appropriate so long as the recommended sentencing range of imprisonment is 17 ½ years; and *D.C. 10/26/98*

7. This stipulation resolves all outstanding objections to the Pre-Sentence Report so that neither party has any objections to the Pre-Sentence Report. This stipulation is the manner by which the defendant knowingly, voluntarily and intelligently desires to resolve any and all objections to the Pre-Sentence Report. The defendant understands that the Court will also impose as part of his sentence a term of supervised release and a special assessment and that the Court may impose a fine. The parties understand that the Court is

not bound by this stipulation. Further, the parties understand that they may not withdraw from this Stipulation if the Court does not sentence the defendant in accord with this Stipulation.

**SO AGREED:**

                          RICHARD G. ANDREWS
                          United States Attorney

DATED: 10-28-98       BY: *Robert J. Prettyman*
                          Robert J. Prettyman
                          Assistant United States Attorney

_____     10/26/98
Darryl Chambers              Date
Defendant

_____     10/26/98
Joseph Benson, Esquire      Date
Attorney for Darryl Chambers

AND NOW this 29th day of October, 1998, the foregoing Sentencing Stipulation is hereby (accepted) (rejected) by the Court.

                        _____
                        Honorable Roderick M. McKelvie
                        United States District Court Judge
                        District of Delaware

cc: [signature] Jos. Beron
PROB by [signature] 10/30/98

FILED
Oct 29  3 34 PM '98
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE