IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 97-105-RRM |
| ) | |
| DARRYL CHAMBERS, a.k.a. ) | |
| WOLFIE, ) | |
| ) | |
| Defendant. ) | |

## ORDER SCHEDULING SENTENCING HEARING

IT IS HEREBY ORDERED the court will hold a sentencing hearing beginning at 12:30 p.m. on November 17, 1998, in Courtroom No. 4B.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

Dated: November 3, 1998

cc: Luttman
J. Benson
USMS
PROB

by [signature] 11/4/98

FILED
Nov 4  9 03 AM '98
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE