IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. A. No. 97-105-RRM |
| DARRYL CHAMBERS, a.k.a. | : |
| "Wolfie", | : |
| Defendant. | : |

### MOTION AND ORDER TO DISMISS COUNT II OF THE INDICTMENT

The United States of America, by and through its attorneys, Gregory M. Sleet, United States Attorney for the District of Delaware, and Robert J. Prettyman, Assistant United States Attorney for the District of Delaware, respectfully moves this Honorable Court to dismiss Count II of the Indictment against Darryl Chambers, a.k.a. "Wolfie," because he has pled guilty and been sentenced on Count I of the Indictment.

Respectfully submitted,

RICHARD G. ANDREWS
United States Attorney

BY: *Robert J. Prettyman*
Robert J. Prettyman
Assistant United States Attorney

Dated: 11-17-98

IT IS SO ORDERED this 17 day of November, 1998.

_____
Honorable Roderick M. McKelvie
United States District Court Judge
District of Delaware

