1          IN THE UNITED STATES DISTRICT COURT

2          IN AND FOR THE DISTRICT OF DELAWARE

3                          - - -

4   UNITED STATES OF AMERICA,      :     Criminal Action
                                   :
5              Plaintiff,          :
                                   :
6        v.                        :
                                   :
7   DARRYL CHAMBERS,               :
                                   :
8              Defendant.          :     No. 97-105-RRM

9                          - - -

10                   Wilmington, Delaware
                     November 17, 1998
11                      12:30 p.m.

12                         - - -

13  BEFORE:   HONORABLE RODERICK R. McKELVIE, U.S.D.C.J.

14  APPEARANCES:

15            ROBERT J. PRETTYMAN, ESQ.
              Assistant United States Attorney
16
                        Counsel for Government
17
              JOSEPH BENSON, ESQ.
18
                        Counsel for Defendant
19
                          - - -
20

21

22

23

24

25

1                    THE COURT:  Mr. Benson and Mr. Prettyman, come on

2     up.

3                    MR. PRETTYMAN:  Good afternoon, Your Honor.

4                    MR. BENSON:  Hi, Judge.

5                    THE COURT:  Actually, if you are ready to

6     proceed, you can just come right up.

7                    MR. BENSON:  Okay.

8                    THE COURT:  This is the time set aside for the

9     sentencing of Darryl Chambers, Criminal Action 97-105.  I see

10    Mr. Benson, Mr. Chambers, Mr. Prettyman.  Do you want to

11    start, Mr. Prettyman?  Do you have any comments?

12                   MR. PRETTYMAN:  Your Honor, the Court is aware

13    and has signed a stipulation that the parties have proffered

14    to the Court for a 17-year sentence of imprisonment.  The

15    government would recommend that.  The government would note

16    in support of that 17-year recommendation is the weight of

17    the drugs, the time period in which the defendant was dealing

18    the drugs, the fact that he was the leader of the other

19    persons and receiving the proceeds, the substantial proceeds

20    of the drug distribution, and also the fact that he had two

21    prior possession-of-cocaine convictions for which he received

22    probation and violated that probation and yet had the

23    opportunity, a very good opportunity provided to him by the

24    basketball scholarships and did not take advantage of that.

25                   I would only echo what his former coach said

1  about what a tremendous waste of potential and talent that we

2  have in front of us.

3          So the government would recommend a 17-year

4  sentence of imprisonment.  I also have a motion and order to

5  dismiss Count Two of the indictment, pursuant to the

6  memorandum of plea agreement.  I would like to hand it to the

7  Court.  Mr. Benson has a copy.

8          THE COURT:  Mr. Benson and Mr. Chambers.

9          MR. BENSON:  Your Honor, I think Mr. Chambers

10  would like to just say a word or two on his behalf.  I think

11  Your Honor has agreed to the sentence.  I don't know that I

12  have to waste time.  The only thing I would ask is for some

13  direction from the Court -- I know it is not binding.  But I

14  wrote Your Honor months and months ago asking would you

15  consider please suggesting, for want of a stronger word, that

16  Mr. Chambers be allowed to serve his sentence at Fairton.

17          THE COURT:  I am happy to do that.  As you

18  know --

19          MR. BENSON:  Mr. Chambers knows.  At least that

20  might create some guidance for the Marshal's Office or the

21  prisons or whatever it is.

22          THE COURT:  Did you want to say something?

23          THE DEFENDANT:  Good afternoon, Your Honor.

24          First I would like to take this time to apologize

25  to the family, to the Bullock family, Faye Bullock, her two

4

1    children, Carol and Caitlin, Ms. Crawford, Nanette Crawford

2    and her two children, Taheem and Deamanti (phonetic).

3                I would also like to thank my family and

4    apologize to my family for the pain and suffering I have put

5    them through and I would like to thank them for their

6    support.

7                Your Honor, I would like to apologize to my

8    community for being a negative influence, when I had a chance

9    to really take the community in a positive direction.  And I

10   would like to thank Your Honor for just giving me time to say

11   what I have to say.  Thank you.

12               THE COURT:  I see some people in the courtroom

13   who are here, perhaps friends and family.

14               THE DEFENDANT:  Yes.

15               THE COURT:  All right.  We have a Total Offense

16   Level of 35, a Criminal History Category of II, an

17   Imprisonment Range of 188 to 235 months, supervised release

18   range of five years, a fine range of 20,000 to 4 million.  I

19   am going to be waiving the fine.  And I will be sentencing

20   within the Guideline range.  Actually, I will be sentencing

21   to the stipulated time period of 17 years.

22               So I adopt the factual findings and Guideline

23   application.

24               I am not sure whether we need to advise Mr.

25   Chambers of his right to take an appeal.  I think, out of an

5

1   abundance of caution, that if he has any rights, he needs to

2   exercise them I guess within ten days.

3              I wish you peace in prison.  I hope you find

4   peace and happiness and come back into society.

5              MR. PRETTYMAN:  Thank you, Your Honor.

6              THE COURT:  I will sign the motion dismissing.

7              MR. BENSON:  Do you have to put on the record

8   about direction, or is that automatic?

9              THE COURT:  I think what I said is sufficient.

10             MR. BENSON:  About Fairton.

11             THE COURT:  It will be in the presentence -- it

12  will be in the order that I enter recommending he go there.

13             MR. PRETTYMAN:  Your Honor, it might be a good

14  idea to confirm that the defendant read the presentence

15  report and has no objections, given the lengthy sentence.

16             THE COURT:  Do you agree with that, Mr. Benson?

17             THE DEFENDANT:  Yes.

18             MR. BENSON:  Yes, Your Honor.

19             (Hearing concluded  at 12:40 p.m.)

20                            - - -

21  Reporter:  Kevin Maurer

22

23

24

25

*I hereby certify that the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.*

*Official Court Reporter*
*U. S. District Court*